**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CLAYTA FORSGREN, et al., Plaintiffs, v. THE UNITED STATES OF AMERICA, Defendant. | No. 04-1223 L<br>Chief Judge Edward J. Damich<br>Electronically Filed on July 11, 2005 |

**JOINT PRELIMINARY STATUS REPORT**

Plaintiffs and Defendant, by and through their respective counsel, hereby submit this Joint Preliminary Status Report pursuant to the Rules of the United States Court of Federal Claims, Appendix A.

A. JURISDICTION

The parties agree that the Tucker Act, 28 U.S.C. § 1491, confers jurisdiction on this Court to adjudicate a claim of a Fifth Amendment taking.

B. CONSOLIDATION

This case should not be consolidated with any other case.

C. BIFURCATION

The parties do not believe that trial of liability and damages should be bifurcated. However, the parties reserve the right to notify the Court if their opinions regarding bifurcation change as the case progresses.

D. DEFERRAL OF PROCEEDINGS

The parties do not believe that this case should be deferred pending consideration of

another case before this Court or any other tribunal.

E. REMAND OR SUSPENSION

The parties will not seek remand or suspension.

F. ADDITIONAL PARTIES

The parties do not believe that additional parties will be joined.

G. MOTIONS

The parties do not currently intend to file any motions pursuant to Rules 12(b), 12(c) or 56 of the Court of Federal Claims. The parties reserve the right to file dispositive motions at the appropriate time.

H. RELEVANT FACTUAL AND LEGAL ISSUES

(1) Whether Defendant's actions with respect to the "CCC Ponds project," as described in Plaintiffs' Complaint, caused a temporary taking of a flowage easement over Plaintiffs' property that is compensable under the Fifth Amendment.

(2) If a flowage easement was taken, what just compensation is due Plaintiffs.

I. SETTLEMENT

The parties have initiated settlement discussions and Defendant has had an appraiser make a preliminary evaluation of Plaintiffs' property. The parties have also scheduled a site visit and a settlement meeting to take place on Plaintiffs' property on August 12, 2005. The parties are hopeful that this case can be settled without the need for a trial, but are not yet able to assess the likelihood of settlement.

J. TRIAL

The parties have initiated settlement discussions in the hope of avoiding the need for a

trial.

K. ELECTRONIC CASE MANAGEMENT

The parties do not believe there are any special issues regarding electronic case management needs in this case.

L. OTHER

There are no other matters that the parties feel they need to bring to the Court's attention at this point in time.

PROPOSED DISCOVERY PLAN

| | |
|---|---|
| Deadline for fact discovery: | **January 13, 2006** |
| Deadline for disclosure of experts' reports: | **March 17, 2006** |
| Deadline for depositions of experts and other discovery of experts: | **April 14, 2006** |

Counsel for Plaintiffs has reviewed the content of this report and has authorized counsel for Defendant to file this report on behalf of both parties.

DATED: July 11, 2005

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov

OF COUNSEL:

Steven M. Hoffman
Attorney
Office of the Solicitor
Rocky Mountain Regional Office
United States Dept. of Interior
755 Parfet Street, Room 151
Lakewood, CO 80215
(303) 231-5363 fax

Diane M. Connolly
Deputy Regional Attorney
Office of the General Counsel
United States Dept. of Agriculture
Mountain Region
P.O. Box 25005
Lakewood, CO 80225
(303) 275-5557 fax