# In the United States Court of Federal Claims

No. 04-1223 L
(Filed: July 13, 2005)

****************************************
**CLAYTA FORSGREN, RICHARD A. FORSGREN, RICHARD E. FORSGREN, TERRI LYNN HAGER, and BARBARA ANN THOMPSON: TRUSTEES OF THE RICHARD A. FORSGREN REVOCABLE LIVING FAMILY PRESERVATION TRUST**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
****************************************

**ORDER**

On July 11, 2005, the parties filed their Joint Preliminary Status Report ("JPSR"). However, that report did not comply with the Court's Standard Special Procedures Order ("SSPO"), issued on August 24, 2004, or Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"). In particular, the section on relevant factual and legal issues fails to comply with ¶ 6(c) of the SSPO, as it is not "sufficient, at a minimum, to explain the basis for each counsel's certification under RCFC 11 with respect to the factual allegations and legal theories upon which any claim or defense is based, and to give the court adequate opportunity to prepare for, and participate meaningfully in, the preliminary status conference (e.g., assisting the parties in focusing and narrowing issues and disputes)."

Furthermore, counsel provided no certification that they held a preliminary meeting and exchanged documents, nor did they suggest dates for a preliminary status conference, as is required under SSPO ¶ 6(g)-(h).

The Court hereby ORDERS that the parties file an amended JPSR on or before **July 22, 2005**. The amended JPSR shall address the issues above. It shall also comply with all aspects of both the SSPO and Appendix A of the RCFC.

s/Edward J. Damich
Edward J. Damich
Chief Judge