# In the United States Court of Federal Claims

No. 04-1223 L
(Filed: August 29, 2005)

****************************************
**CLAYTA FORSGREN, RICHARD A. FORSGREN, RICHARD E. FORSGREN, TERRI LYNN HAGER, and BARBARA ANN THOMPSON: TRUSTEES OF THE RICHARD A. FORSGREN REVOCABLE LIVING FAMILY PRESERVATION TRUST,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
****************************************

**ORDER**

Pursuant to the discussion held at the status conference dated August 25, 2005, the Court hereby ORDERS that the parties shall adhere to the following discovery schedule:

1. **Information disclosure and document exchange** shall occur on or before **October 3, 2005**.

2. **Fact discovery** shall close on **January 13, 2006**.

3. A **joint status report (JSR)** shall be filed on or before **January 13, 2006**. That report shall discuss the parties' progress regarding fact discovery and the possibility of settlement or alternative dispute resolution.

4. A **status conference (SC)** will be held off the record on **January 23, 2006**, at 11:00 am Eastern Time (ET) to discuss fact discovery and settlement.[1] All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

5. **Plaintiffs** shall identify their experts on or before **February 3, 2006**, and shall serve their export reports on Defendant on or before **April 3, 2006**. Plaintiffs' expert witnesses shall be made available for deposition by **May 12, 2006**.

6. **Defendant** shall identify its experts on or before **May 26, 2006**, and shall serve its expert reports on Plaintiffs on or before **June 26, 2006**. Defendant's expert witnesses shall be made available for deposition by **July 28, 2006**.

7. **Expert discovery** shall close on **August 14, 2006**.

8. **All discovery** shall close on **August 25, 2006**.

9. A **JSR** shall be due on or before **September 7, 2006**. The parties shall address the progress of discovery, settlement possibilities, and any proposed dispositive motions, with suggested schedules and reasons for such motions.

10. A **post-discovery SC** shall be held on **September 14, 2006**, at 11:00 am ET. The parties shall be prepared to discuss the scheduling plan for the remainder of the case. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1] Although the parties, in their Amended Joint Preliminary Status Report, suggested 10:00 am for the status conference, the Court has decided to schedule the conference for 11:00 am to allow time for Plaintiffs' counsel to participate more conveniently from a different time zone.