**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CLAYTA FORSGREN, et al., | |
| Plaintiffs, | |
| v. | No. 04-1223 L |
| THE UNITED STATES OF AMERICA, | Chief Judge Edward J. Damich |
| Defendant. | Electronically Filed on December 13, 2005 |

**JOINT MOTION TO MODIFY DISCOVERY SCHEDULE**

On August 29, 2005, this Court issued an order establishing a discovery schedule. However, Plaintiffs' counsel has recently experienced a medical emergency that will prevent the parties from adhering to that schedule.

THEREFORE, the parties respectfully request that this Court modify the discovery schedule as follows:

1. **Fact discovery** shall close on **March 10, 2006**
2. A **joint status report (JSR)** shall be filed on or before **March 10, 2006**. That report shall discuss the parties' progress regarding fact discovery and the possibility of settlement or alternative dispute resolution.
3. A **status conference (SC)** will be held off the record on **March 20, 2006,** at 11:00 am Eastern Time (ET) to discuss fact discovery and settlement.
4. **Plaintiffs** shall identify experts on or before **March 31, 2006**, and shall serve their expert reports on Defendant on or before **April 28, 2006**.
5. **Defendant** shall identify its experts on or before **June 12, 2006,** and shall serve its expert reports on Plaintiffs on or before **June 29, 2006**.

6. **Expert discovery** (including depositions) shall close on **August 25, 2006.**

7. **All discovery** shall close on **September 8, 2006.**

8. A **JSR** shall be due on or before **September 22, 2006.**

9. A **post-discovery SC** shall be held on **September 29, 2006,** at 11:00 am ET.

Counsel for Plaintiffs has reviewed the content of this motion and authorized the undersigned to file it on behalf of both parties.

DATED: December 13, 2005

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov

OF COUNSEL:

Steven M. Hoffman
Attorney
Office of the Solicitor
Rocky Mountain Regional Office
United States Dept. of Interior
755 Parfet Street, Room 151
Lakewood, CO 80215
(303) 231-5363 fax

Diane M. Connolly
Deputy Regional Attorney
Office of the General Counsel
United States Dept. of Agriculture
Mountain Region
P.O. Box 25005
Lakewood, CO 80225
(303) 275-5557 fax