# In the United States Court of Federal Claims

No. 04-1223 L
(Filed: January 9, 2006)

| | |
|---|---|
| ************************************ | |
| **CLAYTA FORSGREN, RICHARD A. FORSGREN, RICHARD E. FORSGREN, TERRI LYNN HAGER, and BARBARA ANN THOMPSON: TRUSTEES OF THE RICHARD A. FORSGREN REVOCABLE LIVING FAMILY PRESERVATION TRUST,** | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |
| ************************************ | |

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with the concurrence of both judges, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge Margaret M. Sweeney.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge