# In the United States Court of Federal Claims

**No. 04-1223 L**
**Filed: January 9, 2006**

CLAYTA FORSGREN, RICHARD A. FORSGREN, RICHARD E. FORSGREN, TERRI LYNN HAGER, and BARBARA ANN THOMPSON: TRUSTEES OF THE RICHARD A. FORSGREN REVOCABLE LIVING FAMILY PRESERVATION TRUST,

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Margaret M. Sweeney**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk