# In the United States Court of Federal Claims

No. 04-1223 L
(Filed: January 13, 2006)

| | |
|---|---|
| CLAYTA FORSGREN et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

On December 13, 2005, the parties filed a Joint Motion to Modify Discovery Schedule, seeking to amend the discovery schedule due to plaintiffs' counsel's medical emergency. Having reviewed the motion and for good cause shown, the motion is **GRANTED**.

The discovery schedule is modified as follows:

1. **Fact discovery** shall close on **March 10, 2006**.

2. A **joint status report** shall be filed on or before **March 10, 2006**. That report shall discuss the parties' progress regarding fact discovery and the possibility of settlement or alternative dispute resolution.

3. A **telephonic status conference** will be held on **March 20, 2006, at 11:00 a.m. (EST)** to discuss fact discovery and settlement. The court prefers that the status conference be held on the record. One business day before the conference, counsel shall call the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to provide the telephone number where he or she can be reached.

4. **Plaintiffs** shall identify their experts on or before **March 31, 2006**, and shall serve their expert reports on defendant on or before **April 28, 2006**.

5. **Defendant** shall identify its experts on or before **June 12, 2006**, and shall serve its expert reports on Plaintiffs on or before **June 29, 2006**.

6. **Expert discovery** (including depositions) shall close on **August 25, 2006**.

7. **All discovery** shall close on **September 8, 2006**.

8. A **joint status report** shall be due on or before **September 22, 2006**.

9. A **post-discovery telephonic status conference** shall be held on **September 29, 2006, at 11:00 a.m. (EDT)**. One business day before the conference, counsel shall call the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to provide the telephone number where he or she can be reached.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge