**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CLAYTA FORSGREN, et al., | ) | Case No. 04-1223 L |
| Plaintiffs, | ) | Chief Judge Margaret M. Sweeney |
| vs. | ) | |
| UNITED STATES of AMERICA, | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE OF ERIN SASS EASTMAN**

PLEASE TAKE NOTICE that Erin Sass Eastman, of Budd-Falen Law Offices, LLC, hereby enters her appearance as counsel for Plaintiffs.

Respectfully submitted this 7th day of February, 2006.

/s/ Erin Sass Eastman

Erin Sass Eastman
***Budd-Falen Law Offices, LLC***
Attorney for Plaintiffs
300 East 18th Street, P.O. Box 346
Cheyenne, WY 82003-0346
(307) 632-5105
(307) 637-3891 (Facsimile)