# In the United States Court of Federal Claims

No. 04-1223 L
(Filed: February 8, 2006)

| | |
|---|---|
| CLAYTA FORSGREN et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On February 2, 2006, plaintiffs' counsel in the above-captioned case filed electronically the "Entry of Appearance of Erin Sass Eastman," which was signed by Ms. Eastman and not the attorney of record. Such a filing is not permitted by the Rules of the United States Court of Federal Claims. Only one attorney of record may appear for each party, RCFC 83.1(c)(1), and if a party other than the United States wishes to change attorneys, the party must file a motion pursuant to RCFC 83.1(c)(4).

Accordingly, the clerk is directed to **STRIKE** plaintiffs' "Entry of Appearance of Erin Sass Eastman" from the record. Plaintiffs are directed to comply with RCFC 83.1(c)(4) if they wish to change counsel.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge