# In the United States Court of Federal Claims

No. 04-1223 L
(Filed: March 7, 2006)

```
***********************************
CLAYTA FORSGREN et al.,           *
                                  *
              Plaintiffs,         *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

The telephonic status conference scheduled in the above-captioned case for March 20, 2006, is rescheduled for **Tuesday, March 28, 2006, at 11:00 a.m. (EST)**. The court will contact the parties to initiate the telephone call. One business day before the status conference, counsel shall call the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to provide the telephone number where they can be reached.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge