**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CLAYTA FORSGREN, et al., Plaintiffs, | ) | |
| v. | ) | Case No. 04-1223 L |
| UNITED STATES OF AMERICA, Defendant. | ) | Judge Margaret M. Sweeney |

**JOINT MOTION TO MODIFY SCHEDULE**

On January 13, 2006, this Court issued an order establishing a discovery schedule. Both parties have been diligently working to meet this schedule, however, the parties respectfully request that this Court modify the schedule for two reasons. First, the parties have not been able to depose all fact witnesses by the designated fact discovery closure date of March 10, 2006. Although the parties have deposed 23 fact witnesses, the remaining four fact witnesses' depositions could not be taken until after the current discovery cut off deadline. The remaining fact witnesses will be deposed on March 27 and 28, 2006.

Second, Defendant has informed Plaintiffs of its intention to file a motion for summary judgment based upon the statute of limitations and 28 U.S.C. § 1500 at the close of fact discovery. Thus the parties agree that fact discovery needs to be completed before that summary judgment motion is filed.

THEREFORE, the parties respectfully request that this Court modify the schedule as follows:

1. A status conference will be held, as currently scheduled, with the Court on March 28, 2006 at 11:00 a.m.
2. Fact discovery shall close on March 31, 2006.

3. A joint status report shall be filed on or before April 7, 2006. That report shall discuss the parties' progress regarding fact discovery and the possibility of settlement or alternative dispute resolution.

4. Any dispositive motions shall be filed by April 28, 2006. Timing of responses and replies to motions shall be governed by the applicable rules of the Court of Federal Claims. If any dispositive motion is filed, Plaintiffs intend to ask for an expedited review.

5. Plaintiffs shall identify (*i.e.*, provide to Defendant the name, address and subject area(s) to be addressed) their expert witnesses on or before April 28, 2006.

6. Defendant shall identify (*i.e.*, provide to Plaintiffs the name, address and subject area(s) to be addressed) its expert witnesses on or before May 31, 2006.

7. Within 30 days after the Court's decision on any dispositive motion, or by June 2, 2006, if Defendant does not file a dispositive motion, Plaintiffs shall file their expert reports.

8. Within 30 days after the Plaintiffs file their expert reports, Defendant shall file its expert reports.

9. Within 30 days after Defendant files its expert reports, Plaintiffs may file any rebuttal expert reports.

10. Expert discovery (including depositions) shall close six (6) weeks after Plaintiffs file any rebuttal reports or, if Plaintiffs do not file any rebuttal reports, then expert discovery shall close eight (8) weeks after Defendant files its expert reports.

11. A joint status report shall be due 30 days after the close of expert discovery.

12. A post-discovery scheduling conference shall be held approximately one week

after filing the joint status report, at a date and time of the Court's choosing.

This report was jointly prepared by the parties. Counsel for Plaintiffs has authorized the undersigned to file it on behalf of both parties.

DATED: March 10, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov

OF COUNSEL:

Steven M. Hoffman
Attorney
Office of the Solicitor
Rocky Mountain Regional Office
United States Dept. of Interior
755 Parfet Street, Room 151
Lakewood, CO 80215
(303) 231-5363 fax

Diane M. Connolly
Deputy Regional Attorney
Office of the General Counsel
United States Dept. of Agriculture
Mountain Region
P.O. Box 25005
Lakewood, CO 80225
(303) 275-5557 fax