# In the United States Court of Federal Claims

No. 04-1223 L
(Filed: March 16, 2006)

***********************************
CLAYTA FORSGREN et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On March 10, 2006, the parties filed a joint motion to modify the discovery schedule due to a delay in deposing four of the 27 fact witnesses and advising of defendant's intention to file a motion for summary judgment. Having reviewed the motion and for good cause shown, the motion is **GRANTED**.

The discovery schedule is modified as follows:

1. **Fact discovery** shall close on **March 31, 2006**.

2. A **joint status report** shall be filed on or before **April 7, 2006**. That report shall discuss the parties' progress regarding fact discovery and the possibility of settlement or alternative dispute resolution.

3. Any **dispositive motions** shall be filed on or before **April 28, 2006**. Timing of the responses and replies to such motions will be governed by the Rules of the Court of Federal Claims.

4. Plaintiffs shall **identify their experts** on or before **April 28, 2006**.

5. Defendant shall **identify its experts** on or before **May 31, 2006**.

6. Plaintiffs shall file[1] their **expert reports** within **30 days** after the court's decision on any dispositive motion, or if no dispositive motion is filed, on or before **June 2, 2006**.

7. Defendant shall file its **expert reports** within **30 days** after plaintiffs file their expert reports.

8. Plaintiffs shall file any **rebuttal expert reports** within **30 days** after defendant files its expert reports.

9. **Expert discovery** (including depositions) shall close **six weeks** after plaintiffs file their rebuttal reports or, if plaintiffs do not file any rebuttal reports, then expert discovery shall close **eight weeks** after defendant files its expert reports.

10. A **joint status report** shall be due within **30 days** after the close of expert discovery.

11. A **post-discovery telephonic status conference** shall be held approximately one week after the parties file the joint status report. The status conference will be scheduled by the court at a later date. The status conference previously scheduled for September 29, 2006, is cancelled.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] The parties indicate that they wish to file their expert reports with the court. However, if the parties' intent is the mutual exchange of expert reports, then they shall merely serve opposing counsel.