## UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CLAYTA FORSGREN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 04-1223 L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Judge Margaret M. Sweeney |
| | ) | |
| Defendant. | ) | (Electronically Filed April 7, 2006) |
| ______________________________ | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's scheduling order of March 16, 2006, the parties hereby file this joint status report discussing the parties' progress regarding fact discovery and the possibility of settlement or alternative dispute resolution.

Regarding fact discovery, the parties believe that there is no need for further depositions of fact witnesses at this time. However, a few outstanding issues relating to responses to interrogatories and requests for production of documents remain that the parties are working cooperatively to resolve. The parties will promptly notify the Court if they are unable to resolve these outstanding issues without the Court's assistance.

Regarding settlement, the parties have unfortunately been unsuccessful in their efforts to reach agreement on a fair settlement amount. However, the parties remain open to the possibility of settlement and will revisit the subject at a later time if appropriate. The parties also remain open to the possibility of alternative dispute resolution but do not believe it would be useful at the present time.

This report was jointly prepared by the parties. Counsel for Plaintiffs has authorized the undersigned to file it on behalf of both parties.

DATED: April 7, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov

OF COUNSEL:

Steven M. Hoffman
Attorney
Office of the Solicitor
Rocky Mountain Regional Office
United States Dept. of Interior
755 Parfet Street, Room 151
Lakewood, CO 80215
(303) 231-5363 fax

Diane M. Connolly
Deputy Regional Attorney
Office of the General Counsel
United States Dept. of Agriculture
Mountain Region
P.O. Box 25005
Lakewood, CO 80225
(303) 275-5557 fax