IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CLAYTA FORSGREN, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1223 L |
| THE UNITED STATES OF AMERICA, | ) | Judge Margaret M. Sweeney |
| Defendant. | ) | (Electronically Filed April 28, 2006) |

# PROPOSED FINDINGS OF UNCONTROVERTED FACT

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0203
Fax: (202) 305-0506
E-Mail: g.evan.pritchard@usdoj.gov

OF COUNSEL:

Steven M. Hoffman
Attorney
Office of the Solicitor
Rocky Mountain Regional Office
United States Dept. of Interior
755 Parfet Street, Room 151
Lakewood, CO 80215

Diane M. Connolly
Deputy Regional Attorney
Office of the General Counsel
United States Dept. of Agriculture
Mountain Region
P.O. Box 25005
Lakewood, CO 80225

**PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to Rule 56(h)(1) of the Rules of the Court of Federal Claims, Defendant United States of America submits the following proposed findings of uncontroverted fact in support of its separately filed Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, for Summary Judgment.

1. Plaintiff Clayta Forsgren and her deceased husband, Richard "Dick" Forsgren, purchased undeveloped property on Pine Creek near the town of Pinedale, Wyoming in 1966. Compl. ¶¶ 16-17. The property is approximately 1,000 feet from the Civilian Conservation Corps Ponds ("CCC Ponds" or "Ponds") that are located on federal land that abuts the Forsgren property to the east. Id. ¶¶ 14, 16, and 18. The federal land is managed by the United States Department of Interior's Bureau of Land Management ("BLM") and the United States Department of Agriculture's Forest Service ("Forest Service"). See Environmental Assessment with Cover Letter dated April 20, 1994 at Ch. 1-1 (see Appendix "Ex. 1").

2. In 1993, representatives from BLM and the Forest Service, along with concerned individuals and representatives from other federal, state, and local government agencies, (collectively, the "Committee"), met to discuss the feasibility of developing the Ponds to provide outdoor class rooms for local schools, fish habitat, wetlands and access to the Ponds for fisherman ("CCC Ponds Project"). Minutes of Committee Meeting held on May 7, 1993 (see Appendix "Ex. 5") at DOJ000017. The CCC Ponds Project would entail the construction of a pipeline from nearby Fremont Lake to the Ponds, thereby providing a stable water supply for two of the ponds. See Ex. 1 at Ch. 1-1.

3. At a subsequent Committee meeting held on June 22, 1993, Mr. Forsgren expressed concerns about the impact of the CCC Ponds Project on his property and informed the Committee about the problems he had experienced in the past with water in his basement, garage and back yard. Minutes of Committee Meeting held on June 22, 1993 (see Appendix "Ex. 6") at 1. Based on these concerns, the Committee sent Stan Mitchem, the State Geologist for the Natural Resource Conservation Service ("NRCS"), to inspect the Forsgren property to determine the source of the water problem and to offer some solutions. Id. at 1-2.

4. Mr. Mitchem, along with Daryle Bennett, District Conservationist for NRCS, visited the property on August 26 and 27, 1993. Mitchem Dep. at 10:16-22, 11:22-23 (relevant excerpts see Appendix "Ex. 7"); Handwritten Notes dated August 26-27, 1993 by Stan Mitchem (see Appendix "Ex. 8"); Memorandum dated November 14, 1995 from Stan Mitchem to Duane Klamm (see Appendix "Ex. 9"). During that 1993 visit, Mr. Mitchem saw two drains on the Forsgren property with water flowing in them. See Ex. 7 at 30:14-15, 17-18, 20-22, 31:2-6, 78:22-25, 79:1-2. The Forsgrens told Messrs. Mitchem and Bennett about a third drain, but it could not be located during the visit. Id. at 79:17-18. Mr. Mitchem installed three monitoring wells so that groundwater levels could be monitored periodically. Id. at 12:10-12. In addition, a new drain location was recommended to help alleviate the Forsgrens' water problems. Id. at 18:15-18.

5. Construction of the pipeline from Fremont Lake to the Ponds was completed on May 19, 1995. Application for Permit to Appropriate Surface Water dated March 7, 1996 (see Appendix "Ex. 10") at DOJ000300. Dick Forsgren reported having water problems on

his property at a Committee meeting held on September 27, 1995. Minutes of Committee Meeting held on September 27, 1995 (see Appendix "Ex. 11"). In response, Mr. Mitchem returned to the Forsgren Property and suggested that a surface drain be installed below the seep on the eastern edge of the Forsgren property to divert the water into Pine Creek. See Ex. 9 at DOJ000116. Mr. Forsgren excavated a new drain on his property in the Fall of 1996. Compl. ¶ 42.

