United States Department of Agriculture | Forest Service | Pinedale Ranger District | P.O. Box 220 Pinedale, WY 82941

Reply To: 1950

Date: April 20, 1994

RECEIVED APR 21 1994 PINEDALE RESOURCE AREA OFFICE

Dear Interested Party:

Enclosed is the Environmental Assessment (EA) for the CCC Ponds project. This project is being cooperatively proposed by the Forest Service and the Bureau of Land Management and includes improvements to the fishery, wildlife and recreation resources in the Pinedale, Wyoming area. It involves the restoration of wetlands and ponds near the Fremont Lake dam, about two miles northeast of Pinedale, in the Sections 23 and 26, T34N, R109W, Sixth Principal Meridian, Sublette County, Wyoming.

The EA describes the affected environment and lists 1 alternative to the proposed action. It also describes the environmental consequences of each alternative. Based on my review of the EA, the proposed action is the preferred alternative. This would restore several wetlands and construct a fishing pond, fishing access and interpretive trails, a parking area, a toilet and an access road. It would involve the construction of approximately 600 feet of new road to access the proposed development. The EA includes mitigation measures which have been intentified to protect forest resources and minimize the impacts of the project.

Your comments on the EA and the preferred alternative are welcome and will be accepted until May, 25, 1994. Any comments postmarked by the aforementioned date will be incorporated into my final decision. To be most helpful, comments should address specific parts of the EA or issues which have been omitted. Please send comments to:

Bob Reese
Pinedale Ranger District
P.O. Box 220
Pinedale, WY 82941

or

Arlan Hiner
BLM, Pinedale Resource Area
P.O. Box 768
Pinedale, WY 82941

If you have further questions or need additional information on this proposal, feel free to contact Jim Keller at 307-367-4326 or Bob McCarty at 307-367-4358.

Sincerely,

Robert L. Reese

ROBERT L. REESE
District Ranger

enclosure

Def.'s Ex. 1

PENGAD 800-631-6989 Reese DEPOSITION EXHIBIT 3 2-17-06 KSM

# ENVIRONMENTAL ASSESSMENT

## CCC PONDS

Sublette County, Wyoming

### RESPONSIBLE AGENCIES AND OFFICIALS:

District Ranger
USDA, Forest Service
Pinedale Ranger District
P.O. Box 220
Pinedale, WY 82941

AND

Resource Area Manager
USDI, Bureau of Land Management
Pinedale Resource Area
P.O. Box 768
Pinedale, WY 82941

### FOR FURTHER INFORMATION CONTACT:

Bob Reese, District Ranger
Pinedale Ranger District
210 West Pine Street
Pinedale, Wyoming 82941
(307) 367-4326

or

Arlin Hiner, Resource Area Manager
Pinedale Resource Area
431 West Pine Street
Pinedale, Wyoming 82941
(307) 367-4358




Figure 1 - "CCC Ponds" Project Environmental Assessment

Figure 2. CCC Ponds conceptual design.



# CHAPTER I
# PURPOSE AND NEED FOR ACTION

## INTRODUCTION

Forest Service (FS) and Bureau of Land Management (BLM) have proposed a cooperative fisheries, wildlife, and recreation project near Pinedale, Wyoming. This project would involve restoration of wetlands and ponds near Fremont Lake Dam. Project name "CCC Ponds" refers to the historical location of the Civilian Conservation Corps Camp.

This Environmental Assessment (EA) examines the effects of alternative actions regarding the "CCC Ponds" project. The project's primary goal is rehabilitation of previously disturbed ground to benefit fish and wildlife, and to improve recreational opportunities for fishing and interpreting the natural environment. A second goal is to provide these recreational opportunities to all individuals, including those that are physically challenged.

## PROJECT LOCATION

Project location is the southwest corner of Section 23 and the northwest corner of Section 26, T34N, R109W, Sixth Principal Meridian, Sublette County, Wyoming (Figure 1). This is 700 feet south of Fremont Lake Dam and includes both FS and BLM managed lands. Driving distance from Pinedale is 4.5 miles.

## PROPOSED ACTION

The Pinedale Ranger District, Bridger-Teton National Forest and Bureau of Land Management (Pinedale Resource Area), propose to work cooperatively with community groups, organizations and individuals to complete the "CCC Ponds" project. These groups and individuals have requested that the BLM and FS begin this project during the summer of 1994. Community groups and agencies which have expressed interest include Wyoming Game and Fish Department, Town of Pinedale, US Army Corps of Engineers, Sublette County Conservation District, Soil Conservation Service, Sublette County Recreation Board, Trout Unlimited, Ducks Unlimited, State Engineer's Office, Sublette County School District No.1, Lions Club, and Future Farmers of America.

