# State of Wyoming

RICHARD FORSGREN
SWEETWATER COUNTY

COMMITTEES:
WELFARE, BUILDINGS, INSTITUTIONS, SANITARY AND MEDICAL AFFAIRS, CHAIRMAN
GAME AND FISH
LABOR

1115 MCKINLEY
ROCK SPRINGS, WYOMING

THIRTY-EIGHTH STATE LEGISLATURE

HOUSE OF REPRESENTATIVES

May 21, 1988

Mr. Lynn Williams - District Ranger
Mr. Brian Stout- Supervisor -Bridger-Teton National Forest
Pinedale, Wyoming 82941

Dear Mr. Stout & Mr. Williams: T O W H O M I T M A Y C O N C E R N

I own the property adjacent to the Forest and BLM land in the Riverside Subdivision to the town of Pinedale.

I am concerned about the ground drainage and seepage problem on my land that comes from the BLM & Forrest land above me.

I ask you ? WHAT, IF ANYTHING, WILL THE NEW SITE OF THE DAM AND BACKING UP AND RAISING THE WATER LEVEL HAVE ON THIS DRAINAGE AND SEEPAGE PROBLEM THAT NOW EXISTS ON MY PROPERTY? I feel I am justifiably concerned,

In my Mind it stands to reason if the dam is moved closer to my property and the level is raised and the lagoon widened to make a MARINA- that this could cause an even worse water drainage problem than now exists.

Over the years, I have presented this problem to the BLM on several occasions--- (I even tried to get some relief when my nephew Dean Forsgren was with the BLM.. This also proved fruitless.) They have informed me that they would not do anything to stop this problem.. " That I knew of the surface water seepage problem when I bought the land and therefore they would not do anything". I do not recall ever being told about this water situation by a Federal Agency.' BLM. Forest Service or any other.

However, now with the proposed changing of the dam sight-----.this in turn I feel is going to present YET ANOTHER AND BIGGER problem with this surface water seeping onto and into my property.

At times I have had as much as three inches of water in my garage. It has built a MARSH type problem in my back yard and at times the water has gotten under my foundation and into the basement. This causes the house to heave and settle and I am afraid that it is going to cause substantial damage to my home and property unless corrected. Along with the possibility of contamination of my well.

I have personally put a 6 inch perforated drain pipe in the area adjacent to the BLM and Forest land but this has not solved the problem.

I have even offered to buy a parcel of their land so as to put a drain ditch in to stop this problem and they have informed me that it is NOT FOR SALE. PERIOD.
But at one time they told me If I owned some land they were INTERESTED IN they MIGHT consider a TRADE. Even this was in the making until I was recently informed THEY WON't EVEN MAKE A TRADE.

PENGAD 800-631-6989
Harper
DEPOSITION
EXHIBIT
2
2-14-06
KJn

PINEDALE R.D.
BRIDGER-TETON N.F.
MAY 25 1988

| | Info | Act |
|---|---|---|
| Route To | | |
| Ranger | | |
| Asst Ranger | | |
| Range | | |
| Recreation | | |
| Business Mgt | | |

Def.'s Ex. 3

# State of Wyoming

RICHARD FORSGREN
SWEETWATER COUNTY

COMMITTEES:
WELFARE, BUILDINGS, INSTITUTIONS, SANITARY AND MEDICAL AFFAIRS, CHAIRMAN
GAME AND FISH
LABOR

1115 MCKINLEY
ROCK SPRINGS, WYOMING

THIRTY-EIGHTH STATE LEGISLATURE
HOUSE OF REPRESENTATIVES



Before I seriously consider filing an Injunction, I FEEL A THOROUGH STUDY OF MY SEEPAGE & OR DRAINAGE PROBLEMS SHOULD BE SERIOUSLY CONSIDERED ALONG WITH AN IN DEPTH STUDY ON THE FLOODPLAINS AND WETLANDS INVOLVED.

ALSO, WITH A TOTAL REAVALUATION OF THE DETRIMENTAL ENVIRONMENTAL ASPECTS THAT CAN EVOLVE SHOULD THE PRESENT PROPOSAL BE CONSUMMATED.

Wee originally bought this property for its SECLUSION---- TO GET AWAY..... As far as making a large lagoon and a MARINA to enchance recreational valuess... supposedly for a 178 or "Whatever camping area". I HONESTLY do not want a HIGH DENSITY CAMP GROUND NEXT DOOR. WOULD YOU ?

I am more than willing to talk to anyone who might be able to enlighten me in regards to this personal problem that exists.

Thank you for any consideration you may give this.

Respectfully yours

Richard A. Forsgren
Former Wyoming State Representative
1115 McKinley Ave. Rock Springs, Wyo 82901

Copies:
BLM District Office R.S. Wyo
Fish & Game Dept. Pinedale
BLM. Pinedale, Wyo
Mayor. Pinedale, Wyo
Alan Mauzy. Deputy Administrator State Water Commission
Mr. Montgomery- Water Commissioner- Pinedale, Wyo
Van Huffman-Commission Chairman of Highland Irrigation District
Stan Tixier, Regional Forester. Ogden, Utah
Senator Allen Simpson. WDC Ph.202-224-3121
Rep. Dick Cheaney WDC.