Cowboys pack Page 8 Checkoff passes page Bar Cross auction

Volume 82 Number 32
Thursday, May 26, 1988

# PINEDALE ROUNDUP

25¢



000563 08/30/88 **
WYO STATE ARCHIVES
HIST & MUSEUM DEPT
BARRETT BLDG
Cheyenne WY 82001



**Tearful moment** Cindy Houghton experiences a tearful moment during Pinedale High School graduation ceremonies last Sunday. Story and photos on pages 10 and 11.

## Fremont Dam move on hold

*Todd Adams*

A decision last week by Bridger-Teton Forest Supervisor Brian Stout to temporarily withdraw his approval of the proposed move of the Fremont Lake Dam has left officials unsure whether $350,000 in state funding for the project will be jeopardized by the delay.

State legislators and officials say work on the joint Town of Pinedale/Highland Irrigation District dam reconstruction project, which has been in the works for more than a decade, must begin this fall or the $350,000 in low interest loan funds probably will be withdrawn.

Stout announced May 19 he is withdrawing approval of the project to build a new dam a half-mile downstream from the existing dam pending further analysis of flood-plains and wetlands.

"Recently raised concerns over wetlands habitat that may be submerged by raising the water level in the lagoon area below Fremont Lake and sustaining it for longer periods of time has caused the Forest Service to withdraw its approval until these concerns can be adequately addressed in the environmental assessment for the project," a news release reads.

Stout initially had approved the move in early May, in response to a request by the Highland Irrigation District.

With the delay, the Forest Service expects the analysis on wetlands to be completed and a new decision on the dam's fate made by mid-June.

After the new decision notice is issued, a public comment period of 30 days follows, putting final Forest Service approval into mid-July.

Asked if the delay will mean the end of plans to move the dam in favor of already-approved reconstruction at the existing site, Highland Commissioner Stan Murdock said "I don't know. Right now it adds more time in there, and that doesn't make us any more comfortable, that's for sure."

Murdock said complex paperwork — a new environmental analysis by the Forest Service and a modification of the Army Corps of Engineers dredge and fill permit — will take the most time.

The Pinedale Roundup was unable to contact the Army Corps of Engineers in Riverton by press time to determine whether that agency will approve the so-called 404 permit for the new dam site. A permit already has been issued for dam reconstruction at the existing site.

"The district will play the cards dealt to us in a timely fashion," Murdock said.

Murdock said opponents of the dam move may choose to "fillibuster" and delay Forest Service approval by waiting until the 29th day of the 30-day comment period to file protests.

"We're playing defense," he said of Highland. Murdock added he isn't aware of any more hurdles for the project to clear.

B-T Spokesman Fred Kingwill said

*Please turn to page 18.*

## Cheyenne firm gets $25,000 Union Pass study

*Todd Adams*

A Cheyenne contractor has been chosen from among seven firms to conduct a $25,000 feasibility study on upgrading the Union Pass Road between Pinedale and Dubois.

At a meeting last Friday in Thermopolis, members of the five-county Council of Governments authorized Rod Miller of Gov. Mike Sullivan's office and Al Koschmann of the Forest Service to negotiate a contract based on the Cheyenne firm's proposal.

The study can begin as early as the first or second week in June, Koschmann said.

Miller, a range resource analyst with the State Planning Coordinator's office on Sullivan's staff, asked that the contractor's name not be published until the contract is negotiated.

"Is there a road needed?" asked Sublette County Commission Chairman and COG President Louie Tomassi. "That's the question" the study must address.

Six of the seven firms submitting study proposals are from Wyoming, Miller said, while the seventh, a Canadian copmpany, is working on becoming incorportated in the state.

Fremont County Commissioner Tom Satterfield said he didn't want to hire a Canadian firm over a Wyoming company.

Sublette County Commissioner Monte Skinner agreed, saying "I definitely feel we should go with a Wyoming firm."

The study was commissioned to determine impacts of the proposed road upgrade upon Pinedale and Dubois, the timber and cattle industries, wildlife, wilderness and more. Since the study was commissioned, Louisiana-Pacific's Dubois sawmill has been shut down, apparently permanently. L-P's has been the largest voice supporting a road upgrade, so the lumber company could gain access to timber in the Upper Green River area.

Interviews with those affected by the road will be part of the feasibility study.

Funding for the $25,000 study was pulled in January but restored in February. The $25,000 is being funded from the following sources: $12,500 from Gov. Mike Sullivan's discretionary fund; $10,000 from the Forest Service; and $500 each from the five member counties of COG — Sublette, Teton, Fremont, Lincoln and Sweetwater.

## Delgado is top spender

● *Paul Rock*

Thomas Delgado spent about $2,000 more than Mayor Ralph Stevens during his successful campaign for mayor of Pinedale, and Secretary of State Kathy Karpan has called his election "legal" despite attempts by a few local citizens to question his Pinedale residency and his "illegal" use of the mail.

Karpan said, although it was illegal to mail campaign literature inside monthly financial statements from the First National Bank of Pinedale, she was convinced by Delgado's lawyer that the mailings were done innocently, with no knowledge any campaign laws were being violated.

