MINUTES of CCC Ponds
May 7, 1993

The Highland Irrigating District, Forest Service, BLM, Wyo. Game and Fish, State Engineer, Town Council, SCS, Trout Unlimited, and Sublette County Conservation District met at the Fremont Lake Dam to look over the area where the ponds are located, to see if developing them would be feasible. Jack Doyle led a tour and group discussion. After looking over the pond area everyone went back to the BLM office for a meeting.

Jack Doyle brought the meeting to order at 2:30.

Present at Meeting:

| | |
|---|---|
| Bert Rienow | Trout Unlimited |
| Bob Johnson | State Engineer |
| Rose Skinner | Town of Pinedale |
| Bob Reese | Forest service |
| Dan Stroud | Wyoming Game & Fish |
| Daryle Bennett | Soil Conservation Service |
| Bob McCarty | BLM |
| Gordon Johnston | Trout Unlimited |
| Jon Boroff | Sublette County Conservation District |
| Wes Johnston | Wyoming Game & Fish |
| Jack Doyle | Sublette County Conservation District |
| Arlin Hiner | BLM |
| Steve Laster | BLM |
| Glen Dunning | Wyoming Game and Fish |

Jack said that we would need consensus of everyone at the meeting before anything else could be done. Everyone was agreeable to pursuing the project.

The Conservation District will coordinate (organize and keep things going) until such a time that a task force is in place to take over. Each entity that was at the meeting will let the District know who will be the contact person for them so the District will only have to contact one person for meetings, and signing of contracts, etc.

The access bridge, trail down Highland Ditch, and water supply were mentioned as issues that maybe a problem which will have to be addressed before much can be done.

The purpose of the project is to develop outdoor class rooms, fish habitat, wet lands and access to this area for fisherman.

The U.S. Forest Service is having a new low altitude flight for topo maps in June which will give us updated photos to work with. These will be available about the last of July or August.

Reese
PENGAD 800-631-6989
DEPOSITION EXHIBIT
2 2-17-06 KSR

Def. Ex. 5

The State Engineer's Office will see what water rights are needed. Storage rights will be needed.

An environmental impact statement will be needed, for roads, parking lots, ponds, trails and everything else that will be effected. One statement between the Forest Service and BLM will work for the whole project.

The Soil Conservation Service will put in a request for surveys needed for engineering and designing the systems. There will be a need for some water control structures to control water flow.

The Forest Service will contact their landscape people to draw up plans.

Will need to meet with the Highland Canal about getting water out to the canal when the time comes. Landowner concerns need to be addressed and the Corp of Engineers need to be involved early in the process since a 404 permit is probably going to be needed.

Contact people:

Forest Service - Bob Reese
Conservation District- Jack Doyle/ Caroline Brazell
Highland Canal-
BLM- Bob McCarty
Trout Unlimited- Gordon
School- [illegible]
Wyoming Game and Fish- Dunning
Town of Pinedale-

Others that need to be contacted:

County Recreation Board
Corp of Engineers (Matt Biladeau)
Fish and Wildlife (Art Anderson)
Landowners

Next meeting will be June 22, at 2:00 pm in the BLM office.