Reese DEPOSITION EXHIBIT 9 2-17-06 KGM
PENGAD 800-631-6989

8 Rese AO = 320.00

MINUTES of CCC Ponds
June 22, 1993

Jack Doyle brought the meeting to order at 2:00 pm in the meeting room of the BLM Office. The minutes of the last meeting were looked over and no corrections were made.

Present at Meeting:

| | |
|---|---|
| Bert Rienow | Trout Unlimited |
| Daryle Bennett | Soil Conservation Service |
| Bob McCarty | BLM |
| Jon Boroff | Sublette County Conservation District |
| Jack Doyle | Sublette County Conservation District |
| Glen Dunning | Wyoming Game and Fish |
| Bob Reese | Forest service |
| Arlin Hiner | BLM |
| Gordon Johnston | Trout Unlimited |
| Darrell Walker | Sublette County Conservation District |
| Kirk Hoover | Soil Conservation Service |
| Des Brunette | County Recreation Board |
| Ramsey Bentley | County Recreation Board |
| Dick Forsgren | Landowner |
| Caroline Brazell | Sublette County Conservation District |
| Elaine Ullery | Sublette County School #1 |
| Kurt Nelson | Forest Service |

Jack asked for a project update. The low altitude flight by the Forest Service has been delayed until later this summer. The Soil Conservation Service will do the engineering designs.
The landscape conceptional planning by the FS will be done this summer.

Water rights: Bob Johnson said that an enlargement permit for additional water and storage rights on the ponds were needed from the Highland ditch. A water quality permit will also be needed. Ed Gooley (Corps of Engineers) looked over the site with Jack Doyle and Bob Johnson said that a national permit would be needed.

Landowner concerns: Dick Forsgren representing the landowners said that there has been a water problem in the past with water in his basement, garage and in the back yard. He said that there was not a problem when the ponds were dry. There are some springs close to his property that might be causing some of the problem. Dick stated when the Highland Ditch broke several years ago, he was told that since he bought his lot under the ditch the FS was not responsible for his problem as he should have known this could happen.

Jack asked Dick if it would be OK to have the SCS State Geologist come out and take a look at the area to see where

Def.'s Ex. 6

the problem might be coming from and to offer some solutions. Dick felt that would be a good idea.

Dick also stated that he was afraid that with people around the ponds, he would have a lot of traffic through his yard. The reason he bought the lot there was for the privacy. The FS landscape people will try to landscape the area to prevent a lot of traffic around Dick's. Kirk Hoover will meet with the landscape person and discuss this problem.

Daryle Bennet said that they wanted nothing detrimental coming from the project and all agencies agreed.

Glenn Dunning from the G&F said that 5 second feet of running water should be more that enough for any fish in the ponds. The fish ponds should be at least 7 1/2 feet deep to keep weeds from growing and filling the ponds.

Funding was discussed. Glen said that he might get up to $20,000.00 in matching funds, but on a priority basis only, from a Fish Wy Fund.

The Conservation District is applying for a grant for funds for the project.

Trout unlimited will provide funds, but did not have any amount.

The Recreation board said that they could contribute some funding.

The school might be able to put in funding or in-kind services. They will use it for outdoor classrooms.

The FS has a Water Fowl program which they might get funds from.

The BLM has a cost share program that funds might be obtained from. Everyone will check in to their funding and report back to the next meeting.

The cost of handicapped facilities and restrooms was discussed but no estimate was arrived at. BLM or FS will provide the designs.

Jack said that the permits should be in hand before any thing was started.

Highland Ditch, BLM and the FS people need to get together and be in agreement before any more can be done. The next meeting will be after they have met.

NEPA compliance (environmental evaluation) will be done this winter by FS and BLM, as agreed by both agencies.

Def.'s Ex. 6

The Conservation District asked that all present write a letter of intent to do the project. They felt this might help obtain the grant they are working on.

Jack asked if anyone else would like to chair the meetings, but there were no takers.

Meeting adjourned

Contact people:

Forest Service - Bob Reese
Conservation District - Jack Doyle/ Caroline Brazell
Highland Canal - Stan Murdock
BLM - Bob McCarty
Trout Unlimited - Gordon Johnston
School - Elaine Ullery
Wyoming Game and Fish - Glen Dunning
Town of Pinedale - Rose Skinner
County Recreation Board - Des Brunette
Corp of Engineers (Matt Biladeau)
Fish and Wildlife (Art Anderson)
Landowners