| Sta. | B.S. | H.I. | F.S. or Grade Rod | Elev. or Planned Elev. |
|---|---|---|---|---|

TH#1 0-12' Sand, gravel, silt fill, SM
12-18' Sand, clay, DkBrn. OrgSer. SC
18-45 Sand, gravel, silt, stratified
wet. SP
WAD: 42" from Surface.

54" 1¼" PVC Sch 40
installed, Slotted w/
hacksaw w/ cap on bottom
Top 10' above ground.
Hole backfilled w/ SP + SM
from hole.

TH#2 0-56 Stratified SM + SC
Saturated.
66" pipe set 10" above
ground.

WAD = ~ 44"

TH#3 0- 8' Stratified SM + SC
8-12' Clay, silt, Sand, CL or SC
WAD = 4½"
8' casing w/ 9" above ground

72

Dick Forsgren 8/26-27/93
Pinelake F.O.

Located at SE corner of garage

Clearing where Pinelake water piping
Crosses them above

Log Clearing between TH#2 + Forsgren

Mitchem
DEPOSITION EXHIBIT
1
90-12-2
PENGAD 800-631-6989

| Sta. | B.S. | H.I. | F.S. or Grade Rod | Elev. or Planned Elev. |
|---|---|---|---|---|



Forsgrens have problem with ± 2 inches of ice building up in garage and ± 6 inches of water in crawl space.

Water appears to be result of precip, snow melt, lawn watering, etc. May be accentuated in winter when plants not using water.

At time of survey, water table at house and on moraine ~ 42 inches deep. If problem was result of canal or CCC ponds, would expect water table to rise and stay constant.