United States Department of Agriculture

Natural Resources Conservation Service

Federal Building, Room 3124
100 East B Street
Casper, WY 82601

**Subject:** ENG - Dick Forsgren Drain/CCC Ponds
Sublette County, Wyoming

**Date:** November 14, 1995

**To:** Duane D. Klamm, SCS, NRCS
Casper, Wyoming

**File Code:** 210-13-13

On August 26 and 27, 1993, I made an investigation of excessive water on land belonging to Dick Forsgren, along Pine Creek, north of Pinedale. The Forsgrens have had a continuing problem of water standing on their lawn, up to 6 inches of water in the crawl space under their house, and up to 2 inches of ice accumulation in their garage. Their land is about 1,000 feet from the CCC ponds, and the Forsgrens believed that the proposed reconstruction of the ponds would add to their water problems. On October 30 and 31, 1995, I visited the site again.

**Findings:**
During the original investigation in 1993, I augered three test holes with the Giddings soil auger and installed $1^1/_4$-inch PVC casing (see attached Log of Test Holes, sheet 1 of 2). Daryle Bennett has measured the water levels in these monitoring wells periodically. The water level in the monitoring well at the corner of the garage has varied from 32 inches below the ground level when it was installed in August 1993 to 42 inches in February 1995. The water level in the other two monitoring wells has varied from about 43 inches in September 1995 to dry last winter.

The Forsgrens have had more water than normal this year and attribute the increase to the new ponds. During my recent visit, another test hole was augered with the Giddings, and a hand bucket auger was used for another test hole (see attached Log of Test Holes, sheet 2 of 2). While water was standing on the lawn, north of the boat shed, the water level in the monitoring well at the corner of the garage was at 38 inches. This water level was down about 4 inches from a month previously.

The Forsgrens' land is located in an old meander of Pine Creek. When the house was built, fill was hauled in to level the lot. The soil materials in the old meander consist of 0.5 to 1 feet of silty clay (CL) or silty sand (SM) fill, overlying 0.5 feet of clayey sand (SC), overlying 2.5 or more feet of stratified silty and clean sands (SM and SP), overlying silty clay (CL). These alluvial deposits in the old meander abut older alluvial terrace deposits above the meander. These terrace deposits consist of up to 3 feet of silty clay (CL) overlying 6 to 8 feet of stratified silty and clayey sands and gravels (SM, SC, and GM), overlying silty clay or clayey silt (CL or SC). A generalized cross section through the meander and alluvial terrace deposits is attached.

There are three drains that have been installed some time in the past. There is a short surface drain flowing to the north and two subsurface drains, one flowing north and one south. The surface drain and the subsurface drain flowing

to the south were each flowing at about 10 to 15 gpm during the recent investigation. The outlet of the other subsurface drain has been filled over and is no longer operating.

**Conclusions and Recommendations:**
The water problems experienced by the Forsgrens appear to be two separate problems. The water in the crawl space is a result of groundwater. The level of the crawl space is such that when the water table rises, it comes up in the crawl space. The level of the groundwater table appears to correspond to Pine Creek. It is highest in the summer and fall and lowest in the winter. The water standing in the yard and ice build up is a result of surface water. Seepage from the stratified terrace sands and gravels in the willow area flows across and ponds on the surface fill material because it is not able to soak in. The two sand and/or gravel deposits causing the water problems are not directly interconnected, and therefore a particular solution will only solve one problem.

Groundwater: The groundwater table is at about the elevation of Pine Creek and the sands and/or gravels in the meander appear to be directly connected to Pine Creek. I believe the most practical method of preventing water in the crawl space is to install a sump and pump. I am not aware of any actual damage caused by the water in the crawl space, so I recommend doing nothing more than continuing the monitoring of the groundwater level at this time.

Surface Water: The surface water problem is the one that causes the most concern to the Forsgrens. The source of water in the terrace sands and gravels is not clear. The water is most likely coming from a combination of several sources including the CCC Ponds, Highland Canal, Pine Creek, Fremont Lake, or direct recharge from precipitation. Water could also be flowing through the bedding material used for the Pinedale city pipeline.

A seepage problem like this one would normally be controlled by installing a subsurface drain above the seep area to intercept the water before it reaches the surface. The drain would slope to the north and cut across part of the willow area. It would be installed to the base of the sand/gravel lens (about 8 to 9 feet deep). The wetland area could be preserved by installing a water control structure or orifice within the tile line. This subsurface drain would be located on BLM and Forest Service land.

The subsurface drain alternative does not appear to be acceptable to the BLM, so I recommend installing a surface drain below the seep to collect the water after is reaches the land surface. The drain should be located along the edge of the Forsgrens' property (about where the buck and rail fence is now). It should extend from the boat shed, north to Pine Creek. There is about 2.5 feet of drop from the boat shed to the normal high water line of Pine Creek in the 185 feet of distance. I recommend keeping the depth at the upper end of the drain to no more than about 1 to 1.5 feet, to minimize the top width. The side slopes of the existing surface drain indicate that the proposed drain may be able to be constructed with side slopes of about $^1/_2$ to 1. The gradient should be as steep

as possible to minimize freezing, but the bottom of the drain will be in the SM materials so the velocity should be kept below about 1.5 feet per second.

If there are any restrictions between the willows and the drain, such as a berm or raised flower bed, they should be removed. A berm or raised flower bed could be located along the west side of the drain as an additional protection during the winter when ice forms. The proposed drain may need to be covered to prevent it from freezing up in the winter. This can be done anytime in the future. The drain will also require periodic maintenance, such as removing vegetation or sediment, to maintain its effectiveness.

