8

Form S.W. 1
Rev. 9-88

M.L. NELSON

NOTE: Do not fold this form. Use typewriter or print neatly with black ink.

# STATE OF WYOMING

OFFICE OF THE STATE ENGINEER

KAI MICRO FILMED JUL 18 1995

APPLICATION FOR PERMIT TO APPROPRIATE SURFACE WATER

THIS SECTION IS NOT TO BE FILLED IN BY APPLICANT

Filing/Priority Date

THE STATE OF WYOMING, } SS.
STATE ENGINEER'S OFFICE }

This instrument was received and filed for record on the 8th day of September A.D. 19 94, at 11:00 o'clock A. M.

John R. Barnes
JOHN R. BARNES, for State Engineer

Recorded in Book 137 of Ditch Permits, on Page 1

Fee Paid $ 50.00 Map Filed D

WATER DIVISION NO. 4 DISTRICT NO. 7 Temp. Filing No. 28 5/295

PERMIT NO. 31371
D-16

NAME OF FACILITY CCC PIPELINE

1. Name(s), mailing address and phone no. of applicant(s) is/XX USDA - Forest Service
USDI - Bureau of Land Management P.O. Box 220
P.O. Box 768 Pinedale, WY 82941-0768 Pinedale, WY 82941-0220
(307) 367-4358 (307) 367-4326

(If more than one applicant, designate one to act as Agent for the others)

2. Name & address of agent to receive correspondence and notices Jim Kor, USDI Bureau of Land Management P.O. Box 1828 Cheyenne, WY 82001 (307) 775-6233

3. (a) The use to which the water is to be applied is reservoir supply (see remarks) and flow-through

(b) If more than one beneficial use of water is applied for, the location and ownership of the point of use must be shown in item 10 of the application and the details of the facilities used to divert and convey the appropriation must be shown on the map in sufficient detail to allow the State Engineer to establish the amount of appropriation. In multiple use applications, stock and domestic purposes are limited to 0.056 cubic feet per second.

4. The source of the proposed appropriation is Pine Creek tributary West Fork New Fork River, tributary New Fork River, tributary Green River

5. The point of diversion of the proposed works is located S 24°37' 25" E, 1485.4 feet distant from the West 1/4 corner of Section 23 T. 34 N., R. 109 W., and is in the SW 1/4 SW 1/4 of Section 23 T. 34 N., R. 109 W. DEP. RES.

6. Are any of the lands crossed by the proposed facility owned by the State or Federal Government? If so, describe lands and indicate whether State or Federally owned.
All lands under this permit are owned by the Federal Government - USFS.

7. The carrying capacity of the ditch, canal, pipeline or other facility at the point of diversion is 2.0 cubic feet per second.

8. The accompanying map is prepared in accordance with the State Engineer's Manual of Regulations and Instructions for filing applications and is hereby declared a part of this application. The State Engineer may require the filing of detailed construction plans.

9. The estimated time required for the commencement of work is 6 months, for completion of construction is 1 year and to complete the application of water to the beneficial uses stated in this application is 1 year

PENGAD 800-631-6989 Keele DEPOSITION EXHIBIT 8 2-17-06

Def.'s Ex. 10

Permit No. 31371

Page No. 1 (Leave Blank)

DOJ000298

10. The land to be irrigated under this permit is described in the following tabulation. (Give irrigable acreage in each 40-acre subdivision. Designate ownership of land, Federal, State or private. If private, list names of owners and land owned separately.) If application is for stock, domestic, or for purposes other than irrigation, indicate point of use by 40-acre subdivision and owner.

| | | | NE¼ | | | | NW¼ | | | | SW¼ | | | | SE¼ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Township | Range | Sec. | NE¼ | NW¼ | SW¼ | SE¼ | NE¼ | NW¼ | SW¼ | SE¼ | NE¼ | NW¼ | SW¼ | SE¼ | NE¼ | NW¼ | SW¼ | SE¼ | TOTALS |
| | | | | | | | | | Permit No. 10136 Res. | | | | | | | | | | |
| Reservoir supply for CCC Reservoir ~~application filed.~~ | | | | | | | | | | | | | | | | | | | |
| DIRECT FLOW FOR NON-CONSUMPTIVE USE OF WATER FOR WILDLIFE PROPAGATION NOT TO EXCEED 0.45 C.F.S. ~~WATER WILL BE DIVERTED FROM THE CHANNEL OF PINE~~ CREEK, ROUTED THROUGH THE CCC RESERVOIR, AND RETURNED TO THE CHANNEL OF PINE CREEK THROUGH ~~CCC DRAW.~~ | | | | | | | | | | | | | | | | | | | |

Number of acres to receive original supply ---

Number of acres to receive supplemental supply ---

Total number of acres to be irrigated ---

## REMARKS

This application is for diverting 2.0 cubic feet per second from Pine Creek for reservoir supply through the CCC Pipeline for wildlife propagation in CCC Reservoir with return flow through CCC Draw tributary Pine Creek.

Under penalties of perjury, I declare that I have examined this application and to the best of my knowledge and belief it is true, correct and complete.

James R Kox
Signature of Applicant or Agent

9/8/94
Date

Def.'s Ex. 10

DOJ000299

PERMIT NO. 31371

D-16

PERMIT STATUS

Priority Date September 8, 1994

Approval Date May 7, 1995

March 7, 1996 - Notice of Completion of Construction on May 19, 1995 received from Robert L. Reese.

