# Minutes of CCC Pond Meeting
## September 27, 1995

Jack Doyle brought the meeting to order at 10:00 a.m. in the conference room of the BLM office.

Present at the meeting:

Jim Keller - USFS
Bob Johnson - State Engineer's office
Jack Doyle - SCCD
Bob McCarty - BLM
Dick Forsgren - landowner
Rose Skinner - Town of Pinedale
Jill Johnson - Pinedale roundup
Elaine Ullery - School District #1
Taren Anderson - PMS 7th grade
Sarah Maclean - PMS 7th grade
Daryle Bennett - NRCS
Kirk Hoover - NRCS
Craig Smith - USFS
Dave Vesterby - BLM
Ron Remmick - WG&F
Dan Stroud - WG&F

The minutes of the last meeting were reviewed.

The latest bank statement balance is $38,328.08 (the Binning construction bill has not been paid). The RC&D funding has not been received. Kirk Hoover volunteered to talk to Kirk Heaton. Dan Stroud will work with Daryle Bennett on a DU application. Discussion followed on ideas for future funding - need to evaluate and see how much more is to be done.

Trail design and signs: We may ask Binning for a proposal of work that can to be done while he is still on-site.

Elaine Ullery reported on plans for the Middle School Science classes on the CCC project. Taren Anderson explained that they will be working on master maps of the area for the media center. Sarah Maclean reported on the herbarium for the area and plans for a nature trail. They would like to be involved in construction and interpretation.

Dick Forsgren reported on water problems on his property. Perhaps it is just the wet season or may be seepage from the ponds. They will keep monitoring. Might consider lowering the ponds in the winter. Will go look at it and follow up. Dick requested assistance from the NRCS so Govt would advise what needs to be done. Daryle will request the NRCS geologist to assist. Dick had noticed a fire at a campground and suggested "no fire" signs on the area.

Road construction: Binning Construction was awarded the contract for $18,928.00 which included site preparation, installing pipe with end sections, surfacing of road and parking lot. Coming along fine - tough site - lots of boulders - doing well with what he has. A seeding plan needs to be considered, perhaps for late October. Jim and Daryle will determine the seed mix. Perhaps kids can do it.

Def.'s Ex. 11

O&M plans need to be finalized with who will take responsibility for what.

Next meeting - November 15th, 10 a.m. same place

HOOVER
DEPOSITION EXHIBIT
20
3-28-06
PENGAD 800-631-6989