2 June 1997

Mr. & Mrs. Richard Forsgren
1115 McKinley Ave
Rock Springs, WY 82901

Re: County parcel #01-00-01282

Dear Mr. & Mrs. Forsgren:

I have given your problem much thought. For this year I am reducing the value of your property to $156,422. I believe that this is fair. If you have secured estimates for the cost of a new well, drainage work, basement and foundation repair, and other repair work, I would certainly accept those to document a different value. We will check with you next year to see if the problems have been corrected.

I am enclosing a map showing BLM, Forest Service and your property. It appears to me that from the position of the brass cap on your property, you do own the land between the brass cap and the creek.

If you have any further questions, please feel free to contact my office. If you wish to protest the assessment, you have thirty days from the date of the schedule (until July 2, 1997).

Sincerely,

Janet L. Montgomery

Montgomery
PENGAD 800-631-6989
DEPOSITION EXHIBIT
2 2-14-06