UNITED STATES COURT OF FEDERAL CLAIMS

09:04:28

CLAYTA FORSGREN, et al., Plaintiffs,

vs.

UNITED STATES OF AMERICA, Defendant.

DEPOSITION OF: **DARYLE BENNETT**

Case No. 04-1223 L
Judge Margaret M. Sweeney

BE IT REMEMBERED that on the 8th day of March, 2006, that the deposition of DARYLE BENNETT, produced as a witness herein at the instance of the plaintiffs herein, in the above-entitled action now pending in the above-named court, was taken before DEBRA A. DIBBLE, a Registered Professional Reporter in and for the State of Utah, commencing at the hour of 9:00 a.m. of said day, at the offices of PRUITT & GUSHEE, 48 West Market Street, Suite 300, Salt Lake City, Utah.

COPY

Depomax REPORTING SERVICES, INC.

333 SOUTH RIO GRANDE, SUITE F,
SALT LAKE CITY, UTAH 84101
(801) 328-1188 / 1-800-DEPOMAX
FAX 328-1189

CROSS EXAMINATION 13:05:30

MR. PRITCHARD: 13:05:30

Q. Would you go ahead and identify what this is? Exhibit 13? 13:05:48 13:05:49

A. The -- it is my assistance note dated August 26, 1997. 13:05:51 13:05:59

Q. And could you review your note, and just either read it or give us a summation of what it was about? 13:06:04 13:06:08 13:06:11

A. Okay. There was two notes in here. One is on the 29th of August, a short note that I had received Stan's report to in the mail. Drafted a cover letter and sent to the Forsgrens at their Rock Springs address, copy in file. 13:06:11 13:06:13 13:06:17 13:06:21 13:06:23

And then three days earlier, on the 26th, it was notating that Dick and Clayta had stopped in the office. 13:06:24 13:06:31 13:06:37

And they wanted to find out the results of Stan Mitchem's report when he was out there on the first of August, and I hadn't received it yet. 13:06:38 13:06:40 13:06:44

And I had talked to them about concerns that we had had with their well, trying to point out to them some problems with the well that we had -- Stan had observed, and myself too. 13:06:50 13:06:55 13:07:02 13:07:05

It wasn't properly sealed from the surface 13:07:07

water, and we had recommended at that time that they get a professional water well driller in to evaluate it for safe use in their home. 13:07:11 13:07:16 13:07:21

And that's when Clayta was expressing deep concern, serious concerns, I said, about the problems that the CCC -- or that they're having on their property, that they feel the CCC ponds is causing. 13:07:23 13:07:30 13:07:33 13:07:38

Wetness problems, ruined lawn, house foundation problems. And I had suggested that they attend the meeting that was going on at that very moment at the Forest Service office -- and I was on my way to attend that meeting when they stopped in -- and express the concerns. 13:07:42 13:07:45 13:07:47 13:07:51 13:08:03 13:08:03

And I believe -- that's what it says. 13:08:03

Q. Do you remember that being the case? Does that note accurately reflect your recollection of the events of that day? 13:08:03 13:08:04 13:08:07

It's fine if you don't remember. 13:08:15

A. I try to record what the main points were of that conversation, so I think it should accurately reflect what happened. 13:08:17 13:08:22 13:08:28

Q. Okay. 13:08:28

We talked about the ditch that was installed on the Forsgren property in '96, and I believe you said you designed, or you generated a design -- 13:08:29 13:08:34 13:08:37