U.S. DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE
Pinedale F.O. (307)367-2257


Aug 29, 1997

Assistance Notes for Date Range
08/02/97 - 08/29/97

Client Name: Forsgren, Richard
Business Name: Forsgren, Richard
Business ID: for01

---

| Client Address | Business Address |
| --- | --- |
| 656 Pilot Butte<br>Rock Springs, WY<br>92932- | 99 Riverside Subdivison Rd.<br>P.O. Box 585<br>Pinedale, WY<br>82941- |

| Client Phone | Ext | Description | Business Phone | Ext | Description |
| --- | --- | --- | --- | --- | --- |
| 367-2503 | | HOME | 367-2503 | | HOME |

---

NOTES

---

Assistance Type: Technical Assistance Assisted By: DLB
Fund ID: CF1 Date: 08/29/97

Note:
Received Stan's report today in mail. Drafted cover letter and sent to Forsgrens at their Rock Springs address. See copy in file.

---

Assistance Type: Technical Assistance Assisted By: DLB
Fund ID: CF1 Date: 08/26/97

Note:
Dick and Clayta stopped at office today to find out results from site visit by our geologist on 8/1/97. I told them I had not received his report but that I knew he would be sending it soon. I also discussed concerns that we had with the well being properly sealed from surface water and recommended they get a professional well driller to evaluate it for safe use in their home. Clayta expressed serious concerns about the entire project and feels that the CCC Ponds have caused extensive damage to their property, including wetness problems, a ruined lawn, and house foundation problems. I suggested that they attend the CCC Ponds Committee meeting going on at the USFS office that very moment (which I was on my way to attending when they stopped in) to express these concerns to the group.

---

Def.'s Ex. 15

DEPOSITION EXHIBIT
13
Barrett
3-8-06
PENGAD 800-631-6989

DOJ000389