IN THE UNITED COURT OF FEDERAL CLAIMS

---

CLAYTA FORSGREN, et al.,

Plaintiffs,

vs. No. 04-1223L
Judge Margaret M. Sweeney

UNITED STATES OF AMERICA,

Defendant.

---

DEPOSITION OF CLAYTA FORSGREN
Taken in behalf of Defendant

9:04 a.m., Thursday
February 16, 2006

PURSUANT TO NOTICE, the deposition of CLAYTA FORSGREN was taken in accordance with the applicable Federal Rules of Civil Procedure at the offices of Bureau of Land Management, Pinedale Field Office, 432 East Mill Street, Pinedale, Wyoming, before Kathy J. Mullivan, a Registered Professional Reporter, and a Notary Public in and for the State of Wyoming.

COPY

Def.'s Ex. 16

Q. -- that that was -- those were problems you had in the past that were being brought back?
A. I don't understand the question.
Q. Well, he says I feel my problems have been brought back, and I'm trying to determine what problems have been brought back. He's apparently referring to earlier problems?
A. He might -- he might be speaking about -- I don't know. I don't know. He may have been speaking about the well. I don't know of any problems that we had other than we didn't like having that water and smell and everything right next to our property.
Q. Okay. Again, we talked about meetings that were held regarding the ponds. Did you ever attend any of those meetings?
A. No.
Q. You don't remember attending a meeting in 1997?
A. For the ponds?
Q. Uh-huh. Yes, meeting with the CCC Ponds Committee, people involved with the work that was done on the ponds.
A. I don't recall. I thought most all of my meetings were with the BLM, Soil -- and Forest Service. I don't recall if I was there. I -- it would be a surprise to me.



MR. PRITCHARD: Okay. Just mark this as 8.
(Deposition Exhibit No. 8 marked for identification.)
Q. (BY MR. PRITCHARD) I'm handing you what has been marked as Exhibit 8. Just quickly look at that. The document I've handed you is titled CCC Ponds Project, August 26, 1997 Minutes. And if you go down to paragraph 4, it says -- it reads, "Clayta Forsgren made a brief appearance to express her displeasure with the CCC Ponds and the way the committee has dealt with problems they have experienced. Clayta and Dick had met with Daryle Bennett prior to the committee meeting and withdrew their agreement to allow access through their property for fish stocking." Do you now recall going to this meeting in August --
A. Yes.
Q. -- 26, 1997?
A. Yes, I do. I left Daryle Bennett's office after he told my husband they weren't going to help him. My husband was too ill to get out of the car. He was devastated this is what Daryle had come up with and he started -- he was so upset we started to leave town. I got 10 miles out of town and I turned that car around and I went back to that meeting and I went in. I didn't even let them know. Knocked, I went in and I told those people



what I thought of them for what was happening to my husband and to my property, that he was dying and they still wouldn't help us. And I didn't -- I was not supposed to be there. I went there on my own to let those people know what they had done to us.
Q. And you had said you were mad at Daryle Bennett. You said this is what he came up with. And what do you mean when you said this is what he came up with?
A. Where is that?
Q. Well, I think you just said a moment ago that you stormed -- that you had come out of Daryle Bennett's office, that he had told you that they were not going to do anything to address the problems on your property. Could you explain what you mean by that, that they were -- were they not going to do anything in addition to the drain that was put in earlier by Carl Winters?
A. Well, I'm getting mixed up on your time frame, but whatever Daryle had, we were -- they were through with us, according to -- that's what I thought. And my husband was too ill to go in with me at that time. He was becoming very bad. That was in '97, he died in '98.
Q. Do you -- I'm sorry.
A. And he actually had tears in his eyes and was so frustrated he didn't know what to do.
Q. Your husband?



A. My husband. And when I got 10 -- and Daryle had told me I could go to the meeting if I wanted. And he was so -- my husband was so distraught, I wanted to get him home to Rock Springs, because he really was not well at all. And when I got 10 miles out, I just slammed the brakes on and thought they are going to hear about how I thought about this and I went back and went into the meeting and told them.
Q. Besides expressing your displeasure with you said how they were treating you, was there anything else you remember saying at that meeting and anything else you remember telling them?
A. I hope they didn't have grandmothers and grandfathers that had these same problems and had to deal with these people.
Q. Do you remember if you talked about the condition of your property or the value of the property, the state of the property?
A. Well, I honestly can't remember. I was exactly what I said, I was so distraught. And -- and -- and I had it -- a very sick person with me. I really shouldn't have brought him up that weekend, but he wanted to come up. And we felt Daryle was our friend and he was helping us. And he trusted Daryle. He thought he was truly trying to help us. And he wanted to be there for Daryle, to tell


Def.'s Ex. 16