United States Department of Agriculture

Natural Resources Conservation Service

120 South Cole
P.O. Box 36
Pinedale, WY 82941
Phone: 367-2257

August 29, 1997

Mr. and Mrs. Dick Forsgren
1115 McKinley Ave.
Rock Springs, WY 82901

Dear Dick and Clayta,

I just received the geologist's report pertaining to the site visit he made to your property on August 1, 1997. Please find a copy enclosed. He attempted to address the issues/concerns that you had raised in your letter to Jack Doyle dated May 20, 1997.

Thank you for coming in and expressing your feelings pertaining to the project and how you feel it has affected your property. I have been monitoring the shallow wells (one at the corner of your garage and two on BLM above the willows) periodically since they were installed October 1, 1993. The CCC Ponds were charged with water in the spring of 1995. There has been no consistent overall increase since the fall of 1993 in groundwater levels at these well locations. The wells on the BLM typically go dry or nearly dry during the winter and come back up in the spring. The well near the garage has only fluctuated 7 inches over the last 3 1/2 years. It goes up in the late spring and early summer and appears to correlate quite well with the rise and fall of Pine Creek.

Overall, I have not observed any significant change to the monitoring wells since the ponds were charged with water. In addition, I too am convinced that the newly constructed ditch is effectively taking away the surface water on your lawn, caused by the spring to the east of your property line. Please refer to our geologist's previous report, dated November 14, 1995 (copy enclosed), in which he discussed his findings, conclusions and recommendations.

We have no reason to continue monitoring the wells. I would be glad to come out and remove the PVC pipe at the corner of your garage. If you would desire it removed, please let me know.

I have done a little research on snowpack over the last eleven years that I thought may shed some light on groundwater from Pine Creek affecting wetness conditions under the house as well as indirectly causing possible changes in flow from the spring. We have had two consecutive years of very high snowpack and runoff on streams and rivers in Sublette County, preceded by a number of years of below average (1961-1990 is our 30 year average) snowpack. Snowpack records for Elkhart Park SNOTEL above Fremont Lake (which most closely reflect what we can expect through

Forsgren
PENGAD 800-631-6989
DEPOSITION EXHIBIT
9 2-16-06 KJM

Def.'s Ex. 17

DOJ000146

Fremont Lake and down Pine Creek) show that 1986 was far above average, 1987-1992 and 1994 were below to much below average, 1993 was slightly above average and 1995-1997 were slightly above to much above average snowpack years. The recharging of the CCC Ponds in the spring of 1995 happens to coincide with the slightly above to much above snowpack years of 1995-1997 at Elkhart Park.

I believe that changes in wetness that you have observed from year to year on your property probably have much to do with snowpack, runoff, as well as from rainfall during the non-winter months. We do not know the source of water which feeds the spring and it would be difficult (and probably very costly) to try and answer that question. We do know that the spring has been there for a very long time, however and that the ditch is pulling off the surface water from your property exactly as planned.

Please contact me personally if you have any questions about this letter or our geologist's report.

Sincerely,

Daryle Bennett

Daryle Bennett
District Conservationist

Enclosures

cc: Jack Doyle, Chairman, CCC Ponds Committee