FEBRUARY 11, 1999

LESLIE THEISS
BUREAU OF LAND MANAGEMENT
432 MILL
PINEDALE, WY. 82941

SUBJECT: CCC POND WATER DAMAGE PRIVATE PROPERTY

DEAR MS. THEISS,

I WISH TO CALL YOUR ATTENTION TO THE FACT THAT DURING SOME 40 YEARS PRIOR TO THE RECENT CHARGING OF THE OLD CCC PONDS, MY PROPERTY AND RESIDENCE ON PINE CREEK HAS NEVER SUFFERED SURFACE OR SUB SURFACE WATER PROBLEMS OF ANY KIND. THIS CONDITION ABRUPTLY CHANGED AFTER THE CCC PONDS WERE CONSTRUCTED AND FILLED. OVER THE PAST 3 YEARS MY YARD HAS BEEN FLOODED IN THE WARM MONTHS AND FROZEN DURING THE COLD TIMES. CURRENTLY THERE IS A LAYER OF SOLID ICE SOME 6 INCHES THICK COVERING THE ENTIRE REAR YARD FROM THE HOUSE FOUNDATION TO PINE CREEK. WHAT WILL HAPPEN WHEN THE THAW ARRIVES IS ANYBODY'S GUESS. THERE ARE ALREADY INDICATIONS OF FOUNDATION MOVEMENT INSIDE THE KITCHEN OF MY HOME.

BEFORE THE CCC PONDS WERE CONSTRUCTED, GOVERNMENT SURVEYS WERE CONDUCTED WHICH CONCLUDED THAT HOMES AND PROPERTY IN AREAS BELOW THE CCC PONDS ELEVATION MIGHT BE SUBJECT TO SUB WATER FROM THE PROJECT, AND, FURTHER, THAT DRAINS MIGHT HAVE TO BE INSTALLED TO PRECLUDE WATER DAMAGE. TWO OPTIONS WERE PROPOSED: #1....PULL A DITCH THROUGH MY PROPERTY AS AN OPEN DRAIN TO PINE DREEK, #2....INSTALL A LARGE DRAIN THROUGH BLM PROPERTY (WILLOW AREA ADJACENT AND BORDERING MY PROPERTY) TO INTERCEPT SURFACE AND SUB WATER BEFORE SAID WATER COULD REACH MY PLACE. OPTION #1 WAS PERFORMED BY CARL WINTERS, BUT IT FAILED IN ALL RESPECTS. OPTION #2 REMAINS AND SHOULD BE UNDERTAKEN AT THE EARLIEST POSSIBLE OPPORTUNITY THE BLM.

MY DOMESTIC WELL WAS CONTAMINATED BY THESE WATERS, AND I WAS FORCED TO HAVE A NEW 210 FOOT WELL DRILLED WITH THE OLD WELL HAVING TO BE CEMENTED IN, ALL AT A COST OF SOME $10,000. PRIOR TO THE NEW CCC PONDS, THE OLD WELL WAS RECENTLY CERTIFIED BY DR. REINOW AND THE STATE OF WYOMING TO BE GOOD AND FREE OF ANY BACTERIAL CONTENT.

PENGAD 800-631-6989
Forsgren
DEPOSITION EXHIBIT
3 2-16-06 kom

Def.'s Ex. 18
DOJ000149

AFTER THE CCC PONDS BECAME OPERATIONAL, I SUFFERED A BACTERIAL STOMACH INFECTION AND HAD THE WATER RETESTED FROM THE OLD WELL. THIS TIME IT CAME BACK CONTAMINATED, AND I WAS ADVISED BY DR. REINOW AND DR. JOHNSTON TO NOT DRINK THE WATER. BOTTLED WATER WAS PURCHASED AND USED FOR SOME 2 YEARS ~~AFTER AND~~ BEFORE THE NEW WELL CAME ON LINE.

I KNOW THAT MY PROPERTY HAS BEEN DEGRADED AS A DIRECT RESULT OF THE CCC PONDS CONSTRUCTION. FURTHERMORE, I KNOW THAT ADDITIONAL DAMAGE WILL OCCUR BEFORE REMEDIAL ACTION CAN BE TAKEN BY ONE OR MORE OF THE GOVERNMENTAL AGENCIES RESPONSIBLE FOR THE DESIGN AND CONSTRUCTION OF THE CCC PONDS. THIS DOES NOT MAKE ME A BIT HAPPY. I WANT MY PROPERTY RETURNED TO ITS CONDITION PRIOR TO THE CCC PONDS CONSTRUCTION, AND I INTEND TO SEEK COMPENSATION FOR EXPENSES INCURRED. IT IS OF INTEREST TO NOTE HERE THAT I MET WITH CERTAIN GOVERNMENT PERSONEL REGARDING THESE PROBLEMS IN THE EARLY FALL OF 1997. I STATED MY CASE BASICALLY AS I HAVE DONE HERE. I ALSO TOLD THEM THAT MY HUSBAND WAS DYING AND THAT IT WAS IMPERATIVE THAT SOME IMMEDIATE ACTION BE TAKEN TO RECTIFY THE PROBLEMS AT HAND. I WAS ADVISED IN NO UNCERTAIN TERMS THAT NO FURTHER ACTION WAS CONTEMPLATED. MY HUSBAND PASSED AWAY LAST APRIL, AND I AM NOW ALONE IN MY ATTEMPTS TO FURNISH YOU THE FACTS OF THIS MATTER IN THE HOPE THAT POSITIVE ACTIONS MIGHT BE FORTHCOMING.

SINCERELY,

Clayta Forsgren

CLAYTA FORSGREN
99 RIVERSIDE SUBD. RD.
PINEDALE, WY. 82941
(307) 367-2503

CLAYTA FORSGREN
1115 McKINLEY
ROCK SPRINGS, 8290[illegible]
(307) 362-6369

cc/ PINEDALE RANGER DIST. SUPERVISOR
29 COUNTY RD. 154
PINEDALE, WY. 82941

cc/ DARYLE BENNETT
NATURAL RESOURCES CONSERVATION SERVICE
120 S. COLE AVE.
PINEDALE, WY. 82941

cc/ WYOMING GAME AND FISH DEPT.
REGIONAL OFFICE
117 S. SUBLETTE AVE.
PINEDALE, WY. 82941