Bureau of Land Management
Pinedale Wy. 82941

June 17,1999

Dear Sirs:

I would like to update you on what is happening to my property. I have lost over two-thirds of my front lawn, part of the side, and all of the back lawn. The kitchen area has lost its support on one end. We have had to block it up temporarily with a large jack and some cinder blocks. We were unable to get enough soil away from the rest of the house to check the foundation for damage due to the fact that the ground was too saturated with water to support the backhoe.

I also need to amend my last letter to you as I just discovered an error in it. I had a friend draft and type it for me. He had written that I had never had any water on my property before this, but what I had told him to write was that I had never had any ice or water around my house before the ponds were put in. As you know my husband had written or verbally told you what conditions we had experienced in the past and what he told you previously is what I am going by. So please be informed that it was misinterpreted and I am now correcting the mistake.

Sincerely,

Clayta Forsgren

Clayta Forsgren

Forsgren
DEPOSITION EXHIBIT
4 2-16-06 KJM
PENGAD 800-631-6989

RECEIVED
JUN 18 1999
PINEDALE RESOURCE AREA OFFICE