MASON & GRAHAM, P.C.
Attorneys at Law

Gerald R. Mason
R. Van Graham

26 South Tyler
P.O. Box 785
Pinedale, Wyoming 82941

Tel: (307) 367-2133
Fax: (307) 367-2218

July 20, 1999

Prill Mecham
BLM
P.O. 768
Pinedale, WY 82941

RE: Forsgren subwater problem

Dear Ms. Mecham :

This is to confirm to you that I have discussed the matter with my client, Clayta Forsgren, and she has advised me to inform you as follows:

1. That of the options presented at your recent discussion, prepared by NRCS and Jack Doyle dated 5/20/99, she agrees to the implementation of alternative No. 1 as being a potential solution. She is relying, of course, upon the expertise of the engineers that have examined the problem as she has no expertise in the matter. She simply knows that something must be done and she wants to have that done as soon as possible.

2. She is agreeable that the implementation of alternate No. 1 by the BLM, Forest Service and other interested parties will not be used as, nor constitute to be an admission of liability or fault on the part of any of those parties. She does understand that the source of the excess water is disputed and that the parties doing the work in conjunction with alternate No. 1 do not wish to waive their rights in regard thereto.

I understand from our phone conversation that the project can begin almost immediately after you receive this letter. If there are any further questions, please advise.

Very Sincerely,

Gerald R. Mason

GRM:dkr

cc: Clayta Forsgren

RECEIVED
JUL 21 1999
PINEDALE RESOURCE
AREA OFFICE

*"PROUD TO BE A WYOMING LAWYER"*