FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
AUG 16 2004
Betty A. Griess, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CLAYTA FORSGREN; FORSGREN FAMILY TRUST,<br><br>Plaintiff(s),<br><br>vs.<br><br>SUBLETTE COUNTY BOARD OF COUNTY COMMISSIONERS; U S DEPARTMENT OF INTERIOR BUREAU OF LAND MANAGEMENT DIVISION; U S DEPARTMENT OF INTERIOR DIVISION OF AGRICULTURE NATURAL RESOURCES CONSERVATION SERVICE,,<br><br>Defendant(s). | Case No. 03cv 1040-B |

**ORDER OF DISMISSAL**

It appearing from the records of this Court that the above entitled matter was filed in this Court on July 28, 2003, and that counsel was notified on February 18, 2004, that no action has been taken within three months last past and the parties have failed to proceed; it is therefore

ORDERED that the above-entitled matter be, and the same hereby is, dismissed with prejudice.

Dated this 16th day of August, 2004

Clarence A. Brimmer, U.S. District Judge

Def.'s Ex. 22