**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CLAYTA FORSGREN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 04-1223 L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Chief Judge Margaret Sweeney |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION PURSUANT TO 28 U.S.C. § 1500, AND PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT ON THE STATUTE OF LIMITATIONS**

**ELECTRONICALLY FILED MAY 26, 2006**