IN THE UNITED COURT OF FEDERAL CLAIMS

---

CLAYTA FORSGREN, et al.,

Plaintiffs,

vs. No. 04-1223L
Judge Margaret M. Sweeney

UNITED STATES OF AMERICA,

Defendant.

---

DEPOSITION OF CLAYTA FORSGREN
Taken in behalf of Defendant

9:04 a.m., Thursday
February 16, 2006

PURSUANT TO NOTICE, the deposition of CLAYTA FORSGREN was taken in accordance with the applicable Federal Rules of Civil Procedure at the offices of Bureau of Land Management, Pinedale Field Office, 432 East Mill Street, Pinedale, Wyoming, before Kathy J. Mullivan, a Registered Professional Reporter, and a Notary Public in and for the State of Wyoming.

COPY

EXHIBIT
tabbies
1
04-1223

A. Right opposite of our property. That's why this map confuses me. The garage is back -- in back of our property.
Q. Okay. But on this map, your best estimate is that the garage is on the north portion of this parcel number 2?
A. Yeah, but this should be sitting up there.
Q. Okay.
A. Yes.
Q. Okay. Moving along. When did you and your husband, Dick, build the house that sits on your property?
A. In 1972.
Q. Okay. Let's go back to page 5 of Exhibit 1, that's the complaint. And paragraph 20. If I could draw your attention to paragraph 20. If you could read the first sentence allowed of paragraph 20.
A. "A house was constructed on the Forsgren's property in 1971. Since 19" --
Q. Just the first sentence is fine for right now.
So it was 1971 when you built the house?
A. Evidently. It could have been 1971.
Q. Now, you had mentioned a few moments ago that when you built the house, you built it on fill; is that correct?
A. We had no fill ever brought in on our house.



Q. Oh, there was no fill?
A. No, never. There was pictures that substantiate that.
Q. Okay. Could you describe -- or do you know anything about the construction of the house, the methods, or the design?
A. We had a friend in Rock Springs who has now passed away that was a builder, and between he and my husband they drew up the plans for the house and he came and began to construct it with his people.
Q. What was that gentleman's name?
A. Red Cuthbertson.
Q. You said you -- you said Red Cuthbertson and your husband drew up plans?
A. Well, he drew up the plans, but my husband had to tell him what he would have liked put there. They had to decide what kind of house and how many rooms we were going to build.
Q. Do you have copies of those plans?
A. No.
Q. Do you know if they still exist?
A. I doubt it very much. He probably died a few years -- well, 5 to 10 years after the house was built.
Q. Do you know if they -- in the construction of the house, if they were concerned about building to -- in



such a way to address any water issues affecting the house?
A. I don't know.
Q. Do you know who, in addition to your husband, Dick, and the builder, Red Cuthbertson, who participated in the construction of the house, who assisted in constructing it, who else?
A. I wouldn't know all their -- you know, the names. I know that Van Huffman worked on the house for a whole year and he had -- there was another man that worked with him that did Sheetrock work inside, and I don't remember anyone else.
Q. When you said a moment ago that you never had fill brought in to construct the house, do you know if there was any preexisting fill on the property?
A. I don't know how I would know.
Q. But you -- visually seeing any -- any gravel or rocks or fill or anything located that looked like it had been brought in and deposited onto the property?
A. Absolutely not.
Q. It was -- like you said, it was grassy?
A. Grassy. We brought in some topsoil when we did our lawn, because he wanted to put in Kentucky grass there, and we needed to put topsoil and he wanted it totally level, because we were going to have croquet and



volleyball and horseshoes out in our front yard further --
Q. And when you say he --
A. My husband.
Q. You're referring to your husband, Dick?
A. Yes.
Q. And when he brought in the topsoil and began creating the lawn, was that prior to construction on the house or this is after the house was constructed in '71?
A. It was after the house was constructed.
Q. Okay. Backing up a little bit. You purchased -- you purchased the property in 1966 and you said you built the house in 1971. How frequently would you visit the property between -- in that five-year period between '66 and '71?
A. My husband was in the legislature at that time -- during that time, and we didn't get up a lot when he was in the legislature, because -- but we were there every chance we could get up there. We were always there for holidays, we would go up periodically to check.
Q. So you purchased the property in '66, his tenure in the legislature ended in '67?
A. Uh-huh.
Q. So for that first year you weren't there quite so often. Do you have an estimate how many times that -- in that year of his last year he was in the legislature

how often you might have visited the property?
A. We would go to Pinedale, when we were able, every weekend. So if he wasn't in the legislature and he was home, we would have gone to the cabin -- or wasn't the cabin, we would have gone -- we had a trailer there then in the '60s.
Q. Did you put -- when did you put the trailer on the property?
A. Not long after we bought it.
Q. Soon after you bought it --
A. Uh-huh.
Q. -- in '66? I forgot to ask you something earlier. How does the legislature -- how do the legislative sessions work in Wyoming? How often would Dick go to Cheyenne to -- when the legislature was in session?
A. They start in -- I think they start in February and they run for probably six weeks.
Q. So it's just a six-week session?
A. Yes.
Q. Once a year?
A. Yes.
Q. February to mid-March, possibly somewhere in there?
A. Yes, but he --



