definitely not from my plumbing. And I recall they all came up, might have been the next weekend, but I'm not sure about that. I don't recall.

And we all stood out and looked at the damage and I had ice around my house, and I -- there was running water over and under the ice in February, which is the -- there should be no water running over the -- my property at that time. And they looked at it and sympathized with me, told me they sure felt bad about it, but there really was nothing they could do about it. And that was the first meeting that I had with them, and every year after that I called and had someone come up to review how the water was getting worse. They were still sorry, sure wished they could help me, but there were too many variables up there.

Q. And could you state again what year was that when you first came to the property and saw -- found the water -- and again, this is --
A. In '99.
Q. In '99. That's the first time you remember seeing water or ice on the property?
A. Oh, no. That's the first time that I saw it come to the front of the house.
Q. Okay. Let's back up. Just -- you had said before that you had never -- at least when you purchased



the property, you never seen water on the property. When is the first time you saw water of any kind on the property under the house, near the house, anything?
A. The first year after the ponds were charged.
Q. Okay. So that would be approximately '95?
A. It -- water had come to the back of the house, in that area, and that was when it froze our well.
Q. What time of year was that?
A. When I went up there, when the water -- when the water came?
Q. If you know when the water came.
A. The ponds were -- I don't recall the month that the ponds were recharged, but I would say it was -- it was sometime during the first year after the ponds were charged that we noticed it was -- there was water in the back. And we froze up in our house and they came to try to help us and they couldn't. They said the -- it was so saturated with water and had frozen so deep that we would have to wait until the thaw. And it thawed out in July.
Q. Of '96?
A. The water, yes. Or I assume it was '96. I'm -- I don't recall just the year that the water -- that the well froze, but -- but that was when we first noticed the water and it came to the back of our house.
Q. And again, do you have -- do you recall what



month in 1995 you and your husband or you either one of you first saw the water on the property?
A. What month?
Q. Yes, ma'am, or approximate time of year.
A. No, I can't recall.
Q. Okay. Prior to that time, in -- sometime in 1995, you had never seen water on the lawn or anywhere on the property?
A. Absolutely not.
Q. Same goes for ice. No ice?
A. Never any ice.
Q. Okay. You had said a moment ago that you had come and found water -- or ice on the property in February of '99; is that correct?
A. Yes, yes.
Q. And you said in February no water should be there?
A. There shouldn't be water running over and under ice in February, unless I had a break in my house.
Q. And what's the basis for that statement?
A. Just common sense.
Q. Do you mean that the water should be frozen and it shouldn't be running in February or --
A. Well, maybe that was -- I'm not a hydrologist, and I was surprised to see water. Re-correct -- I'll



correct my statement. I was surprised to see water running over and under the ice when I got there. And I barely could get into my house. The ice had frozen all the way out into my driveway. There was ice all over the yard, all the way to the creek. There was water -- ice up on my foundation with water all over -- running around it, and I assumed the only place water could come from would be from my house, because at that time of year, nothing -- the creek is almost dry, the -- there certainly wasn't any snowmelt and the little creek in the back would have had no water in it, so my only assumption was that the water was coming from a break in my pipes, that it had frozen.
Q. And this was February of 1999?
A. Yes.
Q. And you had first -- the ponds were recharged -- or the work was done on the ponds in 1995, and it was sometime in '95, after that was done, that you first saw the water. Did you see water on the property or ice on the property between those two times, between that time in '95 and this time in February of '99 you're speaking of?
A. Every year the water moved further. The first year it moved to the back of the house, the second year moved to the middle of the house, the third year it was at the front of the house, the ice and water. And by the time I -- they decided to dig the ditch to help me, it was

running through my sister's butt fence. It was going into her yard.
Q. So in '95, it was -- the water was on the lawn east of the house?
A. Yes.
Q. Next year in '96, this is winter '96?
A. Yes. Well, wait a minute -- yes. Well, I don't know. I'm not sure when we -- we just started noticing water. I can't tell you the exact month or date, but we began to notice water behind our house collecting. And that was in '96, but I can't tell you the time. I don't recall.
Q. So sometime in '96, when you -- you said it was at the back of your house?
A. Yes.
Q. Meaning the water had come from the eastern boundary of your property west to the eastern side of your house?
A. Yes.
Q. And then the next year, '97 -- again, sometime in 1997 --
A. Yes.
Q. -- the water had migrated further to the west, to what point?
A. To about halfway through our house.



