IN THE UNITED COURT OF FEDERAL CLAIMS

---

CLAYTA FORSGREN, et al.,

Plaintiffs,

vs. No. 04-1223L
Judge Margaret M. Sweeney

UNITED STATES OF AMERICA,

Defendant.

---

DEPOSITION OF TROY DEAN THOMPSON
Taken in behalf of Defendant

3:15 p.m., Tuesday
February 14, 2006

PURSUANT TO NOTICE, the deposition of TROY DEAN THOMPSON was taken in accordance with the applicable Federal Rules of Civil Procedure at the offices of Bureau of Land Management, Pinedale Field Office, 432 East Mill Street, Pinedale, Wyoming, before Kathy J. Mullivan, a Registered Professional Reporter, and a Notary Public in and for the State of Wyoming.

COPY

EXHIBIT
3
04-1223

Q. I'm sorry. Yes, before the power plant.
A. Home Finer Cleaners, a dry cleaners in Rock Springs.
Q. And basically just working back from there, any jobs you had prior to that time?
A. I went to school in Laramie until '93 and that's when I started working at the cleaners.
Q. And so how many years were you in school in Laramie?
A. Five.
Q. Okay. And where did you attend -- what was the name of the school?
A. University of Wyoming.
Q. Okay. And so did you get a Bachelor's degree?
A. Uh-huh, in business management.
Q. Okay. And --
MR. PRITCHARD: Okay. I'd like to have this marked as Exhibit 1.
(Deposition Exhibit No. 1 marked for identification.)
Q. (BY MR. PRITCHARD) Did you receive a copy of this document by Fed Ex?
A. Yes, I believe I did.
Q. Okay. If you could just take as much time as you need to look at it. On the front page, do you see



where it says you are commanded, in all caps?
A. Uh-huh.
Q. It says you are commanded to produce and permit inspection, copying the following documents, it says any documents, including, but not limited to, notes, correspondence, invoices, written estimates relating to water or ice on the Forsgren property at any time and any steps considered or taken to address them. Did you undertake a search for any documents like that?
A. All the documents that we had Karen has.
Q. Okay. So you don't have any documents --
A. I don't have the documents, no.
Q. -- that meet this description?
A. No.
Q. Okay. Could you please describe your relation to Mrs. Forsgren?
A. She's my grandmother.
Q. And when was the first time that you -- you saw their property on Pine Creek?
A. Oh, probably when I was littler than 2.
Q. Okay.
A. I've spent a lot of time out there since I was a kid.
Q. How often over the course of your life have you been out there? Just describe the frequency and the



nature of your visits.
A. In the summertime I was up there a lot, probably two or three times a month at least. I go up with them on the weekend when I was little.
Q. And roughly that was from what age, what year to what year?
A. Probably 1972, maybe before that. I mean, as far as I can remember back, there was only -- I was only 2 then, but until I was in high school, which would have been 1988, and after that it wasn't quite as frequently, because I was going to school and working in the summertime, so I didn't have a chance to go up quite as much, but I went up whenever I could.
Q. And in more recent years, how often had you had occasion to visit?
A. In the summertime come up, try to go up at least once or twice a month. Wintertime not as often because it's so cold. Try to go up at least maybe once a month in the winter, check on things and make sure things aren't froze up.
Q. Could you describe the current state of the house, how things are right now in terms of water working, power working, the general state of the condition of the house itself.
A. The water works, power works. As far as the



structural condition of the house?
Q. Uh-huh.
A. Is that what you want to know, too? It's falling down. It's falling apart. Floors are buckling and giving way that are real wavy, the floors are. The cupboard doors don't close right. The -- I believe it's the east side of the house next to the Forest Service land is coming down where the foundation has been pushed away.
Q. Okay. So you've mentioned that you've been -- you've seen the property over a long span of time?
A. Uh-huh.
Q. Going back to I believe you said you estimated around 1972?
A. (Deponent nods head.)
Q. Have you ever seen water or ice on the property?
A. Up until?
Q. At any point. Have you ever seen that?
A. I've seen ice and water on the property after about 1995.
Q. Okay. But never -- never prior to '95?
A. No.
Q. Did you ever hear your grandmother or your grandfather, Dick Forsgren, talk about problems with water prior to that time on property?
A. About the only problems I remember him talking

to me about were the land next to us had a lot of willows and just kind of -- it didn't drain real well and springtime would get a lot of water that would sit in there and it would become stagnant and start to smell bad and get a lot of mosquitos from it.
Q. When you say -- I'm sorry. Were you finished?
A. Yes.
Q. When you say the property next to theirs, do you mean the Forest Service/BLM land to the east?
A. Yes. Forest Service/BLM land, yes.
Q. Make sure I understand. You said in the spring when everything's melting and there's drainage there would be a lot of water collecting there?
A. Yeah, it wouldn't be -- standing water, you know, and get muddy and marshy in there. It would, you know, start to smell bad after a while if it didn't dry out. By the end of the summer it would usually dry out, be okay, but it was usually the springtime when it was --
Q. And just one more time, so I'm clear. Prior to '95 you never saw anything like that, any standing water or marshiness on your grandparents' property?
A. No.
Q. Okay. Do you know if there were any -- ever any ditches that were put on the property to deal with water?
A. The only one that I can even remember was right



behind -- right between the two property areas, between the Forest Service and ours. There was a very small, maybe 4 inches deep, you know, 3 or 4 inches wide, just kind of to catch anything that run off in the spring, but it was a very small ditch, didn't really even go anywhere. Just kind of went to the backside of the Forest Service land.
Q. Do you know -- did you ever see water running in that ditch?
A. No, I never did.
Q. Okay. Do you recall your grandfather ever telling you about the plan to move the dam further down Pine Creek?
A. I vaguely remember him talking about it, but not to any certain degree as far as that.
Q. So you don't remember if he expressed any concern about that, what impact that would have on his property?
A. I really don't know, no.
Q. Okay. Did he ever talk to you about concern that the ponds were going to have an impact on his property?
A. Yes, he did.
Q. Could you describe the types of conversations you had?



