IN THE UNITED COURT OF FEDERAL CLAIMS

---

CLAYTA FORSGREN, et al.,

Plaintiffs,

vs. No. 04-1223L
Judge Margaret M. Sweeney

UNITED STATES OF AMERICA,

Defendant.

---

DEPOSITION OF BARBARA ANN THOMPSON
Taken in behalf of Defendant

9:03 a.m., Wednesday
February 15, 2006

PURSUANT TO NOTICE, the deposition of BARBARA ANN THOMPSON was taken in accordance with the applicable Federal Rules of Civil Procedure at the offices of Bureau of Land Management, Pinedale Field Office, 432 East Mill Street, Pinedale, Wyoming, before Kathy J. Mullivan, a Registered Professional Reporter, and a Notary Public in and for the State of Wyoming.

COPY

EXHIBIT
tabbies
4
04-1223

A. I've had one year of college.
Q. Okay. And where was that?
A. West -- or Wyoming -- Laramie, University of Wyoming.
Q. Okay. And what year was that?
A. I graduated in '71, so it was '71, '72.
Q. Okay. And what did you study for that year?
A. Secretarial.
Q. Okay.
A. Mostly general. Just general.
Q. And for the record, could you please state your relationship to Clayta Forsgren and Dick Forsgren.
A. They're my father and mother.
Q. And it goes without saying you're familiar with their property on Pine Creek?
A. Yes.
Q. Okay. When was the first -- when was the first time you saw the property?
A. When they were purchasing it.
Q. About how old were you when they purchased the property?
A. As far as I remember, it was in the early '60s, so I was probably 9.
Q. Okay. Have you ever seen water or ice on the property?



A. Never.
Q. Never?
A. Until after the ponds moved in.
Q. Okay. So that would be '95, post '95, you've seen --
A. Right, never.
Q. Never prior to that?
A. Never.
Q. Did you ever hear your parents or anyone else talk about problems with water on the property prior to that time?
A. I did not.
Q. Okay. Are you -- do you know if there were any ditches on property prior to '95?
A. Not -- I don't know. Not that I'm aware of.
Q. Okay. And you never heard your dad talk about water in the garage or water anywhere around the property or in the house?
A. I did not --
Q. Okay.
A. -- hear him.
Q. Okay. So you've never heard or seen evidence of any measures that were taken to deal with water on the property --
A. No.



Q. -- prior to '95?
A. No.
Q. Please describe the number of times you've been -- well, tell me roughly how many times you've been to the property.
A. I want to say hundreds.
Q. Hundreds? Too many to count. Okay.
A. When I was little I went every time they did, which was every weekend in the summer.
Q. Okay. In the summer, but not other times of the year?
A. They didn't go a lot in the winter when we just had the trailer there, before they built the summer home, but after that it was year-round.
Q. Okay. And roughly when was the summer home built?
A. It was built in '72.
Q. '72?
A. The year I got married.
Q. So prior to '72 the family visited on the weekends in the summer, for the most part?
A. As far as I remember.
Q. And then after '72, you believe your parents visited and possibly you visited on the weekends year-round?



A. I know they came up every weekend.
Q. Year-round?
A. Always.
Q. After '72?
A. And I didn't come that often, but --
Q. Okay.
A. After the cabin was built, as far as I remember, they came every weekend.
Q. Okay. And after '72, how often would you say you came a year?
A. Oh, I was married in '72, several. At least four to eight times a year. Could have been more. You know, I just don't remember.
Q. Okay.
A. We came as often as we could, but it wasn't every weekend. It was several times during the summer, sometimes during the winter because we spent Christmas up here.
Q. Do you have an estimate how -- roughly how often you spent Christmas at the property, between '72 to present?
A. As far as I remember, two or three times we spent Christmas.
Q. Okay.
(Cell phone rings.)

A. Oh, I'm sorry. I didn't turn that off. Okay.
(Off-the-record discussion.)
Q. (BY MR. PRITCHARD) After '72, after the house was built, did you ever visit the property in the springtime?
A. You know, I can't remember specifically. Very possibly we did. Memorial Day weekend, is that springtime in Wyoming?
Q. May be spring for Wyoming, I don't --
A. Most Memorial Day weekends. You know, I can't remember exactly --
Q. Okay.
A. -- when.
Q. But again, you never saw excessive water or ice or water in general or ice on the property prior to '95?
A. No, I did not.
Q. A family trust was set up and -- was it -- is the property -- or the plaintiffs in this action, do they consist of a family trust?
A. Yes.
Q. And could you just identify the members of that trust?
A. My mom, Clayta Forsgren, my brother, Richard Forsgren, my sister, Terri Hager and myself, Barbara Thompson.



MR. PRITCHARD: Okay. At this time I don't have any more questions, so I'm going to pass it to Miss Eastman.
MS. EASTMAN: I don't have any questions.
Q. (BY MR. PRITCHARD) Do you have any documents that evidence the creation of the trust and identify the trustees?
A. No, I do not.
Q. Do you know where any such documents exist?
A. I imagine at the courthouse in Green River.
Q. That's Green River, Wyoming?
A. Wyoming.
Q. Where is Green River?
A. 15 miles from Rock Springs.
MR. PRITCHARD: Okay. Will we be able to get copies of the trust documents, I believe?
MRS. FORSGREN: I have a letter that my husband wrote just before he died and he said he had taken the trust to somewhere to go over it with someone and he couldn't -- he stipulates in there he could not find his trust, but I have all the papers that when the trust was being made up and the -- and it's been notarized with our names on it, but I cannot find the original trust. I'm in the process of making a trust of my own, only have one more item to get out of the trust and then there's no more



trust.
MR. PRITCHARD: They should be recorded.
MS. EASTMAN: Right, they should be recorded at the courthouse.
MR. PRITCHARD: Can you get us a copy?
MS. EASTMAN: Yeah, I can check into it. Shouldn't be a problem.
MR. PRITCHARD: That's everything I have. We're done.
(Deposition proceedings concluded 9:14 a.m., February 15, 2006.)



DEPONENT'S CERTIFICATE

I, BARBARA ANN THOMPSON, do hereby certify that I have read the foregoing transcript of my testimony consisting of 12 pages taken on February 15, 2006, and that the same is a full, true and correct record of my deposition.

______________________
BARBARA ANN THOMPSON

( ) No changes ( ) Changes attached

Subscribed and sworn to before me this ______ day of __________, 200_.

______________________
Notary Public

My commission expires: