IN THE UNITED COURT OF FEDERAL CLAIMS

---

CLAYTA FORSGREN, et al.,

Plaintiffs,

vs. No. 04-1223L
Judge Margaret M. Sweeney

UNITED STATES OF AMERICA,

Defendant.

---

DEPOSITION OF LANCE RICHARD HAGER
Taken in behalf of Defendant

9:28 a.m., Wednesday
February 15, 2006

PURSUANT TO NOTICE, the deposition of LANCE RICHARD HAGER was taken in accordance with the applicable Federal Rules of Civil Procedure at the offices of Bureau of Land Management, Pinedale Field Office, 432 East Mill Street, Pinedale, Wyoming, before Kathy J. Mullivan, a Registered Professional Reporter, and a Notary Public in and for the State of Wyoming.

COPY

EXHIBIT
tabbies
5
04-1223

APPEARANCES

For the Plaintiffs: MS. ERIN SASS EASTMAN
Attorney at Law
BUDD-FALEN LAW OFFICES, P.C.
300 East 18th Street
P. O. Box 346
Cheyenne, Wyoming 82003-0346

For the Defendant: MR. BRUCE K. TRAUBEN
MR. G. EVAN PRITCHARD
Attorneys at Law
US DEPARTMENT OF JUSTICE
601 D Street, NW
Room 3207
Washington, DC 20004

Also Present: Mrs. Clayta Forsgren

INDEX


| DEPOSITION OF LANCE RICHARD HAGER: | PAGE |
|---|---|
| Direct - Mr. Trauben | 3 |
| Cross - Ms. Eastman | 13 |
| Redirect - Mr. Trauben | 14 |




PROCEEDINGS

(Deposition proceedings commenced
9:28 a.m., February 15, 2006.)

LANCE RICHARD HAGER,

called as a witness on behalf of the Defendant, being first duly sworn, testified as follows:

DIRECT EXAMINATION

Q. (BY MR. TRAUBEN) Could you please state your full name for the record.
A. Lance Richard Hager.
Q. How do you spell your last name?
A. H-A-G-E-R.
Q. And what is your relationship to Clayta Forsgren?
A. I'm her grandson.
Q. For the record, my name is Bruce Trauben and I represent the United States. I'm co-counsel to Evan Pritchard who is counsel of record in Clayta Forsgren, et al., versus United States, which is pending in U.S. Court of Federal Claims in Washington. Are you a plaintiff in this case?
A. No.
Q. Are you represented by counsel here today?
A. No.
Q. And have you ever been deposed before?



A. Yes.
Q. I'll just go over some of the ground rules very quickly. Since you've been deposed before, somewhat familiar, you know we have a court reporter who is taking down everything that we're saying. You need to give a verbal response. And let's try not to speak at the same time. It helps her with her work.
And if you need to take a break at any time, just let us know.
A. Okay.
Q. Do you have any questions before we get started?
A. No.
Q. Do you have any papers or documents that may relate to the Forsgren property?
A. No.
Q. Did you ever undertake a search for any documents or papers that relate to the property?
A. No.
Q. And who is your mother?
A. Terri Hager.
Q. And your mother, then, is a member of the family trust?
A. Yes.
Q. She's a plaintiff?
A. Yes, uh-huh.



Q. Did you speak with your mother about this case?
A. I'm sure we talked about it. I can't think of anything specific that we've talked about, but we have talked, I'm sure.
Q. Did you speak with anyone about your deposition today?
A. I spoke with Evan and Karen and then Grandmother.
Q. What did you discuss with your grandmother?
A. Just what time to be here, where the office was at. And she had some questions about what kind of to expect in a deposition and that's about it.
Q. Did you have any conversations about the substance of your testimony here today?
A. I believe she asked me how much I came up here and that kind of thing and that's about it, if I remembered any water up here at the cabin.
Q. Do you recall specifically what was asked?
A. I think that's -- I think that was it, just, you know, how often I came up here when I was younger and if I remembered any water up here.
Q. What was your answer?
A. Well, I came up quite a bit during the wintertime to snow machine when I was in junior high and high school, and then every summer I was up here several

weekends out of the season and I never remembered any water up here on the property.
Q. Okay. We'll get back to that.
Just for the record, I'd like to find out a little bit about you and get some background information. Did you attend college?
A. Yes.
Q. And where did you attend college?
A. Western Wyoming Community College and Western States Chiropractic College.
Q. Are you a chiropractor?
A. Yes, I am.
Q. And since when have you been practicing?
A. Let's see I opened up practice in January of '96.
Q. Where do you live?
A. In Rock Springs.
Q. That's where your practice is located?
A. Yes.
Q. Other than your chiropractic practice, did you have other positions prior to that?
A. No, I've been a student all my life up to that point.
Q. What years were you in junior high and high school?



