Larry Kirkpatrick Builder, LLC
P.O. Box 626
Pinedale, Wy 82941

December 1, 1999

Clayta Forsgren
1115 McKinley
Rock Springs, WY 82901

Dear Clayta:

Upon inspection of your house on Pine Creek in Pinedale, I found that the water and ice damage was very extensive.

Water and ice has completely destroyed the kitchen foundation on the East Side of the house.

The girder supports have been either taken down or heaved up in the main living room floor.

The ground under the living room was so wet it caused the foundation to sink.

Due to the water and ice damage, it is my judgement that the total building should be completely taken down and rebuilt from the foundation up.

If I can provide further information, please let me know.

Sincerely,

Larry Kirkpatrick

Larry Kirkpatrick, Owner
307-367-2529

EXHIBIT
tabbies
6
04-1223

RECEIVED
DEC 14 1999
505 CONROY BLDG.