Mon PM

Jack —

I again looked over the monitoring well records and noted that I'd never recorded dry wells in BLM (#2 or #3) after April, 1995. Both wells seemed to maintain a pretty stable water table at ~ 3 ft below ground surface from July '95 till Aug 1, 1997 when I stopped monitoring. I was thinking I'd read either #2 or #3 'dry' after the ponds were recharged but I was mistaken. When we installed the wells in Oct '93, the water table in #2 fluctuated from 35" below surface to >46". (dry) up to the spring of '95. The water table in #3 from 38" below the surface to >87" (dry) up till the spring of '95. The fact that water tables have remained quite steady since the summer of '95 may indicate that there may be a correlation with the filling of the ponds. I had previously judged there not to be & attributed the lower water table in '94 & early '95 to weather conditions (drought). What do you think?

Doyle

EXHIBIT
tabbies
8
04-1223