UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLAYTA FORSGREN, et al., | ) DEPOSITION OF: |
| | ) JOHN KERSHISNIK |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 04-1223 L |
| UNITED STATES OF AMERICA, | ) Judge Margaret M. Sweeney |
| | ) |
| Defendant. | ) |

BE IT REMEMBERED that on the 8th day of March, 2006, that the deposition of JOHN KERSHISNIK, produced as a witness herein at the instance of the plaintiffs herein, in the above-entitled action now pending in the above-named court, was taken before DEBRA A. DIBBLE, a Registered Professional Reporter in and for the State of Utah, commencing at the hour of 2:30 p.m. of said day, at the offices of PRUITT & GUSHEE, 48 West Market Street, Suite 300, Salt Lake City, Utah.



A P P E A R A N C E S

FOR THE PLAINTIFF:

Erin S. Eastman
Karen Budd-Falen
Attorney at Law
Budd-Falen Law Offices, LLC.
300 East 18th Street
P.O. Box 346
Cheyenne, Wyoming 82003-0346
(307) 632-5105
Main@buddfalen.com

FOR THE DEFENDANT:

G. Evan Pritchard
Attorney at Law
National Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D Street, NW
Room 3207
Washington, DC 20004

Diane M. Connolly
Deputy Regional Attorney
U.S. Department of Agriculture
Office of the General Counsel
Mountain Region
740 Simms, Suite 309
Golden, Colorado 80401
(303) 275-5555
diane.connolly@usda.gov

ALSO PRESENT:

Clayta Forsgren
Barbara Thompson



I N D E X


| JOHN KERSHISNIK: | Page |
|---|---|
| Direct Examination by MS. EASTMAN: | 5 |
| Cross Examination by MR. PRITCHARD: | 20 |
| Redirect Examination by MS. EASTMAN: | 31 |


E X H I B I T S


| Number | Description | Page |
|---|---|---|
| 1 | Plat map | 9 |

| | Page |
|---|---|
| REPORTERS CERTIFICATE: | 33 |




PROCEEDINGS

JOHN KERSHISNIK

having first been duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MS. EASTMAN:

Q. My name is Erin Eastman, and I represent plaintiff Clayta Forsgren in this case. Could you state your name and address for the record?

A. John Kershisnik, 2463 Surrey Road, Salt Lake City, Utah, 84118.

Q. And have you had your deposition taken before?

A. No.

Q. So what's going to happen today is I'm going to ask you some questions, and then Mr. Pritchard will probably have some questions for you as well. And the court reporter is going to take everything down that we say.

A few rules. If you don't understand a question I'm asking, please let me know and I'll rephrase it. And second, please refrain from non-verbal answers, as the court reporter can't take those down.

And third, if you need to take a break at

EXHIBIT 10 04-1223

some point, let us know and we can take a break.
Could you us tell us your education?
A. I have a biology degree and chemistry degree.
Q. Where are those degrees from?
A. The University of Utah.
Q. And when did you get those degrees?
A. In 1984.
Q. You got them both at the same time?
A. Yes.
Q. And what is your occupation?
A. I'm a chemist for DataChem Laboratories.
Q. And what do you do?
A. I do environmental analysis.
Q. Could you explain what that is?
A. Yes. I analyze soil, water, air samples, for heavy metals.
Q. And how long have you been with DataChem?
A. For 20 years.
Q. And prior to working for DataChem, what did you do?
A. I was in school at that time.
Q. Did you have any other jobs, maybe before school, or --
A. I've done -- I've done construction, housing



construction on and off between -- between school.
Q. And are you familiar with the Forsgren property located at 99 Riverside Drive in Pinedale?
A. Yes.
Q. And how are you familiar with it?
A. We have property adjacent to theirs.
Q. And when you say "we," who is "we?"
A. Our family.
My father, John Kershisnik, purchased the land, and I lived up there for two years during the construction of our house.
Q. And when was your house constructed?
A. 19 -- around 1975 and '76.
Q. And do you know when your father purchased the land?
A. I believe in the early '70s; possibly 1973, '74.
Q. And how do you know the Forsgren family?
A. My mother and Clayta are sisters.
Q. So you are Clayta's nephew?
A. I'm the nephew.
Q. When the house was being built in 1975, or 1976, where did you live?
A. I had a little trailer that was sitting on the property. And I lived in it until the house was



far enough, with construction, to be able to live in one of the rooms.
Q. And how old were you then?
A. I was 25. 25 and 26 then.
Q. And did you visit the Forsgren property during that time?
A. Yes.
Q. Why would you visit the Forsgren property?
A. They allowed us to do some cooking over there, and we played games in their game room, and watched TV, and took showers.
Q. And during that time period, 1975 to 1976, did you ever see water on the Forsgren property?
A. No.
Q. And after your house was built in 1976, how often did you visit that area?
A. It really varied. There were times that I would go up several times a year; sometimes in the summer, sometimes in the winter. And, you know, sometimes years would go by that I wouldn't even go up there. Just depending on how busy I was with work.
Q. And where did you live permanently?
A. In Salt Lake City.
Q. Okay.
And so you would travel from Salt Lake City



to Pinedale to visit?
A. Yes. My father was alive at that time. He spent a lot of time at the house, and I went up there frequently to help him work on things.
Q. Would you visit the Forsgren property when you visited your property?
A. Yes.
Q. How often do you think you visited the Forsgren property?
A. Probably once or twice a year. It depended on who was up there at the time.
And a lot of times we -- we would kind of -- it was kind of a -- an agreement that we would kind of, whenever we were up there, walk around each other's property, just to see if anything, you know, had happened. Somebody break in, you know, anything like that.
Q. And prior to 1995, did you ever see water on the Forsgren property?
A. No. You know, including the time that I was up there building, I was up there quite a bit, especially in the early years, during -- you know, year-round. I lived up there through the, you know, through the snow and everything. And we were out there every day. And I don't recall any, you know, any ice