COPY

UNITED STATES COURT OF FEDERAL CLAIMS

---------------------------x

CLAYTA FORSGREN, et al. :

:

Plaintiff, :

:

v. : No. 04-1223 L

:

UNITED STATES of AMERICA, :

:

Defendant. :

---------------------------x

Washington, D.C.

Friday, March 3, 2006

Deposition of

RICHARD E. FORSGREN

a Plaintiff, called for examination by counsel for Defendant pursuant to notice and agreement of counsel, beginning at approximately 5:40 p.m. at the Department of Justice, 601 D Street Northwest, Washington, D.C., before M. Bryce Hixson of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

EXHIBIT
tabbies
12
04-1223

been up there a couple of times in the '80s because I was married and my wife and I went up. And then we took the children up and that was in the '80s, you know. After I graduated from high school, I didn't really see it that much.

Q Let's focus on your visits in the 1980s. Do you recall what season of year you were there?

A Let's see. It would have been summer, uh-huh, it would have been summer and -- because, you know, it was nice. We went up in probably -- it would have in June or July. Mostly, that's -- you know, I went up once alone and then later in the '80 with my daughters -- we took our daughters when they were, you know, little girls. And so we -- yeah, it was easily in the summer, yeah, summertime.

Q To your best recollection, the last visit was in the summer of 1987?

A I'd say it was about '87. Let's

see. Oh, yeah, '87, '88, somewhere right there. I don't remember exactly the year, to be honest.

Q When you were there that last visit, were your parents there at that time also?

A Oh, my parents, yes, they were there. They were there for the first -- let's see. They were finishing out a stay at the cabin, and so when we got up there they were just going to stay one more day and then they went to Rock Springs, however we stayed another two days, my daughters and wife and I, you know.

Q At that time, that last visit, did you have a conversation with your parents regarding any water problems on the property?

A No, no, there weren't any -- there was no discussion concerning that at all. I wasn't aware of anything concerning that, I really wasn't.

Q Did you have any conversations or

do you recall having a conversation with your father about a proposal to move the dam for Fremont Lake?

A No, I didn't. I didn't. Well, actually, they were just -- you know, we didn't see them that much when we went up. You know what, we talked about a lot of things, but we didn't talk about that. And then they were gone, you know, after that one day that we had with them. ----- they spoke nothing concerning those things.

Q Outside of those visits, even perhaps telephone conversations, did you have any conversation with your father where he was concerned about the dam and a proposal to move the dam?

A You know, I didn't speak with him concerning those things. I really didn't. I don't recall anything of that nature.

Q Do you recall ever experiencing or seeing moisture in the yard around the house?

A No, no, I don't at all because I --

well, I did, you know, when I was young particularly, but even when we went up with our children, we spent a lot of time in -- out on the grounds there. And there was no water problem whatsoever. No, there wasn't because we -- in fact, I remember my daughters and my wife and I sitting out on the front meadow there, you know, right in front of the cabin and there was no indication of any water anywhere.

Q That was during the summer?

A That would have been during the summer, yeah.

Q Did you have any discussions with your parents about what are known as the CCC ponds?

A You know, we didn't. We really didn't discuss that, uh-huh. I came so infrequently that, you know, we would have mostly just discussing family things and I just don't recall ever discussing too much of any other, you know -- any different topics,