IN THE UNITED COURT OF FEDERAL CLAIMS

---

CLAYTA FORSGREN, et al.,

Plaintiffs,

vs. No. 04-1223L

Judge Margaret M. Sweeney

UNITED STATES OF AMERICA,

Defendant.

---

DEPOSITION OF DALE E. THOMPSON

Taken in behalf of Defendant

9:19 a.m., Wednesday

February 15, 2006

PURSUANT TO NOTICE, the deposition of DALE E. THOMPSON was taken in accordance with the applicable Federal Rules of Civil Procedure at the offices of Bureau of Land Management, Pinedale Field Office, 432 East Mill Street, Pinedale, Wyoming, before Kathy J. Mullivan, a Registered Professional Reporter, and a Notary Public in and for the State of Wyoming.

COPY

COPY

EXHIBIT
13
04-1223

middle of my sixth grade year until graduating high school.
Q. Did you attend any college?
A. Not enough to be notable. I didn't -- I received no degrees.
Q. Okay. Just a few classes here and there?
A. Right.
Q. Was that community college or college?
A. University of Wyoming and community college, yeah.
Q. Did you receive a subpoena from me asking you to bring any documents you may have?
A. I actually did not receive a subpoena from you.
Q. Oh, okay. Do you have any documents in your possession that relate to water problems on the property or --
A. No, I do not.
Q. Okay. So you don't have any documents that would be relevant to this action --
A. No.
Q. -- that you're aware of?
A. No.
Q. Okay. Just for the record, please state your relationship to Clayta Forsgren.
A. I'm Clayta Forsgren's son-in-law. I'm married



to her daughter, Barbara Thompson.
Q. Please tell us the first time you visited the property on Pine Creek.
A. Well, I believe the first time that I visited I was still in high school. It was actually before Barbara and I were introduced by my brother-in-law, Rick Hager, who is married to Clayta's other daughter Terri, and some of his friends and I visited the property. And this is before their cabin was constructed.
Q. So this would be in the '60s?
A. Yes.
Q. And how many times have you -- would you say you've been to the property over the years?
A. I would say probably 12 to 15 times per year.
Q. Okay. And have you ever visited a property in the winter or the springtime?
A. Yes.
Q. Have you ever seen -- how often do you think you've been there that time of year, the spring or the winter?
A. Oh, I would say, of course, more in the spring than the summer, in the fall than the winter.
Q. Have you ever seen water on the property or ice on the property?
A. No, except for the ice that was formed after the



ponds were put in.
Q. Okay. So that would be '95 -- or roughly '95 and after you've seen water and ice on the property, but not prior to '95?
A. Yes.
Q. Okay. Have you ever heard of anybody seeing ice or water on the property prior to that time period, that 1995 time period?
A. No.
Q. So you've never heard Dick Forsgren or Clayta Forsgren talk about problems with water prior to that time?
A. No, I think actually I had been up enough during the years even in the wintertime, you know, that I would notice the ice or notice damage to the property. Never recalled seeing any.
Q. Okay. You've never seen water or ice in the garage or crawl space under the house?
A. No, never.
Q. So you don't know -- or have you ever seen or heard of measures taken on the property to deal with water or ice?
A. No, not until the problem surfaced.
Q. Not until 1995 or there?
A. Right, uh-huh.



Q. Have you ever done any work on the property, including repairs to the house or construction to the -- related to the house or any yard work or anything?
A. Yard work, you know, things like that, just painting and general maintenance to the house.
Q. But never any maintenance related to water problems or --
A. No.
Q. Okay. Do you know if the house is located in a floodplain?
A. I wouldn't have any knowledge of that, no.
Q. Do you know if it's in an oxbow or meander of Pine Creek?
A. I don't know.
MR. PRITCHARD: Do you have any questions, Erin?
MS. EASTMAN: No.
(Off-the-record discussion.)
Q. (BY MR. PRITCHARD) Could you roughly give me some -- a range of years in which -- over which you've visited the property?
A. Well, Barbara and I were married in '71, I would say 1965 to present.
Q. And again, you think you estimated that you've been there maybe a dozen, 15 times?