IN THE UNITED COURT OF FEDERAL CLAIMS

-------------------------------------------------------

CLAYTA FORSGREN, et al.,

Plaintiffs,

vs. No. 04-1223L
Judge Margaret M. Sweeney

UNITED STATES OF AMERICA,

Defendant.

-------------------------------------------------------

DEPOSITION OF JACK NELSON CAIN
Taken in behalf of Defendant

3:43 p.m., Tuesday
February 14, 2006

PURSUANT TO NOTICE, the deposition of JACK NELSON CAIN was taken in accordance with the applicable Federal Rules of Civil Procedure at the offices of Bureau of Land Management, Pinedale Field Office, 432 East Mill Street, Pinedale, Wyoming, before Kathy J. Mullivan, a Registered Professional Reporter, and a Notary Public in and for the State of Wyoming.

COPY

EXHIBIT
tabbies
14
04-1223

Q. Wouldn't have anything?
A. No.
Q. All right. You did not see that before today, though?
A. I didn't read that sentence before, no.
Q. Okay. Are you currently employed?
A. I am.
Q. Where at?
A. I work -- I'm a sales manager for a company called Gamber-Johnson. They're out of Stevens Point, Wisconsin.
Q. You're a sales rep?
A. I'm a sales manager, right. Uh-huh.
Q. Manager. What kind of project?
A. Computers, computer mounting equipment.
Q. How long have you been doing that?
A. Ten years. I need to retire again.
Q. What were you doing before working with Gamber-Johnson?
A. Law enforcement. I was sheriff here in Sublette County.
Q. How many years?
A. Oh, I started with State Patrol back in '7 -- I'm going to say '77. 1977.
Q. Uh-huh.



A. I've been in law enforcement ever since. Was elected sheriff in 1987, I believe it was.
Q. And you were a sheriff for how many years?
A. 8 years, two terms.
Q. Two four-year terms?
A. Uh-huh, yes, sir.
Q. Did you run for a third term?
A. No.
Q. When you campaigned for your first time in 1987, did you have a campaign fund?
A. I did.
Q. Do you know whether or not Dick or Clayta Forsgren contributed?
A. Yes, Dick and -- Dick and Clayta did.
Q. Did they contribute to your second campaign?
A. I don't believe they did.
Q. By 1987 what was your relationship, if any, with the Forsgrens?
A. They were good friends even prior to running for office, and Dick probably was I would say my number one campaign manager.
Q. When did you first meet them?
A. Oh, probably when I was a city policeman back in '80, '81, somewhere in there. They had a dry cleaning service.



Q. Was this in Pinedale or Rock Springs?
A. All in Pinedale.
Q. In Pinedale?
A. Uh-huh. I think their cleaning service was out of Rock Springs, but, you know, they had an outlet here in Pinedale.
Q. Uh-huh. Do you recall how your paths crossed in 1980?
A. I don't understand the question.
Q. Okay. That's fair.
A. Our paths crossed many times.
Q. Did you have -- in 1980 or '81, did you first meet the Forsgrens in connection with your work?
A. No, no. It was all through the -- just friendships in this community. You know, when you're a city policeman you know everybody, and they had a -- a cleaning service for folks, for laundry.
Q. And around the time that you first met in 1980, '81 time period, had you visited their property?
A. No. I wouldn't say then, no.
Q. Do you know about when you first visited their property?
A. It was when I went to Dick for help, probably in '85. Probably about a year and a half before elections.
Q. What prompted you to seek Dick's help?



A. Dick was always a politician and he -- he was involved in many things throughout the Pinedale, Rock Springs area, and I just -- it was all new to me, politics, so I thought I'd get a man who knew about it. And he agreed to help me, you know, run for sheriff and thought it was a good idea.
Q. Just so we're clear on the record, when we talk about the Forsgren property, we're talking about the property that's located at 99 Riverside Drive; is that --
A. Okay. That's on Pole Creek, not Pole Creek, but Pine Creek up here.
Q. Correct.
A. Okay. I didn't know they had any other property.
Q. After going up there in 1985 seeking Dick Forsgren's help with your campaign, how often did you visit the property?
A. Probably at least once a weekend.
Q. And over what span of time?
A. Probably from '85 all the way through my first term of office. I'm not sure. That would be '85 through '87, '91, at least. Maybe a little longer.
Q. Let's focus on that time period, 1985 --
A. Okay.
Q. -- to 1991. When you went to visit the property

10

during that time, did you observe any standing water on their property?
A. No, I didn't.
Q. And would you have walked on the yard to see -- and have experienced whether or not the yard was soggy or damp -- dry at that time?
A. Yeah, Dick and I sat out by the Pine Creek many times discussing politics and just, you know, going over a course of action for running for sheriff, and when I was sheriff, you know, making some decisions, you know, in the office of sheriff. So we discussed many things out there by the creek, sitting there.
Q. And that was adjacent to the property?
A. Well, the house sat back from the creek, you know. We sat there at the house many times, but also went out by the creek and they had some big rocks and things, we just walked around the yard a lot and discussed things.
Q. Do you ever remember at that time that the ground was wet or soggy?
A. I can't remember, sir. I don't -- you know, the only thing I remember is the -- is Dick and talking with him and that. I don't ever remember, you know, having put boots on, I guess you would say.
Q. During that time period, from 1985 to 1991, did you have any discussions with Mr. Forsgren about proposed