6. In 1997, Mr. Forsgren contacted the Sublette County Assessor, Janet Montgomery, and told her about the drainage problems on his property that he now attributed to the CCC Ponds. Montgomery Dep. at 15:1-4 (relevant excerpts see Appendix "Ex. 12"). The Forsgrens told Ms. Montgomery that the assessed value of their property was too high in light of water damage that had been sustained. Id. at 15:4-6. Ms. Montgomery visited the property in May of 1997 and observed that the ground around the property was "very, very uneven." Id. at 17:9-14. Inside the house, she saw that "doorways were not straight anymore, . . . the walls pulled away from the kitchen cupboards, the foundation was cracked, [and] the garage door was twisted [and] uneven." Id. at 17:17-21. Ms. Montgomery testified in her deposition that the water damage to the house was obvious, that the walls pulling away from the cupboards represented a "very serious structural problem" and "permanent damage" that would continue to lower the value of the property unless repaired. Id. at 26:13-19, 27:6-13. Based on this property damage, Ms. Montgomery lowered the assessed value of the Forsgrens' property from $174,034 for 1996 to $156,422 for 1997, a reduction of approximately ten percent. Id. at 20:25, 21:1-7; Letter dated June 2, 1997, from Janet Montgomery to Dick and Clayta Forsgren (see

Appendix "Ex. 13").

7. On August 26, 1997, the Forsgrens met with Daryle Bennett at his office and Mrs. Forsgren told him that the CCC Ponds had caused extensive damage to her property, including wetness problems, a ruined lawn, and house foundation problems. Bennett Dep. at 96:3-25, 97:1-21 (see Appendix "Ex. 14"); Assistance Note Entry dated August 26, 1997 by Daryle Bennett (see Appendix "Ex. 15"). According to Mrs. Forsgren, Mr. Bennett told them during their meeting that the Committee was not going to help them any further with their water problems. Clayta Forsgren Dep. at 131:18-19 (see Appendix "Ex. 16").

8. In a letter dated August 29, 1997, Mr. Bennett told the Forsgrens that he had been periodically monitoring the wells installed by Stan Mitchem in 1993 and that he had observed no significant changes in groundwater levels. Letter Dated August 29, 1997 from Daryle Bennett to Dick and Clayta Forsgren (see Appendix "Ex. 17") at DOJ000146. He also stated that he was convinced that the drain installed in 1996 was effectively taking away the surface water on their lawn. Id. He therefore stated that there was no reason for continued monitoring of the wells and offered to remove them. Id. Mr. Bennett added that he believed that the "changes in wetness" the Forsgrens observed from year to year were probably attributable to elevated snowpack, runoff and rainfall. Id. at DOJ000146-147. He then wrote that the source of the spring on their property was unknown, but had been there "for a very long time," and that in any case, the drain was "pulling off the surface water from [their] property exactly as planned." Id. at DOJ000147.

9. On February 11, 1999, Mrs. Forsgren sent a letter to BLM stating that there had never been a problem with water on her property of any kind prior to the 1995 CCC Ponds Project. Letter dated February 11, 1999 from Clayta Forsgren to BLM (see Appendix "Ex. 18") at DOJ000149. She also stated that the drain installed on her property in 1996 had failed to solve the water problems. Id. According to the letter, she had made a request in 1997 that a drain be placed on the federal land to intercept water before it reached her property but had been "advised in no uncertain terms that no further action was contemplated." Id. at DOJ000150. She then renewed her request that a drain be excavated on federal property. Id. at DOJ000149.

DATED: April 28, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov

OF COUNSEL:

Steven M. Hoffman
Attorney
Office of the Solicitor
Rocky Mountain Regional Office
United States Dept. of Interior
755 Parfet Street, Room 151
Lakewood, CO 80215
(303) 231-5363 fax

Diane M. Connolly
Deputy Regional Attorney
Office of the General Counsel
United States Dept. of Agriculture
Mountain Region
P.O. Box 25005
Lakewood, CO 80225
(303) 275-5557 fax

335880.1