The project will be funded cooperatively by the groups and agencies involved. If an action alternative is chosen, the proposed project will be completed during either the summer of 1994, 1995 or 1996 depending upon funding availability.

Proposed actions include four major activities: 1) water supply and control, 2) road and parking construction, 3) toilet, trails and sign placement, and 4) fisheries and wildlife management. The following is a brief description of these four proposed project components (Figure 2).

*1) Control water supply to the proposed project area.* Construct a pipeline from Fremont Lake to the project location. Two previously constructed and currently non-functional water impoundments, would be restored with a year round water supply in order to create one wetland pond, and one deeper pond capable of supporting a fish population. This would also require construction of water control structures between the ponds. Return flow would enter Pine Creek above the Colorado ditch headgate.

*2) Construct a parking area.* Road access begins from Fremont Lake Road near the lake shore summer homes. The proposed parking area is approximately 2,000 feet from Fremont Lake Road and would require improvement of an existing two-track trail, including short sections of new road construction. Parking would accommodate 12 sedans and 6 motor-home or school bus sized vehicles.

*3) Construct a toilet, suitable trails, and place interpretive signs.* Toilet construction at the parking area would be "barrier free" (accessible to all recreationists, including the physically challenged). Foot access from the

parking area to the ponds would require construction of a small bridge across the Highland Irrigation canal. A boardwalk, or other hardened surface, would be constructed from the parking area to the wetland and fishing pond. This would allow barrier free access to a portion of the project area. This hard surface, and necessary resting benches for barrier free access, would be limited to the east side of the ponds. A less developed trail would extend around the west side of the two ponds. Boardwalks, fishing platform, fishing pier, group gathering areas, and interpretive signs are proposed within a short distance from the parking area. Areas further from parking will be less developed to maintain a more primitive setting.

***4) Manage for improved fisheries and wildlife habitat.*** Fisheries management would include stocking one pond periodically with 8 inch or larger trout by the Wyoming Game and Fish Department. Shoreline development, planting of desirable aquatic vegetation and in-pond structures to benefit fish and fishing would become part of the final project design. The wetland pond will require shoreline modification and island placement to maximize the production capacity for waterfowl and other wetlands dependent species. Seasonal trail closures may become necessary to minimize disturbance to waterfowl nesting in the wetlands areas.

## PURPOSE AND NEED

The Civilian Conservation Corps Camp was established in this area in 1933. It appears that the existing ponds were constructed during this time period, as evidenced by spoils along the edges of the ponds. Purpose of the ponds is believed to have been for fish rearing. The ponds also served as a headwater reservoir for irrigation. Remains of water control structures can still be seen on two of the ponds.

In 1944, the Highland Irrigation canal was rerouted along the east side of the ponds, eliminating them as a reservoir, and their source of water. Today, the ponds are seasonally flooded and controlled primarily by seepage from the canal and secondarily by ground water.

Restoring water to the ponds would result in the increased ability of riparian depedent plant species to become established, thus improving the area's wetlands' resources. Managing the wetlands' water supply, with active improvement efforts in planting wetlands plant species, would enhance the value of the wetlands for wetlands dependent wildlife.

A wide variety of recreational fishing opportunities exist nearby, although the opportunity for family style, and disabled access, is lacking. Roaded access to a quality fishing area would provide an additional opportunity for local residents and visitors. Indirect benefits to the local economy can be expected as a result of increased recreational opportunities.

## CURRENT MANAGEMENT DIRECTION

The Bridger-Teton Land and Resource Management Plan (Forest Plan) provides the following land management direction for the area south of Fremont Lake (Desired Future Condition 9A, starting on page 221 of the Forest Plan):

> **Theme -** This is an area managed for campgrounds, other noncommercial areas, and Forest Service administrative sites, including related roads and sites.
>
> **Experience -** Overall, you may find many signs of people. You see little or no evidence of resource development, except for recreation. Picnic tables, roads, buildings and camping spots are obvious to you. You often hear the sounds of vehicles and other human activity. Signs indicate to you that the use of off-highway vehicles is not allowed except to enter and depart the site on roads.
>
> **Management Emphasis -** The management emphasis is on existing and proposed developed recreation sites and Forest Service administrative sites. This includes campgrounds, picnic areas, trailheads, visitor information centers, water-related recreation facilities and concentrated use areas in Roaded Natural Areas.