Delgado's father, Vernon Delgado, is the Chairman of the Board of Directors of the Pinedale bank.

The Pinedale '88 Committee, which was formed to elect Delgado mayor and his running mates - Harvey Pfisterer and James McLellan - to the town council, collected and spent about $1,150 in

*Please turn to page 18*

**Inside the ROUNDUP**

☐ Pinedale Area Calendar .......... page 8
☐ Beat the Odds .......... page 9
☐ Pinedale Area Currents .......... page 12
☐ Sheriff & Police .......... page 13
☐ Sports .......... page 15
☐ Big Piney Calendar .......... page 22
☐ Big Piney Currents .......... page 23
☐ TV Listings .......... pages 24 & 25

Def.'s Ex. 4

## ·un things now

on the golf course?

5-18-88: Margy White with the office of Secretary of State of Wyoming, claims that only 3 people have protested. Two current town employees and 1 current town councilperson.

5-19-88: Margy White says "No one has protested Tom's residency, it'll all blow over in a couple of weeks," good, maybe Tom can run things the way he said he would.

6-1-88: Delgado will be mayor, Pfisterer and McLellan councilman, and oh, by the way, McLaughlin will be gone.

Congratulations Tom, Harv and Jim.

Kelly Winters

## ıdent musicians

students, to Pat Kerback for her years of accompaniment, and to Don Bryngelson for writing the grant which provided the money to build the auditorium so that these talented young people have a place to perform.

Once again Pinedale has something of which to be proud and positive.

Sincerely,
Lynn Zumbrennen



PAUL ROCK PHOTO•

**WEATHER**

DAVE NICHOLS

| | Max | Min | Moisture |
|---|---|---|---|
| 5/18 | 53 | 37 | .04" |
| 5/19 | 55 | 27 | 0 |
| 5/20 | 60 | 20 | 0 |
| 5/21 | 66 | 21 | 0 |
| 5/22 | 69 | 24 | 0 |
| 5/23 | 74 | 24 | 0 |

## Landowner may file dam injunction

Dear Editor:

I feel I must voice my opinion on the DAM problem on Fremont Lake. Being placed, you might say, in my front yard, with their present approved move.

I own the property adjacent to the Forest Service and BLM land in the Riverside Subdivision to the Town of Pinedale - have had for many years. Where we have built our retirement home, at might I say a substantial expense.

We have always had a drainage - ground water - seepage problem on my land that comes from the BLM land above us. I have presented this problem to the BLM on several occasions and have been informed that they would not do anything to stop this problem. I have even offered to buy a parcel of their land so as to put a drain ditch in to stop this problem, and they have informed me that it is not for sale. Period. But if I owned some land they were interested in they might consider a trade. Now I am told they won't even consider a trade.

I ask you, what if anything, will the new site of the dam -- and backing up and raising the water level have on this drainage and seepage problem that now exists?

In my mind it stands to reason if the dam is moved closer to my property and the level is raised, and the lagoon widened to make a marina -- that this could cause an even worse water drainage problem than now exists. At times I have had as much as three inches of water in my garage. It has built a marsh type problem in my back yard, and at times the water has gotten under my foundation and into the basement. This causes the house to heave and settle and I am afraid that it is going to cause substantial damage to my property unless corrected. I personally put a six inch perforated drain pipe in the area adjacent to the BLM property but this has not solved the problem.

Some years ago the ditch washed out, and my property was flooded. We had several inches of water in our trailer that caused substantial damage. I was told that no one was responsible -- because it was an "act of God." I can't believe "God" would do this to anyone. I felt it was poor ditch riding on some one's part to allow this to happen.

On April 20, I attended a meeting on the dam move. I and many local people voiced an opinion in regards to making a change of the present location, that incidently the towns people of Pinedale had voted to keep the dam where it is... A lot like the town voted on the new courthouse, jail etc, etc and voted them all down... only to have them built anyway. Why do they even bother to ask the public taxpayers to vote.

As one of the Highland representatives made the comment after the April 20, meeting that the dam was going to be put where they "Highland" wanted it. And this seems to be the way it is.

I ask you why did they even go to the bother to call a public meeting when they already had their minds made up. It seems this whole operation is for the benefit of the Highland Irrigation District. If this be the case, I ask you...why is the town of Pinedale footing half of the bill to satisfy the Highland Irrigation District? Again, I feel this is taxpayers money going down the drain...or dam..take your pick.

As far as making a large lagoon to enchance recreational values... supposedly for a 178 or "whatever" camping area...This could be great for the local economy...But, what about Lakeside Lodge? Who have a legal permit on their present location, have expanded, putting a considerable amount of their own money into fixing it up. Is this fair?

Before I seriously consider filing an injunction, I feel a thorough study of my seepage and or drainage problems should be seriously considered along with an in-depth study on the flood plains and wetlands involved. Also with a total re-evaluation of the detrimental environmental aspect that can evolve should the present proposal be consumated.

If I am wrong in my thinking, I would appreciate and certainly am willing to listen to anyone who can tell me differently.

A concerned Property & Home Owner
Dick Forsgren

Def.'s Ex. 4

Pinedale Roundup

5/26/1988 p.5