P. STAN MITCHEM, PG
EcoRegional Geologist

Attachments

cc: Daryle L. Bennett, DC, NRCS, Pinedale, Wyoming
Kirk J. Hoover, Agricultural Engineer, NRCS, Pinedale, Wyoming
Garen D. Sailors, ASTC/Operations, NRCS, Casper, Wyoming (w/o attachments)

NRCS-ENG-533
REV. 1-89

U.S. DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

LOG OF TEST HOLES

| | | |
|---|---|---|
| MAIN DRAINAGE<br>Sweetwater River | STREAM<br>Pine Creek | SITE NO. |
| LOCATION | OWNER<br>Dick Forsgren Drain | STATE<br>Wyoming |
| LOGGED BY<br>P. Stan Mitchem, P.G., State Geologist — DATE August 27, 1993 | PROJECT:<br>CCC Ponds | |
| DRILLING EQUIPMENT<br>Giddings (3-inch auger) | LOCATION OF HOLES | |

| HOLE NO. | STA. & SURFACE ELEVATION | HOLE DEPTH FROM FT. | HOLE DEPTH TO FT. | DESCRIPTION OF MATERIALS | USCS | TYPE BIT USED | SAMPLES NO. | TYPE [1] | FROM FT. | TO FT. | CSE. REM. [2] % | MIN DIAM | REC. [3] % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TH 1 | SE corner of garage | 0 | 1 | Sand, gravel, silt, (Fill) | SM | Flight Auger | | | | | | | |
| | | 1 | 1.5 | Sand, clay, Dark drown, (Original soil) | SC | FA | | | | | | | |
| | | 1.5 | 3.75 | Sand, gravel, silt, stratified, wet | SP | FA | | | | | | | |
| | | | | (WL = 42 inches) | | | | | | | | | |
| | | | | 54-inch, 1 1/4-inch PVC, Schedule 40 installed with 10 inches above ground. Slotted with | | | | | | | | | |
| | | | | hacksaw and cap on bottom. Hole backfilled with SP and SM materials from hole. | | | | | | | | | |
| | | | | | | | | | | | | | |
| TH 2 | Between aspens & | 0 | 4.67 | Sand, silt, clay, stratified SM and SC, saturated | SM & SC | FA | | | | | | | |
| | willows to side | | | (WL = 44 inches) | | | | | | | | | |
| | of city pipeline | | | 66-inch casing (as above) set with 10 inches above ground. | | | | | | | | | |
| | | | | | | | | | | | | | |
| TP 3 | Large clearing | 0 | 8 | Sand, silt, clay, stratified SM and SC | SM & SC | FA | | | | | | | |
| | between TH 2 and | 8 | 12 | Clay, silt, sand | CL or SC | FA | | | | | | | |
| | Forsgren | | | (WL = 42 inches) | | | | | | | | | |
| | | | | 8-foot casing (as above) set with 9 inches above ground. | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

1. DISTURBED-UNDISTURBED-ROCK CORE 2. COARSE MATERIAL REMOVED 3. PERCENT SAMPLE RECOVERY

SHEET 1 OF 2 SHEETS

NRCS-ENG-533
REV. 1-89

U.S. DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

LOG OF TEST HOLES

| | | |
|---|---|---|
| MAIN DRAINAGE<br>Sweetwater River | STREAM<br>Pine Creek | SITE NO. |
| LOCATION | OWNER<br>Dick Forsgren Drain | STATE<br>Wyoming |
| LOGGED BY<br>P. Stan Mitchem, PG, EcoRegional Geologist — DATE<br>October 31, 1995 | PROJECT:<br>CO-01 | |
| DRILLING EQUIPMENT<br>Giddings (3-inch auger) | LOCATION OF HOLES | |

| HOLE NO. | STA. & SURFACE ELEVATION | HOLE DEPTH FROM FT. | HOLE DEPTH TO FT. | DESCRIPTION OF MATERIALS | USCS | TYPE BIT USED | SAMPLES NO. | TYPE [1] | FROM FT. | TO FT. | CSE. REM. [2] % | MIN DIAM | REC. [3] % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TH 4 | Just above willows | 0 | 0.5 | Clay, silt, sand, moist, brown | CL | FA | | | | | | | |
| | and boat shed | 0.5 | 3 | Clay, silt, gray drown, (Original soil) | CL | FA | | | | | | | |
| | | 3 | 4 | Sand, silt, stratified, saturated | SM | FA | | | | | | | |
| | | 4 | 9 | Sand, gravel, silt, stratified, saturated | SM or GM | FA | | | | | | | |
| | | 9 | 10.5 | Silt, clay, moist | CL | FA | | | | | | | |
| | | | | (WL = 2 feet) | | | | | | | | | |
| | | | | | | | | | | | | | |
| TH 5 | Lawn about 18 | 0 | 0.5 | Clay, silt, saturated, Dark Brown (Fill) | CL | Bucket Auger | | | | | | | |
| | feet from corner of | 0.5 | 3 | Sand, gravel, stratified, saturated | SP & SM | BA | | | | | | | |
| | kitchen | 3 | 4 | Clay, silt, light brown, moist | CL | BA | | | | | | | |
| | | | | (WL = Surface) | | | | | | | | | |

1. DISTURBED-UNDISTURBED-ROCK CORE 2. COARSE MATERIAL REMOVED 3. PERCENT SAMPLE RECOVERY

SHEET 2 OF 2 SHEETS

Def.'s Ex. 9


Pine Creek ?
CCC Ponds ?
Precip ?
CL
Stratified SM or GM
CL
Willows
Fence Line
SM/SC + CL Fill
Stratified SP + SM
CL
Pine Creek
Generalized Cross Section of Meander and Terrace Deposits
Dick Forsgren Drain / CCC Ponds
PSM 11/13/95