March 7, 1996 - Notice of Completion of Beneficial Use on May 19, 1995 received from Robert L. Reese.

PROOF PREPARED, ADJUDICATION IN PROCESS

MICRO FILMED AUG 07 1996

[illegible] 81 176 PROOF NO. 37305

Res Supply & Flow thru

AC. ______ C.F.S. 2.00

MICRO FILMED FEB 05 1998

SCANNED OCT 20 2005

NOTICE

This permit, does not constitute a complete water right. It is your authority to begin construction work, which must be commenced within the time allowed in the permit.

Notice of completion of the work described in the permit, must be filed in the State Engineer's Office before the expiration of the time allowed in the permit.

If extensions of time beyond the time limits set forth in the permit are required, requests for same must be in writing, stating why the additional time is required, and must be received in the State Engineer's Office before the expiration of the time allowed in the permit.

Once the Notice of Completion has been filed, Proof of Appropriation will be prepared and sent to your Water Division Superintendent. The Superintendent will arrange with you for an inspection of the facility. Should you desire adjudication, the Proof will be considered by the Board of Control, and, if found to be satisfactory, the Board will issue to you a Certificate of Construction which will constitute a completed water right.

The granting of a permit does not constitute the granting of right-of-way. If any right-of-way is necessary in connection with the application it should be understood that this responsibility is the applicant's.

Def.'s Ex. 10

THE STATE OF WYOMING }
STATE ENGINEER'S OFFICE } SS.

TEMPORARY FILING NO. 28 5/295

THIS IS TO CERTIFY that I have examined the foregoing application and do hereby grant the same subject to the following limitations and conditions:

This permit grants only the right to use the water available in the stream after all prior rights are satisfied.

Reservoir Supply Pipeline for CCC Reservoir, Permit No. 10136 RES., at a rate not to exceed 2.0 c.f.s.

The amount of appropriation for the storage of water for wildlife propagation shall be limited to the amount beneficially used by routing natural flow from the channel of Pine Creek, routed through the CCC Pipeline, in/to CCC Reservoir, Permit No. 10136 Res. for non-consumptive use not to exceed 0.45 c.f.s. and will be returned to Pine Creek through CCC Draw tributary of Pine Creek.

The time for completing the construction work shall terminate on December 31, 1996.

The time for completing the application of water to beneficial use shall terminate on December 31, 1997, and final proof of appropriation shall be made within 5 years thereafter.

Witness my hand this 7th day of May, A.D. 1995.

Gordon W. Fassett
GORDON W. FASSETT State Engineer

Permit No. 31371

Page No. 1
(Leave Blank)

Def.'s Ex. 10

THE STATE OF WYOMING } SS.
STATE ENGINEER'S OFFICE }

TEMPORARY FILING NO. 28 5/295

THIS IS TO CERTIFY that I have examined the foregoing application and do hereby grant the same subject to the following limitations and conditions:

This permit grants only the right to use the water available in the stream after all prior rights are satisfied.

Reservoir Supply Pipeline for CCC Reservoir, Permit No. 10136 RES., at a rate not to exceed 2.0 c.f.s.

The amount of appropriation for the storage of water for wildlife propagation shall be limited to the amount beneficially used by routing natural flow from the channel of Pine Creek, routed through the CCC Pipeline, in/to CCC Reservoir, Permit No. 10136 Res. for non-consumptive use not to exceed 0.45 c.f.s. and will be returned to Pine Creek through CCC Draw tributary of Pine Creek.

The time for completing the construction work shall terminate on December 31, 1996.

The time for completing the application of water to beneficial use shall terminate on December 31, 1997, and final proof of appropriation shall be made within 5 years thereafter.

Witness my hand this 7th day of May, A.D. 1995.

Gordon W. Fassett
GORDON W. FASSETT State Engineer

Permit No. 31371

Page No. 1 (Leave Blank)

Def.'s Ex. 10

DOJ000302

PERMIT NO. 10136 RES.

D-16

PERMIT STATUS

Priority Date September 8, 1994 Approval Date May 7, 1995

March 7, 1996 - Notice of Completion of Construction on May 19, 1995 received from Robert L. Reese.

PROOF PREPARED, ADJUDICATION IN PROCESS MICRO FILMED AUG 0 7 1996

R-14 431 3.7313

Wildlife Prop.

27.05 MICRO FEB 05 1998

SCANNED OCT 20 2005

NOTICE

This permit, does not constitute a complete water right. It is your authority to begin construction work, which must be commenced within the time allowed in the permit.

Notice of completion of the work described in the permit, must be filed in the State Engineer's Office before the expiration of the time allowed in the permit.

If extensions of time beyond the time limits set forth in the permit are required, requests for same must be in writing, stating why the additional time is required, and must be received in the State Engineer's Office before the expiration of the time allowed in the permit.

Once the Notice of Completion has been filed, Proof of Appropriation will be prepared and sent to your Water Division Superintendent. The Superintendent will arrange with you for an inspection of the facility. Should you desire adjudication, the Proof will be considered by the Board of Control, and, if found to be satisfactory, the Board will issue to you a Certificate of Construction which will constitute a completed water right.

The granting of a permit does not constitute the granting of right-of-way. If any right-of-way is necessary in connection with the application it should be understood that this responsibility is the applicant's.

Def.'s Ex. 10