Q. I'm sorry. Go ahead.
A. But he was also involved in a lot of committees and a lot of things he was doing at that time, too, so --
Q. In Cheyenne?
A. Not especially in Cheyenne, but at his home, in our hometown, Rock Springs.
Q. After he retired from the legislature in '67, until you built the home in 1971, when you visited the property would you stay in the trailer you had put on the property? Was that for sleeping in?
A. Yes, uh-huh.
Q. And what would you do during that time period before the house was constructed when you visited the property? What use would you make of the property?
A. We would just be there to enjoy it and our children would run around all over. And it was just a -- a summer place to go.
Q. Were you making improvements to the property in that -- in that four-year time period before the house was built, were you making any alterations to the property or making improvements of any kind to it, doing work on the property?
A. Not at that time. We hadn't decided exactly what we wanted to do with it. What we wanted to put on it or what -- I'm trying -- '66 -- it could have been during



a time when he was in the hospital we were having problems with him, and I wouldn't have been -- we wouldn't have been thinking about what we were going to do with the property.
Q. So is it difficult for you to estimate how frequently you visited the property more specifically than you've already done so in that time period?
A. I'm sure that we went every opportunity that we had, and possibly the people -- probably every weekend that we could get -- that we had available to go up at that time. We had small children, they were in school, and it may not have been every weekend, but it was dozens of times.
Q. Was that -- were those dozens of times from 1967 to 1971, were they spread out through the course of the year or were those concentrated in one particular season or --
A. Mostly in the summer, but we were skiing with our friends here in Pinedale so, we would come up in the winter, and he and I -- and we'd bring our family in the summer, but we had friends that skied and we would come up to be with them.
Q. How many times in that period per winter do you think you came to do that, to ski?
A. Probably three times a month.



Q. Three times a month from December?
A. Weekends.
Q. January, February?
A. December, January, February, not a lot in December as January, February, March, until the snow began to go.
Q. Okay. From that time period from '67 to '71, you -- you do a little -- your skiing trips might go into March, would you come back and visit on the weekends later in the spring and later in March and April and May --
A. Yes, yes.
Q. -- that time period?
Okay. Did you ever see water on the property in any of that time in any of those visits?
A. No.
Q. After the house was constructed in 1971, please describe the frequency of your visits, the time of year after the house was constructed, once the house was constructed?
A. And we were able to stay in it?
Q. Oh, well --
A. You mean --
Q. When was the construction complete to the point where you were able to stay in the house?
A. Probably two years. Year to two between --

well, approximately two years before we probably stayed in the house.
Q. So approximately from 1971, when construction began, to approximately 1973 it was finished to the point where you were able to stay in the house?
A. Yes.
Q. Okay. During that two-year period during construction, were you staying -- still staying in the trailer --
A. Yes.
Q. -- when you visited?
And you never saw any water from '71 to '73?
A. No.
Q. And from 1973, when you were able to -- when you visited, you were able to live in the house, how often would you -- I'm sorry, from '71 to '73, how often would you visit the property?
A. Every weekend.
Q. Every weekend throughout the year?
A. Yes.
Q. From '73 onward, how frequently would you visit the property?
A. We visited every weekend.
Q. Every weekend you drove up from Rock Springs --
A. Yes.



Q. -- throughout the year?
A. Yes.
Q. Okay. I just want to make sure.
A. Yes.
Q. Were any additions put on the house?
A. Yes, we had a kitchen constructed.
Q. And when was that constructed?
A. And I cannot tell you the year. I cannot recall the year. I'm sure it's in here somewhere.
Q. If we can go back to Exhibit 1, the complaint. We're still on page 5.
A. Uh-huh.
Q. And it was -- we're still on paragraph 20?
A. Okay. Oh.
Q. If you could read beginning with -- why don't you read the second sentence on -- of paragraph 20?
A. "Since 1974, the Forsgren's have used this property as a weekend retreat, and invested substantial time and money to create a high appeal property. In 1975, the Forsgren's added a garage and game room to the house. In 1976, the kitchen was expanded and a deck was added to the house." Is that all you need?
Q. That's fine. Thank you.
Okay. So originally the house had a kitchen, but it was expanded in 1976?