Q. Okay. About halfway the width of your house?
A. Yes.
Q. That was '9 --
A. '7.
Q. That was '97. Thank you.
And '98?
A. '98.
Q. It was on the western side of the house?
A. Yes.
Q. And then the following year you said it had made it all the way over to the western boundary of your property line?
A. And to the creek.
Q. And to the creek. Pine Creek?
A. (Deponent nods head.)
Q. Okay. You said each year the water would come back. You don't recall exactly when it would arrive during the year?
A. It was all there all year long.
Q. From -- it was there all year long from 1995 onward?
A. When we started getting flooded in 1995, the water just didn't come in the winter or just in the summer. Our yard -- it killed the yard. The path of the water you could see it was very wide. I don't know how



wide. The year after the water came, the pictures that we have taken showed the path of the water coming down. It killed everything in its path where the ice and everything was. And each year it progressed. We began to notice the ice was getting further across the property, and -- but this -- this was in '95, '96, '97. My husband was quite ill at that time, so we were there a lot. We stayed up there a lot, and, of course, we were very concerned.
Q. So just so I understand --
A. There just was more pressure every year, whatever was causing it was getting bigger, evidently, or more pressure on that mountain.
Q. You said, I believe, just a second ago that it didn't just come in the winter or the summer --
A. Huh-uh.
Q. -- it was year-round.
You didn't mean by that that prior to '95 you had experienced some seasonal water on the property?
A. No, no. I'm talking about after --
Q. Okay.
A. -- 1995.
Q. So after 1995 you said the water was there year-round?
A. There was always water on the property.
Q. Always water?



A. Well, became very spongy.
Q. And sometime in '95 you noticed the sponginess and from '95 onward for the next few years, the water was just always there and just continued to migrate west?
A. No, it wasn't spongy in '95. The water had only gotten -- from '95 to '96 had only gotten to the back of the house. The property did not become spongy until it totally saturated the whole area. And by that time everything was -- everything was -- evidently was underground water that -- that -- I don't know -- I'm not a hydrologist, so -- but the ground got spongy after it covered the whole area. It just progressed each year.
Q. And when approximately do you think it became -- it had progressed to that point where everything was spongy?
A. When it ruined all my lawn and my trees and my house.
Q. But what -- what year do you think that was?
A. Well, it would have happened -- I wasn't up there through my husband's illness and death, but it -- as soon as we -- let's see, it was in '99 that I went up, and that summer, when everything had -- the ice and snow -- the ice had melted that was on the yard, then the yard was spongy.
Q. You mentioned that your husband was ill for some

anywhere. I went into total shock that first year and my family and friends were the ones that were there with me.
Q. Do you know who specifically -- who the specific friend was that helped you write this letter?
A. It might have been -- I can't remember right now.
Q. That's fine. If you remember throughout the --
A. I may recall it.
Q. Yes, if you recall it, just jump back in.
A. I will.
Q. Okay. Let's just continue on a little further. Strike that.
Could you clarify for me what part of the yard you're describing where you say there is a solid -- there is a layer of solid ice some 6 inches thick covering the entire rear yard from the house foundation to Pine Creek?
A. I would say that they were talking about -- that I was talking about the yard from the -- from the back end of the house.
Q. The east end of the house?
A. The east end of the house to the -- probably mostly the front end, because ice went -- covered the total part of that area.
Q. And the front end is the west side of the house?
A. The front end is the north side, I think.



Q. South -- I'm sorry.
A. My house sits like this, and I'm trying to think --
Q. As you come into the driveway towards the house, you're coming from the south?
A. Okay. That would be.
Q. Is that south end the front end?
A. That would be the north end. It would be -- he called the rear of the house behind the house where the butt fence was between the BLM and the Forest Service.
Q. And that's east?
A. That's what he called the rear, behind the kitchen, behind the back of the house.
Q. And what did he call the front of the house? When we say he, Dick Forsgren.
A. Dick Forsgren called -- there was just all together, the whole yard, we had a large, large yard in the front.
Q. That wrapped around?
A. Wrapped around.
Q. When you say the front yard, you mean the whole -- the noneastern side of the property, the portion west of your house and wrapping around the south and the north part of your house?
A. Yes.



Q. Okay. It says the entire rear yard from the house foundation to Pine Creek. Does that mean that the ice ran from Pine Creek south through the rear yard, the eastern portion of the property, to your house?
A. No, it didn't run from Pine Creek. It ran from our house into Pine Creek.
Q. Okay.
A. Pine Creek sits way below our property.
Q. Right. Right.
A. And was almost dry at that time.
Q. What I'm trying to determine is at this time -- at the time you're describing in your letter, ice covered the entire rear yard, the entire -- the eastern edge of your house to the east boundary of your property and then north all the way to the creek, that was all covered with ice?
A. Yes, yes.
Q. Did the ice extend -- and lastly, did the ice extend all the way to the southern boundary of your property, towards the road?
A. The last year it did. It covered my driveway. I couldn't -- could barely get into my house. I fell two or three -- several times because there was ice with the water. And the man that was plowing my road called me and said, "Clayta, there is ice all the way to your garage now