A. They were afraid if he was -- he was afraid that if they recharged those ponds and filled them up that we would have flooding below us, because we do sit below.
Q. Do you know if -- what the basis for his concerns were, other than the fact that the property sat below the ponds?
A. Just different people that he talked to about when the ponds were going in, and they were thinking about it, discussed with -- I couldn't tell you the names, but I remember him talking about discussing it with friends of his up here. And, you know, who they were, I don't know.
Q. Okay. Do you know if he was speaking with BLM or Forest Service or other government folks?
A. I really don't know.
Q. Okay. So you said that in your adult life and then before that when you were a child, mostly you were visiting the property on the weekends?
A. Uh-huh.
Q. Is it fair to say that this -- the Forsgrens, in general family, did use it as a weekend retreat?
A. Uh-huh.
Q. No one was ever living there? In other words, no one was ever living there --
A. No.
Q. -- full time?



A. No, huh-uh.
Q. And the whole history of the house, no one's ever lived there full time, to your knowledge.
A. No, not to my knowledge.
Q. Have you ever done any work on the house, any improvements or construction?
A. No construction. I've painted and just little upkeep for my grandparents.
Q. Anything that's sort of along structural lines?
A. No, huh-uh.
Q. Have you ever looked underneath the house for any water problems, looked in the crawl space?
A. I've been in the crawl space a few times, yes.
Q. And what was the reason for going down there?
A. We had a waterline break on us and I had to crawl underneath there and fix.
Q. And when was that?
A. Let's see. I'm -- it was -- it was probably when I was still in college the first time I did it, so I'm just going to say '90, '91.
Q. And what was the other time? You mentioned there were other times you've been in the crawl space?
A. Uh-huh. Once in a while the water just won't -- it doesn't flow properly, and since there's no insulation on that side of the house by -- where the foundation is

gone, if it gets real cold, sometimes that waterline will freeze right there and just got to go down and fix it.
Q. So other than the time you mentioned where the waterline broke, have you ever seen water down there?
A. No, never.
Q. Okay. Have you ever seen or heard of there being any water in the garage?
A. No, I have never seen it in the garage at all.
Q. Okay.
A. The only other time I've actually seen water over at the house was after like '95 or '96 when we were getting the ice on the lawn and stuff, getting the water under the house, but as far as coming like from a waterline or something, no, there wasn't any broken lines at that time.
Q. Do you have an opinion as to where the water was coming from that that you described seeing after '95, water and ice?
A. From the ponds.
Q. And what's your basis for concluding that?
A. Because after they -- we didn't have -- we had no water problems prior to that, you know. When I was a kid, there was a lot more snow than there is now, because we used to ride our snow machines from the cabin up to the lake and stuff. You know, I mean in the spring there was



never any runoff that the lawn would get wet. I mean, soaked. After this they charged the ponds up and the ground started getting soggy, it was wet all the time. When you walked on it it was like walking on a sponge. The hill coming down on us from the Forest Service land was always muddy and wet, even in the late summer and should have been dried out by then.
Q. And you never heard -- you never heard your grandfather complain about there being any water coming from that vicinity from the ponds and from the government property prior to the time you're describing now, '95?
A. Only in the springtime when the snowmelt would melt there would be a little bit of standing water. Like I said, would get kind of smelly, but no running water.
Q. And again, that water wouldn't actually come on to the property, it would be over on government property --
A. Right.
Q. -- causing the smell?
A. Right. It was kind of a shaded area, there was a lot of willows over there at the time. Before they cut them out and put subsurface drain in, it was shaded all the time.
Q. When I asked you earlier about any ditches on the property and you said you recalled there being a



shallow ditch near the boundary of the -- their -- your grandparents' property and the government property --
A. Uh-huh.
Q. -- I don't remember, did I ask you -- do you recall when you saw that ditch?
A. It was a long time ago. We used to have a woodpile that ran half of the length of the property line right there, and the only part I remember is when it came out on the other side of it -- and it wasn't very long ditch, it didn't even go all the way down to the creek -- just kind of meandered around. Like I said, it was real small and didn't even really flow anywhere, if it did have water in it, which it didn't. I don't remember ever seeing water in it.
Q. Do you know if the -- if your grandparents' property is located in an old meander of Pine Creek or an oxbow?
A. I do not know that.
Q. Would you like to estimate when you think you might have seen that shallow ditch? 10 years ago? 20 years ago?
A. I can't even -- it would have been when I was real young. I can't -- I honestly couldn't tell you.
Q. Just for the record, how old are you?
A. I'm 36.



MR. PRITCHARD: Okay. I don't have any further questions. Thank you very much.
Cross-examination?
MS. EASTMAN: I don't have any questions.
(Deposition proceedings concluded 3:37 p.m., February 14, 2006.)