A. Let's see, I graduated in '88, so about '82, '81, '82 to '88.
Q. During that time period you came up during the winter and during the summer?
A. Yes.
Q. Were you here in the spring, March, April, May?
A. Yes.
Q. How often would you be up here during those months?
A. Usually be on the weekend and may be one weekend a month.
Q. Did your -- did the frequency of your visits change over the years?
A. Yes, when I started chiropractic college in '91, I moved away and I moved back in '96. Well, it was the end of '95 and probably the first -- until about 2001, 2002, I really didn't come up here that much.
Q. So approximately a 10-year period, '91 to 2001 you did not come up much?
A. Right.
Q. Can you estimate how frequently you came up during those years from 1991 to about 2001?
A. I would guess maybe once or twice a year.
Q. During what time of the year?
A. Usually around Christmastime and, let's see,



probably summer break, I might have -- I would come up one of those weekends, but it was usually winter and summer.
Q. Just want to focus on the time period from around 1995 to 2001. Is that okay, you know, the last half of the 1990s?
A. Okay.
Q. During your visits in the summer, during that time period, do you remember the yard being wet at all?
A. No. I should clarify, during -- from '95 to 2000 I probably came up here one time during family reunion and that was in 2000 -- would have been 2000. My ex-wife didn't like my grandparents that much and she -- she just didn't want to come up here at all.
Q. So that was what time of year? I'm sorry.
A. That would have been the summertime. Around the 4th of July I think we had our family reunion up here.
Q. In 2000?
A. In 2000.
Q. Do you remember what the condition of the property was at that time?
A. I remember the lawn was -- was not in good shape. It was -- it was sunk and a lot of the lawn was dead. And the kitchen part of the house was kind of sunk, there was cracks in the walls and that's what I remember.
Q. You don't remember the yard being wet at that



time?
A. No, I don't remember the yard being wet at that time.
Q. So let's focus on the time period prior to 1995 from around '91 to '95. I think you said you moved away, you were in college?
A. Uh-huh.
Q. Did you come up much at that time?
A. That's -- when we come home during breaks, we would go up there for a weekend, maybe twice a year.
Q. During the summer and winter?
A. Yeah.
Q. And do you remember any wetness in the yard in the first half of the 1990s?
A. No.
Q. In the 1980s, when you were in junior high and high school, you came up more often?
A. Yes.
Q. Were your grandparents here during your visits?
A. Usually.
Q. Did you ever speak with your grandfather about problems that he have complaining of at the house?
A. Other than normal maintenance, you know, problems going on, painting and upkeep, that kind of thing, nothing specific. You know, nothing else I can

think of that he complained about.
Q. Was there -- do you recall there being an issue with a dam on Pine Creek?
A. No.
Q. Do you remember any discussions in the 1980s about concerns of changes in the lake level of Fremont Lake?
A. No.
Q. The water level?
A. No.
Q. Did you ever attend any community meetings with your grandparents?
A. No.
Q. Did you ever have a chance to see any of the letters that your grandfather wrote?
A. Back then, no.
Q. But you've seen some later?
A. I've seen some just recently in the last six months or so.
Q. In connection with this lawsuit?
A. Yes.
Q. Have there been any family meetings regarding the lawsuit that you've attended?
A. No.
Q. Do you know if there have been any family



meetings with the lawsuit?
A. Not that I know of.
Q. Are you -- do you expect to testify at the trial in this case?
A. If I get called to, yes, uh-huh.
Q. Has that been discussed with you to this point?
A. No.
Q. Were you aware of any problems with the septic system at the house?
A. Any time or certain time?
Q. At any time that you can recall.
A. The only time that I've ever known it was a concern was this last year at our family reunion when I heard any talk about the septic system.
Q. Have you heard any problems with the drinking water well?
A. You know, I remember hearing something about it and grandma having a new well put in, but I don't know any of the specifics about it. I was aware that she did put a new well in, though.
Q. When you visited the property when you were in high school and junior high, do you remember seeing any ditches or trenches on the property?
A. Small ditch. Oh, it's along the -- I don't know



what -- behind the house, kind of the back of the house along the property more there.
Q. Would that be on the east side of the house?
A. I believe so, yes.
Q. Would that be about a 4-inch ditch?
A. Yeah, wouldn't be any bigger than that. It was just a small one.
Q. Do you remember what the vegetation was around the house?
A. Around the house it was all lawn, all grass, with some trees that Grandpa had put in.
Q. Were there willows around the property?
A. Not on the property. There was some next to the property.
MR. TRAUBEN: Let's go off the record for a second.
(Off-the-record discussion.)
MR. TRAUBEN: Go back on the record.
Q. (BY MR. TRAUBEN) When you visited the property, did you ever do any work around the house?
A. Yes.
Q. What kind of work?
A. Mowing the lawn, fixing sprinkler heads, sprinkling system, some painting, trimming trees, that's about it.



Q. On the sprinkler system, is that an underground system?
A. Yes, it is.
Q. Were there ever any problems with that underground system that you're aware of?
A. Not that I know of.
Q. Were you -- do you know of any incidences of pipe breaks -- pipes breaking at the property?
A. Not -- now, is there a certain time frame? Recently there have been, but back in the '80s and 90s, there was none, other than broken heads from hitting it with the lawnmower, something like that.
MR. TRAUBEN: Okay. Thank you.
MS. EASTMAN: I have a question, actually.
MR. TRAUBEN: Okay.

CROSS-EXAMINATION

Q. (BY MS. EASTMAN) The 4-inch ditch that you mentioned, how long was that ditch?
A. Let's see here, maybe 50, 75 feet long.
Q. Did you ever see any water in it?
A. No.
MS. EASTMAN: I don't have any other questions.
MR. TRAUBEN: Well, let's just follow up with that.