11

modifications to the dam on Pine Creek that -- I believe that's behind where the Fremont Lake is located?
A. In my recollection, I don't ever remember talking about the dam with Dick on that, no.
Q. During that time were there any meetings about modifications to the dam in the community?
A. When was the dam built? The only thing I can really recollect about the dam was that California wanted to come in and put the dam in. Pinedale at that time said no, we want to control our own destiny and put the dam in. What years those were, I don't remember. I do remember those facts.
Q. Was that in the 1980s?
A. I don't even remember. If I knew what year the dam was built, it was probably the year prior to that. I know when I was the city policeman prior to 1985 I sat through a couple town council meetings discussing that, but that's the only things that I can remember.
Q. And what -- you can't give us a decade, perhaps, relating to those council meetings?
A. Do what now, sir?
Q. That was not a good question. You said you had attended council meetings?
A. Yes, as a city police officer, the chief would be gone out of town or something and he'd say, Jack,

12

please go sit and answer any questions for the town council, so I would sit through the town council meetings and that's the only thing I can remember about the dam, is California wanting to build it and we wanting to control our own destiny.
Q. When you say California, is that a California company?
A. I think it was the state of California, at least in my recollection, but, you know, it's been many, many years. I'd really have to go back and read articles and find out, but California had once wanted to come into Pinedale, because the Green flows to the Colorado and the Colorado to California, so they wanted to come in and get the water rights. If they were to put the dam in there, then they would have those water rights. That was my recollection.
Q. Was this a time when you were on the city police force?
A. Uh-huh. That would probably be about '80 to '85.
Q. So these council meetings relating to the dam would have been during that time frame?
A. Uh-huh.
Q. Is that a yes?
A. Yes, sir. Yes, sir.

13

Q. Did Mr. Forsgren speak at any of these council meetings relating to the dam?
A. Not that I was at, no, sir.
Q. So from the time of your second term, 1991, roughly, through, what, 1995?
A. Yes.
Q. Did you visit the Forsgren property during your second term?
A. Yes.
Q. About how often?
A. Once I made that second term and I wasn't going to run -- I knew I wasn't going to run for the third term, probably didn't go up there every weekend, but I was very familiar with Dick and Clayta. At least seen them once a month, let's put it that way.
Q. And you'd visit the Forsgrens at their house --
A. Yes.
Q. -- during that time?
A. Yes, he had a good popcorn machine.
Q. During your second term, that time frame of '91 to '95, do you recall seeing any standing water on their property?
A. No, sir.
Q. Did you see any flowing water on their property?
A. No, sir.

Q. Did you --
A. Well, you know, you got spring, you know, the snow runoff, any yard's going to be a little moist, but I don't remember any -- putting my boots on for anything.
Q. Do you remember experiencing soggy ground during the spring up there?
A. No, huh-uh. I still remember going out by the creek and talking with Dick and --
Q. Did there ever come a time when you visited the Forsgren property and observed standing water on the land?
A. No, I don't remember any time seeing standing water or running water on the property.
Q. Did you ever have a conversation with Mr. Forsgren about water problems at their property?
A. No.
Q. Are you familiar with this lawsuit that brought us all here today?
A. No, I'm not really.
Q. Had you had any conversations with anyone other than Mr. Forsgren regarding water problems at their property?
A. I've never had any, except for when -- what, 23 years ago, Clayta had mentioned something to me about it. I don't remember exactly what she said. She said that there was some problems with the water coming onto the



property.
Q. Had anyone contacted you about being a witness in this lawsuit?
A. No, huh-uh, that I can remember. And I say two, three years ago with Clayta, it might have been 10 years ago. It was before I had this job, I think, that she had talked to me. I just don't remember.
Q. When you were in law enforcement in this area, either a sheriff or even before that, did you patrol the area on a regular basis?
A. The state patrol I patrolled the area. The city police, I had to stay in town. As the sheriff, then I had deputies that did it and I usually stayed around town or went on calls if there was, you know, if I needed to go.
Q. In any of your patrols did you go up to Riverside Drive and patrol that area?
A. I didn't. My deputies did when I was sheriff, and that, but I never went up there and patrolled them, no.
Q. Have you ever heard of any reports of flood, anything in that area up there?
A. It would all be in the computer, if it was. I don't -- I don't remember -- even remember the sheets coming through the sheriff's office that way.
Q. Okay.



A. But, you know, there could be on record there in the computer. I know when I first got into sheriff I brought the computer online, so there's a possibility there could be a report from either Clayta or some of the other residents there.
Q. You don't have any recollection?
A. I don't have any recollection.
MR. TRAUBEN: Okay. I have no further questions at this time. Erin may have some questions for you.
THE DEPONENT: Okay.
MR. TRAUBEN: And I may jump back in and ask a few more after that.
THE DEPONENT: My day's yours, what's left of it.
MS. EASTMAN: I have just a couple quick questions.

CROSS-EXAMINATION

Q. (BY MS. EASTMAN) When you visited the property in approximately '85 through '95, what was the condition of the property?
A. Trees, grass, water, just a beautiful yard.
Q. When you say water --
A. In the creek.
Q. Okay. Okay. And were you inside the house?



A. I went in the house many times, yes.
Q. And what was the condition of the house?
A. Clayta kept a clean house. It was beautiful. You know, I don't -- I don't remember, except the popcorn machine.
Q. Do you remember there being any damage to the house?
A. No, huh-uh.
MS. EASTMAN: I don't have any further questions.
MR. TRAUBEN: Great. That's it. Thank you.
(Deposition proceedings concluded 4:04 p.m., February 14, 2006.)