Def.'s Ex. 1

Land and Resource Management Objectives addressed and, in part, met by achieving this Desired Future Condition include: 2.2(a,b).

**Site Development Standard** - Recreation sites will be developed according to the following standards:

1) In new recreation sites and improved sites, provide at least one unit for use by the physically challenged.

2) Design at least 25 percent of the units in new sites and improved sites to accommodate two or more families,

3) Where alternatives exist, choose sites where recreational facilities can be designed to be accessible by the physically challenged, and

4) Fences around developed facilities will be of natural materials.

See the Forest Plan for the complete description of Desired Future Condition 9A and other applicable standards and guidelines which may apply.

## DECISION TO BE MADE

The decision to be made includes selection of an alternative which:

1) Meets stated purpose and needs,

2) Satisfies project goals and objectives, and

3) Assures adequate resource protection measures are included to meet Forest Plan direction.

This decision is the responsibility of the Pinedale District Ranger (FS) and the Pinedale Resource Area Manager (BLM).

## PUBLIC INVOLVEMENT

Public involvement has included two efforts. Potential cooperators met to discuss goals, objectives, conceptual design, and coordination needs on, May 15, June 22, and November 23, 1993. This group met again for the same purposes on January 3 and March 10, 1994. Pinedale Ranger District and Pinedale Resource Area staff members have also met with potentially affected groups and individuals to identify issues and concerns.

Forest Service mailed a letter to 77 potentially affected or interested groups and individuals on January 25, 1994. This letter, in compliance with the National Environmental Policy Act, requested public comment of the proposed action. In addition to the mailing, the Pinedale Roundup published a news article on the proposed project on January 6, 1994.

From this public contact (see Chapter 5), the following issues and concerns were identified from which project goals and objectives were developed.

## ISSUES AND CONCERNS

The following represents the issues and concerns identified by public comments and by Forest Service resource specialists. These issues and concerns were used to develop goals and objectives from which alternatives were evaluated.

**Issue 1. Disturbance to adjacent home owners.** There are several private property owners along Pine Creek near the west side of the project area. Increased public access could result in potential increase in trespass onto private property.

**Issue 2. Increased ground water elevation.** Restoring water to the old ponds may result in raising the water table to levels that could cause seasonal flooding of adjacent private property.

**Issue 3. Impacts to Cultural Resources.** Fremont Lake area has many locations of historic and prehistoric significance. Therefore, a cultural resource survey is required. Any significant historic or prehistoric sites found during survey or construction will be avoided or mitigated.

**Issue 4. Wetlands Impacts.** Project design must include measures to enhance or increase wetlands habitat, while ensuring no net loss.

## GOALS AND OBJECTIVES

These goals and objectives are grouped by the desired project benefits, and in response to the issues and concerns listed above. Alternatives and mitigation measures were developed and evaluated against the following goals and objectives.

**Goal - Incorporate a fish and wildlife habitat restoration project with development of barrier free recreational fishing, wildlife viewing, education and interpretation opportunities.**

Objective - By 1996, provide recreational fishing, wildlife viewing, and interpretive facilities which can be accessible by the physically challenged individual.

Objective - By 1996, establish an educational and interpretation plan with the theme "Wetlands are an important habitat for a variety of fish and wildlife species." Involve community cooperation in this effort.

**Goal - Minimize potential disturbances to adjacent home and property owners.**

Objective - Project design incorporates mitigation and protection measures which reduce the risk of disturbance and trespass.

**Goal - Restore water to old ponds without increasing ground water elevation to a level that will flood adjacent private property.**

Objective - Project design incorporates mitigation and protection measures which reduce the risk of flooding adjacent private property.

**Goal - Protect cultural resources within the project area.**

Objective - Conduct a survey to identify any significant cultural resource within the project area. Construction activities are designed to avoid cultural resources, or those resources are mitigated.

**Goal - Enhance wetlands habitat for the benefit of wetlands dependent wildlife.**

Objective - Project design enhances existing wetlands quality for waterfowl use, and increases the overall wetlands area by 4.5 acres within five years. Any new ground disturbances are designed to avoid existing wetlands, or are considered necessary to cause improvement (while ensuring no net loss).

Def.'s Ex. 1

# CHAPTER II
# ALTERNATIVES

This chapter describes the two alternatives under consideration. Public comment received did not lead to an alternate project location or identify issues which would result in changing the proposed action. Therefore, the alternatives evaluated in detail include the "No Action" and the "Proposed Action."