A. Yes.
Q. Okay. And prior to that in 1975, a garage and a game room was added?
A. Yes.
Q. Who constructed -- do you know who constructed the game room and the garage?
A. He was an Australian that was here on a visa or whatever. He was here in the country and my husband met him. He was working on John Kershisnik's property and became very disgruntled with my brother-in-law and would not do any more work for him. He -- he had two small children, they had no money and my husband was buying groceries for them and helping them while he had to decide where he was going. And he asked my husband if he could finish -- we were contemplating doing this and he asked if he could do the work and my husband told him yes. It happened to be in the winter. It was very cold, so my husband let them live in our home, because they had these small children.
Q. Do you recall what the man's name was, the Australian man's name?
A. I can't right now, but -- but he did do a lot of construction on John's. I could find out.
Q. Did he do all the construction by himself or did he have a helper?



A. I have no idea. I wasn't up there when he was building. Only on weekends, and usually on weekends when we were there, a lot of times he wasn't -- he would be working on something, but I don't know if he had anyone helping him.
Q. Okay. So a lot --
A. During the week.
Q. So a lot of the construction you didn't see because it was going on during the week when you weren't there?
A. Yes.
Q. And then in 1976, do you know or remember who constructed the kitchen expansion?
A. Ralph Wenz Construction.
Q. And can I assume that Ralph Wenz is a person that himself worked on the construction or do you know the names of the actual individuals that worked on the property?
A. He was a construction company. He had workers that -- he worked also but had workers working with him.
Q. But none of that work was done by the Australian construction --
A. No.
Q. Did Vance Huffman help with the construction?
A. Just the original house.

Forsgrens' property, and it's possible -- I can be mistaken. I'm -- I know there was never any water running in it -- in a ditch on our property. I know that, but I don't ever remember any water.
Q. So you don't remember -- you can't say if you remember seeing this ditch when you and Dick first looked at the property when you were considering buying it or soon after you first bought it?
A. I don't remember going up in that part of the property.
THE DEPONENT: I would like to confer with you for a moment on this.
MS. EASTMAN: Okay. There's -- can we take a break?
MR. TRAUBEN: Is there a question pending?
MR. PRITCHARD: No, not really. Let's go off the record.
(Deposition proceedings recessed 10:55 a.m. to 11:05 a.m.)
Q. (BY MR. PRITCHARD) Where we left off, we were talking about whether you recall a ditch actually being located on your property when you purchased it in '66.
A. (Deponent nods head.)
Q. What was your answer to that?
A. I'm assuming that the ditch that I remembered



was the ditch at the end, because our trailer was parked at the end of that property right next to the Forest Service land, close to the creek -- or near the creek, and I assumed that I'm remembering the ditch that they have there -- still have there now.
Q. That's on --
A. That's on Forest Service property.
Q. -- on Forest Service property?
A. Yes.
Q. Roughly how many feet from your property line would you guess?
A. Probably right over our property line.
Q. Just a few feet?
A. Yes.
Q. So you don't remember there actually being one physically located on your property?
A. I can't -- I can't remember there being a ditch open -- not a open ditch on the property --
MS. BUDD-FALEN: Excuse me. Could you speak into the speakerphone? I can't hear anything now.
THE DEPONENT: Okay.
A. I can't recall a ditch. I'm sure I would have remembered a ditch if it had been there. I don't recall one. And someone may have mistake -- misthought of the ditch that I saw, thinking that it was on our property,



but that was not our property, it was the Forest Service's property.
Q. (BY MR. PRITCHARD) Just for the record, paragraph 23 of the complaint is not accurate where it states this is -- there is one open drainage ditch on the Forsgren's property that -- a few sentences later that that was installed before the Forsgrens purchased the property, correct?
A. What was it you said?
Q. It's a misstatement --
A. Yes.
Q. -- that there was a drainage ditch on the property when you purchased it?
A. That I recall.
Q. Okay. Did you help prepare the complaint in this case that we're looking at, Exhibit 1?
A. I'm sure that we were made aware of it when -- when it was -- had to look it over, yes.
Q. So you think you looked it over when it was -- before it was filed?
A. I think I did, but I'm surprised that I didn't notice that unless I just wasn't looking that closely. I don't know. That was a lot to read and --
Q. Did anybody else help you review it or anybody



else in your family review it on their own?
A. No, I -- well, I don't know. I'm trying to think. Lance may have looked at it. I'm not sure how many people looked at -- I'm not sure how many people looked it over, but I'm sure it was sent to us and it was reviewed. I don't recall reading that when I looked it over.
Q. Do you think that you reviewed it before it was filed or after it was already sent to the court and filed?
A. I don't remember.
Q. Okay. Okay. When do you -- when do you first recall experiencing problems with water on the property?
A. My husband died in 1998, so I wasn't able to come up through that next summer. By February of 1999, I finally was able to come up. I was in very bad condition and I just simply couldn't go up. When I came to the property, there was ice and water running around my property. That water was running over the ice and I went into the house, called the plumber and told him I thought I must have a water break in my house. And he instructed me to go to the holding tank and do something and I did, and it was not anything to do with my water in the house.
So at that point I let the -- I'm not sure I did it that day, but I informed the BLM, maybe it was Daryle, that I was having water problems at my house, and it was