and I can't plow that ice back. I won't be able to plow you so you can get safely into your house." So the ice by the -- the last year, the year that they finally decided to dig the ditch behind me, was when it totally surrounded my house from front, back, everywhere.
Q. In the second to last sentence of the first paragraph you say -- right after you described the 6 inches of ice, you say what will happen when the thaw arrives is anybody's guess. Do you recall what you meant by that statement? What you were afraid of or what you thought would happen?
A. Well, I didn't -- when it melted, I didn't know what would happen. I don't recall what I was thinking, but I -- I'm sure I was worried about when all that ice melted, what was going to happen. I was sure I was going to have some shifting in my home in the foundation. I didn't know what would happen to the yard. I didn't know how much more water I was going to get. I was terrified. I had never -- could never imagine that much ice on property before.
Q. In the very next sentence you say there are already indications foundation movement inside the kitchen of my house -- of my home.
A. Yes.
Q. Could you allow -- could you describe what you

that it was misinterpreted and I'm now correcting the mistake."

Q. Could you explain what -- what you meant -- what you meant in that second sentence where you said he had written that I never had any water on my property, but what I told him to write I never had any ice or water around my house before the ponds were put in?

A. At that time I was in very -- I was having a really bad time dealing with my husband's death, and it was hard for me to correlate things together, because I couldn't correlate anything hardly at that time. And I got thinking about the letter that he wrote -- helped me write. He didn't write it, but he helped me -- I couldn't type it, so he typed it for me.

Q. Who is he?

A. Jerry Tully. They were very good friends of my husband and took care of me for many months after he died, to help me get through this. And I couldn't remember what I had put in that letter exactly, and I began to think maybe -- how do you say there was never a drop of water on your property, because in the spring snow could melt and if there was a little indention in the lawn before it finally evaporated, it could make a little tiny pond -- not pond, place where there was water. And I'm so funny, I have to tell the truth always, and I didn't know if that



was -- I should have said that -- that maybe there was -- that there was never a drop of water, but there was never flooding, and I was so confused at the time that I didn't -- and I wrote this myself. I didn't have someone type it for me.

Q. So just to clarify, you wrote this June 17, 1999 letter yourself, your earlier February 11, 1999 letter you were assisted by your friend who you now remember as Jerry Tully?

A. Yes, he typed it for me.

Q. He typed it?

A. I told him what I wanted typed, but I didn't notice until later exactly how -- I don't know if I -- I could not really remember what I had said. And I didn't have a copy of the letter and I wanted to clarify that at some time maybe somebody was up there and some snow melted. It melts on my lawn in Rock Springs and I get little puddles of water.

Q. So that was the correction you were making that --

A. That --

Q. -- possibly in the past there had been snowmelt on property, that was of much lesser degree than --

A. It was no degree, really, because it wasn't enough -- you would barely notice it. I didn't -- when



snow melts, your ground gets wet, and until it has a chance to seep in, you may have a little water where the snow melts and we had tons -- you know, a lot of snow up there. And I didn't know if that -- I was wrong in writing that there had never been any water, and -- there was never any significant -- any water on my property other than --

Q. I'm sorry.

A. -- other than if sometime -- and I never remember it -- sometime maybe there was a little bit from snow, but I never remembered seeing it. But at that time I was so emotionally unstable and sick from my husband's death and dealing with everything that it work -- preyed on me. I thought I need to tell them. You know, I have to go by -- just what I remember is just what I wanted to do.

Q. The water that you were talking about from snowmelt never caused any damage to your property, did it?

A. It would have been impossible. It wasn't even -- I don't even remember if it happened maybe a few times. I don't know. I'm assuming that when you have snow and it melts, you're going to get some moisture there.

Q. But you never -- the bumpiness on your lawn you described, you don't think any of that was attributing it



just to normal snowmelt?

A. No, no, we had that for 40 years.

Q. And just to be clear, no damage to the house would be attributable to the snowmelt in your opinion?

A. Never came close to the house, it was always in the yard, the snow.

Q. But there would be snow up against the house?

A. Oh, yes, yes, there was.

Q. And it would melt --

A. I don't recall any water accumulating there. I don't recall any water there. I was assuming in my own mind, because I never really saw any water from the snowmelt, except that I thought it would be possible that there might have been a little water when it melted, but, of course, that -- you're not talking about flooding, you're talking about a little snowmelt in your yard -- your own yard you get snowmelt, your yard gets wet.

Q. The second to last sentence of this letter of June 17, you say, "As you know my husband had written or verbally told you what conditions we had experienced in the past and what he told you previously is what I'm going by." Do you remember what you're referring to, the -- that your husband, Dick, wrote or verbally told --

A. I was not aware of a letter that he wrote and so I didn't know that when I wrote this letter. And I was