Alternatives identify all possible actions which affect the human environment. These actions include mitigation and protection measures, and estimated costs. Alternatives were developed and evaluated based upon how well they meet the objectives listed in the previous section, "Goals and Objectives" (Chapter I, Page 4).

## NO ACTION ALTERNATIVE

Evaluating the no action alternative is required under the National Environmental Policy Act. It is also necessary to fully explore the issues associated with taking no management action in comparison to other viable alternatives.

The existing condition of the ponds and wetlands within the project area would remain the same. This alternative meets the goals and objectives relating to adjacent property owners, but does not meet any other stated goals and objectives.

## PROPOSED ACTION ALTERNATIVE

This alternative is the same as described under "Proposed Action" (Chapter I, Page 1). Additional detail and mitigation is presented here to assist with evaluation of the project impacts.

Maintaining winter flow to the fish pond, through the wetland pond, would require a buried pipe from above the dam to the upper end of the northern most pond. Distance between Fremont Lake lagoon and the upper pond is approximately 800 feet. Pipe diameter of 10 inches is anticipated for winter flow of 2 to 3 cubic feet per second. Estimated cost of pipe and installation is $5,000.

Wetlands would not be impacted by this construction except temporary disturbance at Fremont Lake shore. Wetland disturbed would be limited to a 10 feet wide by 40 feet long area where the pipe intake is buried. Design would include measures to minimize this impact by stockpiling and replacing soil and vegetation following pipe placement.

Access road and parking lot construction would follow existing two-track roads except in short stretches needed for straightening alignment. Total new road construction is estimated at about 600 feet in length. Reconstruction of about 1,500 feet of two-track road is anticipated. Specifications for the road include a 20 feet wide gravel running surface and a 28 feet wide subgrade. Parking area would be surfaced with stable material to allow wheel chairs. A one stall, barrier-free vault toilet would be constructed at the parking area. Estimated cost of road, parking lot and vault toilet is $27,000.

Wetland and riparian habitat are not present along the proposed location of the road. Wetland habitat is present on the northern edge of the proposed parking lot. This wetland area is irrigation induced by subsurface water flow into a depression from the Highland Irrigation canal. Affected area by parking lot construction would be less than 1,000 square feet.

A foot bridge would be required to cross the Highland Irrigation canal and a second, smaller foot bridge or culvert would be needed to cross the channel between the wetland pond and fish pond. Two fishing platforms are proposed on the fishing pond. A hardened trail around both the wetland and fishing pond is also proposed. Designed trail clearing width would be 6 feet maximum, with minimum vegetation clearing. Trail and fishing

platforms would conform with the rustic recreational setting, and would be accessible to both wheel chairs and walkers. Trail, bridge and platform construction cost is estimated at $22,000.

Trails around the ponds' edges would be located on top of the dike to avoid harming riparian and wetlands vegetation. Trails between waterfowl and the fishing pond would be entirely upon riparian vegetation, and would require fill to raise approaches to the elevation of the dikes. Total potential wetland loss as a result of the trail between the ponds would be 1,560 square feet. Maximum fishing platform size and potential loss of wetland would be 600 square feet each, for a total of 1,200 square feet.

The northern most wetland pond would be enhanced for wildlife use, primarily waterfowl. This would require modification to include peninsulas and islands. Riparian vegetation would be planted following configuration changes to enhance its productivity. Water from the wetland pond would flow into the fishing pond through an existing channel. This channel, which was the historic irrigation channel, would be configured to appear as a natural stream channel. Water level control strucutres would be installed to allow draw-down of the wetland pond every 3 to 5 years. Wetland pond modification cost is estimated at $12,000.

The fishing pond would not require any modification to shoreline or profile, except where the fishing platforms are to be constructed. Outlet control structure would be reconstructed on the west side of the fishing pond. This structure would feed a 12 inch diameter buried pipe to the small wetland pond located in the northwest corner of the project area. This small pond drains into Pine Creek. Any wetland soil and vegetation disturbed during placement of pipe would be replaced in its original location and condition. Outlet water control structure, pipe and channel cost estimate is $8,000.

Interpretation of fish and wildlife and their habitats could consist of sign kiosks and brochures at or near the parking lot. Interpretive stops along the trails would lead visitors on a self guided tour. Estimated cost for interpretive services and materials is $13,000.

Total estimated project cost is $74,000. Cost may vary based upon a number of variables such as, volunteer labor, donated materials, donated equipment and style and type of man made structures used to meet the rustic design criteria and objectives. Final design and cost analysis would be completed.

## MITIGATION MEASURES

1. All disturbed ground is required to be revegetated, with native plants, following construction. This may involve slope re-shaping, grading, seeding, mulching or fertilizing.

2. Project area recreation would be limited to day use only.

3. A "Rustic Setting" would be the theme. Facilities will be constructed with native materials and blend with the surrounding landscape, where possible.

4. If trespass problems occur as a result of increased day use, protection of private property would include a fence along the western boundary of the project area.

5. Ponds would be designated off limits to boating and swimming. Electric utilities and appliances would not be allowed.

6. Ponds area and parking lot would be designated off limits to overnight camping.

7. Two-track roads within the project area would be closed and rehabilitated.

8. Motorized access to the Town Chlorination Plant and Fremont Lake Dam would be restricted by a locked gate.

Def.'s Ex. 1

9. The southern most wetland pond's water level would not be raised. This would minimize the risk of raising water table levels to those which may effect nearby property owners.

10. Continued monitoring of ground water levels on adjacent property to determine whether heightened ground water level occur as a result of pond development. Mitigation measures may include placement of tile drain next to buildings if necessary.

# CHAPTER III
# AFFECTED ENVIRONMENT

This section describes the existing environment within or near the project area. The following descriptions of existing resources provide the background information necessary to understand the environmental, social and economic effects of the proposed project. A detailed description of project effects is included in Chapter IV.

## PHYSICAL ENVIRONMENT

**Soils and Geology.** Soils at the project site are glacial deposits of granitic silt and sand with a predominance of granite boulders and cobble. Face soils are coarse granitics with textures ranging from coarse loamy sands to coarse sandy clay loams. Soils range from somewhat poorly drained to well drained depending on landscape position. They are very deep glacial till. The project area borders the terminal morrain that created Fremont Lake approximately 15,000 years ago.

Very little soil occurs within the proposed fishing pond and northern proposed wetland pond due to past human disturbance. These two ponds were the site of irrigation structures and were used as fish ponds during the 1930's and 1940's. Appearance suggests that these ponds were created from gravel mining operations. A man made dike surrounds both ponds.

**Watersheds and Water Quality.** This project is located within the upper reaches of the Pine Creek watershed, which originates at the outlet of Fremont Lake. Water elevation within the project area ponds is controlled primarily by seepage from Highland canal. The northern wetland pond is approximately 4.5 acres in size. This pond dried up when the irrigation canal was reconstructed to the east. The proposed fishing pond is 5.5 acres in size. It maintains approximately 1 acre surface area of standing water during low water periods and is about 3 acres in size during the summer. The southern most pond is approximately 5 acres in size and maintains a year long consistent water level. The small, 1 acre pond in the north west corner of the project area is a beaver pond. Water fluctuates as a result of beaver activity and ground water elevation. Water quality of the southern most wetland pond and beaver pond in the northwest corner is considered excellent, since their source is ground water. Water quality of the proposed fishing pond is marginal since it is stagnant surface water and inlets and outlets do not exist.

**Wildlife.** The Wyoming Game and Fish Department classifies the project site and the surrounding area as winter range for mule deer and moose. The area also provides potential habitat for snowshoe hare, coyote, red fox, raccoon, ermine, long-tailed weasel, mink, badger, western spotted skunk, striped skunk, river otter and bobcat. Red squirrels, chipmunks, golden-mantled ground squirrels, northern pocket gophers, dusky shrews, red-tailed hawks, Clark's nutcracker, dark-eyed junco, green-tailed towhee, rufous hummingbird, Cassin's finch, rock wren, Lincoln's sparrow, and Wilson's warbler are all common within the project area.

**Threatened, Endangered and Sensitive Animal Species.** According to the U. S. Fish and Wildlife Service, the bald eagle (endangered) is a potential winter resident and migrant. Bald eagles have been observed in the vicinity of the Green River and are likely to be occasional visitors in the project area. No nesting sites have been observed or identified in the project area.

Peregrine falcons (endangered) are generally found near cliffs in the northwestern portion of the state and can be a rare resident in the area. However, there is currently no evidence that peregrine falcons breed near or in the project area. No documented observations of peregrine falcons in the project area have ever been recorded.

It is highly unlikely that grizzly bears, whooping cranes, trumpeter swans, common loons, or harlequin ducks would be found within the project area due to its present condition.

**Fisheries.** Pine Creek contains a rainbow, brook and brown trout fishery. It is a tributary to the New Fork River which supports a very popular trout fishery. Fremont Lake supports a very popular mackinaw fishery.

Def.'s Ex. 1

**Threatened, Endangered, and Sensitive Fish Species.** There are no known federally listed endangered, threatened, sensitive or candidate fish species, or species of special concern in the analysis area. Endangered Colorado squawfish, humpback chub and bonytail chub do not reside within the project area. However, they do occur within the Green River Basin.

**Vegetation.** Vegetative communities in the project area are characteristic of high desert and flood plain. The roads leading to the project area traverse through high desert, sagebrush grassland community. Within the two ponds proposed for the wetland pond and fishing pond development, little vegetation is present. Sparse grass species and an occasional willow bush is present over a gravel and silty soil. Surrounding these two ponds is a well developed willow, cottonwood and grassland community. Vegetation development at the small beaver pond in the northwest corner, and the larger wetland pond in the southern end have a well developed willow and sedge plant community.

**Threatened, Endangered, and Sensitive Plant Species.** No state or federal species of concern have been previously reported for the specific area.

**Riparian, Wetland and Flood plains.** Riparian vegetation is found along the slopes of the dikes and surrounding two ponds which hold year long water. Presence of riparian vegetation along the dike on the east side of the project is a result of sub-water from the Highland Irrigation canal. The area west of the proposed wetland and fishing pond development may be considered Pine Creek flood plain. The flood plain may include the southern most pond and the beaver pond in the northwest corner of the project area. Further, analysis is necessary in this area prior to future development. Regardless of flood plain limits, these two ponds exhibit true wetland habitat characteristics.

**History and Cultural Resources.** Prehistoric cultural resources are known for the Fremont Lake area. Camp-sites, hunting sites (possibly taking advantage of seasonal animal migrations), large animal processing locales and special use areas are known. The immediate project area utilizes zones of previous disturbance, minimizing the potential for project elements to impact significant or un-detected cultural material. No known traditional Native American religious or cultural sites are known for the project area.

The original Highland Irrigation canal was constructed between 1908-1911 and served ranchers down stream in the Pinedale area. In 1933, Civilian Conservation Corps camp F-13 was established along Pine Creek, and became a year long occupancy with fixed winter structures. The 30 to 50 enrollees built roads, fences, campgrounds and other recreational facilities, and did habitat improvement projects. This camp was officially closed in 1942 with the structures being razed by the Forest Service in the early 1950's. The foundations and historic debris of this camp can still be seen throughout the area. The Civilian Conservation Corps camp has been previously determined not significant.

In 1944, the Highland Irrigation District filed for ditch enlargement. This resulted in a re-alignment of the irrigation canal system and by-passed the pond area. In 1951 an additional application was filed for further canal enlargement. Portions of the old irrigation ditch, as well as the CCC era head gates, can still be found in the project area.

**Recreation.** No developed recreation sites are located in the project area beyond the Fremont Lake shore summer home area and boat launching facility. Visitors come to the area along the Fremont Lake outlet for over night camping and fishing. The area receives generally light use from spring through fall as a recreation area for camping, picnics, fishing and hunting. Winter recreation use is rare.

The Recreation Opportunity Spectrum (ROS) classification for the analysis area is Roaded Natural. Under this classification, visitors should expect a setting that is generally natural in appearance. Yet, they will see developed recreational facilities. Road access allows all types of vehicles to developed recreation sites. Visitors can expect to see other people, but can expect some privacy.

**Existing Land Uses.** Rights-of-way easement for Highland Irrigation canal and the Town of Pinedale water line is present on the north and east side. Electric utility poles and lines are present on the east and west side of the project area.

**Land Ownership.** The proposed actions are entirely within National Forest System and Bureau of Land Management lands. Private land borders federal lands to the south and west of Pine Creek.

# CHAPTER IV
# ENVIRONMENTAL CONSEQUENCES OF THE ALTERNATIVES

The following is a description of predicted consequences to both the natural and human environment after the prescribed mitigation measures listed in Chapter II, Page 2 are implemented. These are organized by objectives as listed in Chapter I, Page 4.

**Objective** - By 1996, provide recreational fishing, wildlife viewing, and interpretive facilities which can be accessed by the physically challenged individual.

**No Action Alternative.** This alternative does not meet the objective, purpose and need, or Forest Plan direction. Existing recreation setting of the area would not change. Additional fishing opportunities for family and physically challenged individuals would not be available. Wildlife viewing would continue to be available to the individuals willing to bushwack through the area. On-site interpretation and educational opportunities would be limited or non-existent.

**Proposed Action Alternative.** This alternative fully meets the objective, purpose and need, and Forest Plan direction.

**Objective** - By 1996, establish an educational and interpretation plan with the theme "Wetlands are an important habitat for a variety of fish and wildlife species." Establish the cooperation of the community.

**No Action Alternative.** This alternative does not meet the objective or purpose and need. Existing recreation setting of the area would not change. Additional fishing opportunities for family and physically challenged individuals would not be available. On-site interpretation and educational opportunities would be limited or non-existent.

**Proposed Action Alternative.** This alternative fully meets the objective and purpose and need. Educational and interpretive plans would be developed and implemented as part of this alternative.

**Objective** - Project design incorporates mitigation and protection measures which reduces the risk of disturbance and trespass.

**No Action Alternative.** This alternative would not change the existing situation in relation to private property. This alternative best meets this objective since little recreation activity occurs within the area at present.

**Proposed Action Alternative.** Project design incorporates these mitigation and protection measures. The original proposal included a trail along the southern most pond in the project area. Concerns for privacy from local land owners and disturbance to wildlife resulted in elimination of this portion of the trail.

In the event of increased trespass and disturbance, a rustic privacy fence would be provided to land owners to the south and east along Pine Creek. Rustic design of the recreation facilities would minimize visual disturbance. Electric lights, motorized vehicle (electric powered chairs exempt), loud music, camping, boating, and hunting would not be permitted within the project area. Day use and other restrictions of the proposed recreation site would be enforced through use of an existing Cooperative Law Enforcement Agreement between the Forest Service and Sublette County Sheriff.

Restricting motor vehicle access to the Town Chlorination Plant and Fremont Lake Dam would reduce the risk of vandalism.

Def.'s Ex. 1

Easement for crossing the Town of Pinedale water supply line and Highland Irrigation canal would be received prior to project construction. Required water rights would be obtained from the appropriate land owners prior to project construction.

**Objective -** Project design incorporates mitigation and protection measures which reduce the risk of flooding adjacent private property.

**No Action Alternative.** This alternative would not change the existing situation with relation to private property.

**Proposed Action Alternative.** The southern most wetland pond appears to be closest to the private property to the south and west of the project area. Raising the water level in this pond could raise the ground water elevation on adjacent private property. The outlet to the fishing pond will not be routed into the southern most pond. Therefore, water elevation in the southern pond will not be raised without addressing excessive seepage, reducing the risk of flooding private property.

**Objective -** Conduct a survey to identify any significant cultural resource within the project area. Construction activities are designed to avoid cultural resource, or those resource are mitigated.

**No Action Alternative.** This alternative would not change the existing situation in relation to cultural resources.

**Proposed Action Alternative.** A cultural resource survey has been conducted. Currently, there are no significant historic or prehistoric sites within the project area which will require avoidance or mitigation. This alternative will have no effect to cultural resources.

**Objective -** Project design enhances existing wetlands quality for waterfowl use and increases wetlands in overall area by 50 percent. Any new ground disturbances are designed to avoid existing wetland, or are considered neçessary to cause improvement (while ensuring no net loss).

**No Action Alternative.** This alternative would not change the existing situation in relation to wetland quantity or quality.

**Proposed Action Alternative.** Total wetlands disturbance and loss as a result of the construction of parking area, pipelines, water control structures, trails, and fishing platform is estimated at 4,560 square feet maximum. Maintaining water level in the 5.5 acre fishing pond would have no effect on existing wetland or riparian habitat. Establishing wetland and riparian vegetation within the 4.5 acre wetland pond would create a quality wetland environment for wetland dependent wildlife species.

Consultation with the U.S. Army Corps of engineers would continue through project design and Section 404 permit process.

No adverse effect is anticipated to watershed or water quality, wildlife, threatened or endangered plants or animals, or fisheries resources. Surface water evaporation and ground water seepage is expected to be less than one acre foot per year. Therefore, no effect to the Colorado squawfish, humpback chub, or bonytail chub is anticipated.

Diversity of recreational opportunities will increase near Pinedale which may add to the attraction of the area for residents and visitors. Indirect economic benefits to Pinedale may result from these increased recreational opportunities.

There is no foreseeable irreversible and irretrievable commitment of resources, nor adverse environmental effects of the proposed action.

Def.'s Ex. 1

## CIVIL RIGHTS STATEMENT

The policy of the United States Department of Agriculture Forest Service prohibits discrimination on the basis of race, color, national origin, age, religion, sex, or disability, familial status, or political affiliation. Persons believing they have been discriminated against in any Forest Service related activity should write to: Chief, Forest Service, USDA, P.O. Box 96090, Washington, DC 20090-6090.

# CHAPTER V
# PUBLIC COMMENT

## ORGANIZATIONS, AGENCIES AND PERSONS CONTACTED

The following organizations, agencies and people were contacted through scoping letters or by personal contact during the scoping period.

Copies of this environmental assessment were sent to the highlighted entries.

### WYOMING CONGRESSIONAL DELEGATION

**The Honorable Malcolm Wallop**
**The Honorable Alan Simpson**
**The Honorable Craig Thomas**

### FEDERAL GOVERNMENT

**US Army Corps of Engineers**
**Bureau of Land Management**
**Soil Conservation Service**
**US Fish and Wildlife Service**

### STATE GOVERNMENT

**Wyoming State Clearinghouse**
**Sublette County Conservation District**
**Wyoming Game and Fish Department**
**Representative Budd Betts**
**Representative Louie Tomassi**
**Senator Robert Lalonde**
**State Engineer's Office**

### CITY AND COUNTY GOVERNMENT

**Sublette County School District #1**
**Sublette County Commissioners**
**Town of Pinedale**

### NATIVE AMERICAN GOVERNMENT

**Shoshone/Arapaho Tribes**
**Shoshone/Bannock Tribes**

### ORGANIZATIONS

**Sierra Club**
Wind River Multiple Use Advocates
Greater Yellowstone Coalition
Wilderness Society
Trout Unlimited
**Ducks Unlimited**
**Wyoming Outdoor Council**
**Jackson Hole Alliance**
**Wyoming Heritage Society**
**Conservation Districts of the Yellowstone**
**Sublette County Coalition**
**Sweetwater County Wildlife Association**
**Wyoming Wildlife Federation**
**National Wildlife Federation**
**County Recreation Board (of Pinedale)**
**Wyoming Assn. of Professional Archeologists**
**Fremont Yacht Club**
**Chambers Historic Preservation Trust**
**Highland Irrigation District**

### BUSINESSES

**Pinedale Roundup**
**Union Pacific Resources**
**Lakeside Lodge**

### INDIVIDUALS

**Gordon Johnson**
**Kirk Hoover**
**Darrell Walker**
**Des Brunette**
**Bob Johnson**
**Caroline Brazell**
**Jim Meyers**
**Bethany Walker**
**Bert Rienow**
**Jon Boroff**
**Elaine Ullery**
**Rose Skinner**
Thomas and Lisa Carlson
Dick Forsgren
Mrs. John T. Kershisnik
**Boyd Lewis**
Dr. Mylon and George Pryich
Bob and Frank Tatman

Def.'s Ex. 1

**Bob Norris**
**Toby Terrell**
**Merle Morss**
**Walter McCullough**
Jane and Sprout Wardell
Doris Burzlander
Joe Kelsey
James and Daphne Platts
Don and Mary Ellen Schooley
Lavon P. Page
Marlenn Wise

Norman S. Evarts
Jim Carollo
John L. Frullo
Paula J. Wonnacott
John B. Carollo
John K. and Sibyl R. Love
Richard and Barbara Mathis
Armand W. Kellogg
A.M. Carollo
Alan E. Huish

# CHAPTER VI
# LIST OF PREPARERS

This chapter presents a list of those individuals who worked on the development of this environmental assessment.

Robert L. Reese, District Ranger, Pinedale Ranger District

James Keller, Natural Resources Manager, Pinedale Ranger District

Lis Novak, Landscape Architech, Bridger-Teton National Forest

Kurt A. Nelson, Fishery Biologist, Pinedale Ranger District

James Schoen, Archeologist, Bridger-Teton National Forest

Megan Lyons, Recreation Manager, Pinedale Ranger District

## CONSULTATION AND COORDINATION

Following are individuals who provided assistance in the development of the environmental assessment.

John T. Doyle, Surveyor

Daryle Bennett, District Conservationist, Soil Conservation Service

Glen Dunning, Wyoming Game and Fish Department

Dave Vlcek, Archeologist, BLM - Pinedale Resource Area

Dan Stroud, Habitat Biologist, Wyoming Game and Fish Department

Bob McCarty, Wildlife Biologist, BLM - Pinedale Resource Area