UNITED STATES COURT OF FEDERAL CLAIMS

```
---------------------------x
CLAYTA FORSGREN, et al.    :
                           :
        Plaintiff,         :
                           :
      v.                   : No. 04-1223 L
                           :
UNITED STATES of AMERICA,  :
                           :
        Defendant.         :
---------------------------x
```

Washington, D.C.

Friday, March 3, 2006

Deposition of

JERRY E. TULLY

a witness, called for examination by counsel for Plaintiffs pursuant to notice and agreement of counsel, beginning at approximately 3:00 p.m. at the Department of Justice, 601 D Street Northwest, Washington, D.C., before M. Bryce Hixson of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

EXHIBIT
tabbies
15
04-1223

**Q How long did you live in Pinedale?**
A 13 years.
**Q When did you move away from Pinedale?**
A That would have been in last December.
**Q Is that December of 2005?**
A Yes, ma'am.
**Q How did you meet the Forsgrens?**
A I met the Forsgrens when we were introduced to the Forsgrens by some mutual friends, George and Sheila Palmer.
**Q When was that?**
A I don't know. I can say roughly, I would think it was probably in the first year that we lived there.
**Q So sometime in '92?**
A In '93, I would believe.
**Q Are you familiar with the Forsgren property located at 99 Riverside Drive in Pinedale?**
A Yes.



**Q How are you familiar with that property?**
A Well, we spent quite a lot of time there visiting with the Forsgrens, having dinners and playing cards and playing horseshoes and whatnot on the property.
**Q When you say, "we," who are you referring to?**
A My wife and I.
**Q How often did you visit the Forsgren property?**
A Quite often. I would say, oh, probably four or five times a month anyway, or more.
**Q Would you say you that you visited four or five times a month the entire time you lived in Pinedale?**
A No. No, we lessened our visits after Dick Forsgren was deceased. But I still spent quite a bit of time there.
**Q How much time would you say you spent there after Mr. Forsgren passed away?**



A Well I was there more or less on a daily or -- for my weekly occasions there, because I was very interested in the goings on with the flooding of the property.
**Q Prior to refilling the CCC ponds, when you visited the Forsgren properties, what was the property like?**
MR. TRAUBEN: Objection. I don't think we know when the ponds were filled.
BY MS. EASTMAN:
**Q Could you tell us when the CCC ponds were filled?**
A They were filled, I believe, in early 1995.
**Q Prior to early 1995, when you visited the Forsgren property, what was the property like?**
A It was beautiful, exceptionally beautiful piece of property.
**Q Did you ever see water on the property at that time?**
MR. TRAUBEN: Objection.



MS. EASTMAN: Objection to what?
MR. TRAUBEN: Just I think it was vague. But you can go on. At what time?
BY MS. EASTMAN:
**Q Prior to 1995, did you ever see water on the Forsgren property?**
A No.
**Q Did you go into the Forsgren house prior to 1995?**
A Yes.
**Q What was their house like?**
A It was a very comfortable, rather old-fashioned type of a house with good, nice furnishings.
**Q Prior to 1995, did you ever visit the CCC ponds area?**
A Yes.
**Q When did you visit that area?**
A I would say it was shortly after our first, or maybe even during our first visit to the Forsgrens which would have been in '93.

**Q What did you see when you visited the CCC ponds area in '93?**
A There was nothing there that I can recall that was specific interest to me.
**Q Do you remember if there was water in the pond?**
A I believe there was a little swampy area in there, but there was no -- the pond was not filled; there was no bulk water in there.
**Q When you visited the Forsgren property prior to 1995, can you describe what their yard looked like?**
A It was grass, there was lawn, very well maintained with a sprinkler system and it was interspersed with evergreen trees and also birch trees. It adjoined Pine Creek, a sizable stream was right at the edge of the property there. Their property, I believe, included part of the stream.
**Q Do you know if the Forsgrens lived in that house that's located on that**



**property?**
A Do I know if they lived there, is that what the question?
**Q Yes.**
A Oh sure, I did.
**Q Did they live there?**
A Yes, ma'am.
**Q Did they live there permanently?**
A No. They were there a good deal of the time, but their main residence was in Rock Springs.
**Q Do you know how often they were there?**
A They were there virtually every weekend for several years and it was in the summertime, and in the winter time not as much.
**Q Do you know if the house was ever uninhabitable before 1995?**
A No.
**Q Is it that you don't know or that "No, it was not uninhabitable"?**



A No, it wasn't uninhabitable.
**Q Have you visited the CCC ponds area after 1995?**
A Yes.
**Q Do you know when?**
A Oh, I was there shortly after the ponds were filled up, and I observed the ponds and then I spent time there subsequent to that, fishing -- trout fishing on the pond.
**Q How many times would you say you've gone fishing there?**
A I would say probably eight or ten times, maybe more.
**Q What did the ponds look like after 1995?**
A Well, they were full. And it's just -- they were just ---- with a lake, with any kind of a lake. The lake was surrounded by trees.
MR. TRAUBEN: Objection to the answer that they were full.



BY MS. EASTMAN:
**Q Could you explain what you mean by, "The ponds were full"?**
A The ponds were either at or near capacity where they were overflowing into the drain construction there.
MR. TRAUBEN: Objection.
BY MS. EASTMAN:
**Q How were the ponds overflowing?**
A They would -- well, it would overflow the drain; there was a vertical drain next to the dam structure there which took the -- took the excess water off of the lake down into a draw down below that -- canal, a little -- small canal went down and over to the Pine Creek.
**Q When did you hear about the CCC ponds project?**
A I observed the first indications -- were in the newspaper, the local newspaper where they were starting to talk about it -- land for it.

**you mean?**

A The flooding and damage to the property, and let me call that -- recall that. There was no mention of remedial problems to the property, it was to the flooding.

**Q When was the second meeting you attended?**

A Well, I don't know -- that would have been in the early spring of '99 when the -- all those governmental agencies involved, they met at the Forsgren's property at which time I was present to study and arrive at a solution to the ground and surface water problems, and Mrs. Forsgren was assured that there certainly was a water problem and that a proper drainage system to intercept the CCC pond water would be constructed as soon as survey work was complete and they had a few nice days. A survey did take place shortly thereafter, but no further action was forthcoming. And then



query to Bennett, who was the SCS man, brought the reply that a hold was in place for further development in that she -- that he might be better served if she agreed to pay a portion of the proposed construction.

As the spring thaw progressed, obvious signs of structural damage to the house kitchen area began to show, including wall-to-wall ceiling cracks, the cabinet doors pulling away from the sink, the sink from the wall, and the sliding glass doors, sticking windows, cracking noises throughout the house.

**Q You observed those damages?**

A Yes.

MR. TRAUBEN: I just have an objection that the witness is just merely reading these notes and not responding to the question.

BY MS. EASTMAN:

**Q At the February 12, 1999, meeting, you said that there was a promise to remedy**



**the flooding?**

A Yes.

**Q Could you explain what "remedy the flooding" means?**

A To intercept the water by means of a drain ditch.

**Q Was that drain ditch installed?**

A Some time later, yes, it was eventually constructed, which did take care of the problem.

**Q Let's go to the third meeting you attended. When was that?**

A Let's see. That would have been on 6/25/99. Yeah, on June 25, '99, the Forsgren's property.

**Q Who was present at that meeting?**

A That was Pearl Mitchem, he was the head of the BLM office, and Darrell Bennett, the SCS man, soil conservation man, and Bob Reese of the Forest Service, a man in charge of the local office, and Harper, another SCS man, and Mrs. Forsgren, and Jerry and Elaine



Tully.

**Q What happened at that meeting?**

A They discussed the estimates on the costs involving drain construction, and it made it very clear that BLM and other governmental agencies would not assume the responsibilities or any liability regarding flooding from the CCC ponds, and Mrs. Forsgren was advised to share the cost of the drain construction, $1500. She was also told that she wouldn't be responsible for all the maintenance costs for the structure, and she was finally asked to sign a document releasing all involved properties from all liability arising from any future water problems attributed, or which might be attributed to the CCC ponds.

**Q Could you explain to me what that document releasing all involved parties from liability was?**

MR. TRAUBEN: Objection.

MS. EASTMAN: You can go ahead and

**constructed?**

A Yes, that was constructed in the latter part of '99, or let's see, should have been '99, yeah.

**Q Were you present when that ditch was constructed?**

A Yes, I was. I was present through the whole process there.

**Q What did you see?**

A The thing that impressed me most was that when they started digging that ditch with the backhoe, they started the initial digging from -- at the point where it would enter the Pine Creek, the stream. And as the progress -- progressing, when the work progressed there, in the matter of a few feet maybe 20 -- 20 or 30 feet from the Pine Creek end of the ditch, water just poured into the ditch from both sides of the walls, walls of the ditch. And the water that was visible at the foundation of the property there where the sump pump was, it immediately started to



decrease, and by the time the ditch was maybe 50 feet in length the water was gone. It had just -- the water that was at the surface of the ground was gone and also the depth of the water in the old well, in the old well casing decreased markedly. I'm talking about in a matter of an hour or two. It was pretty obvious that the ditch was taking the ground water away.

**Q You said the water at the surface of the ground was gone?**

A Yes.

**Q What water is that?**

A That was the water under the Forsgren's house and on the ground around the house, particularly between the house and the ditch.

**Q You said within a matter of hours the water was gone, and that's correct?**

A Yes, it took -- to dig the first portion of that ditch with the backhoe, it went fairly fast. And I would say from the



time that the initial ditch was -- starting construction of the ditch, within an hour that water started to recede, and within minutes it was gone. It just poured into the ditch.

**Q How much water was in the ditch?**

A Well, I don't know. I don't know how much water was in there, but it was very obvious that it was just pouring in from both sides of the ditch, from the Forest Service side and the Forsgren side.

**Q Could you give any sort of an estimate on the amount of water in the ditch?**

A I'd say it had to be several inches deep on the bottom side of the ditch. Just how much gallon-wise or volume-wise, I couldn't tell you. But it was certainly obvious, very apparent, rushing water.

**Q Was the sump pump still being used at that time?**

A It was at that time, but I've -- I disconnected it when the water went away. I



disconnected it at that time, at the time the ditch was being dug.

**Q Could you look at Exhibit 2?**

A Exhibit 2, okay.

**Q Could you tell me what this is?**

A Hang on a minute, I've got to put it down.

MR. TRAUBEN: Erin, while Mr. Tully's looking at Exhibit 2, I just want to ask if there is a point when conveniently we may take a break?

MS. EASTMAN: Maybe before we start talking about Exhibit 2 might be best.

MR. TRAUBEN: Like around now.

MS. EASTMAN: Yes.

MR. TRAUBEN: If that's all right with Mr. Tully.

THE WITNESS: I'm back on the phone. I had to put the phone down.

MR. TRAUBEN: We were discussing taking a short break. Is that okay with you, Mr. Tully?

exactly what her point was.

**Q That's fine. You don't need to speculate. I'm going to take a moment to just go through my notes and see what additional questions I may have. It will just take a minute.**

A Okay.

**Q You'll here me flipping through some pages. It won't take very long.**

A All right.

**Q Were you aware of there being any other drains or ditches on the Forsgren property prior to 1996?**

A Only thing I know of was that there -- the little ditch was dug there on -- as a result of Darrell Bennett's examination there and his proposal. There was a little shallow -- very shallow ditch right on the property line, and I assumed it was there to take care of any rainwater or, you know, or snow runoff, but I never saw any water in it of any consequence.



**Q Had that filled in over the years?**

A Yes. I would say it had. It was a very -- wasn't noticeable at all, you know. You had this -- believe that there was a little ditch there at one time, but I don't recall ever seeing any water of any consequence in there other than maybe after a good rain or a spring runoff. And it was of little consequence. That little ditch that Darrell had dug or that Carl Winters had dug there, that drained quite a lot of water. That was water that was allegedly coming from the ponds, you know, after the ponds were built.

**Q Right, and I would object and move to strike that comment. But those are all the questions I have.**

A Okay.

FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

BY MS. EASTMAN:

**Q I have just a couple follow-up**



**questions. Mr. Trauben was asking you about the time that you visited the CCC ponds area in the summer of '93.**

A Yes.

**Q You referred to what you called the big pond and he asked you if that was the southernmost pond.**

A Yes.

**Q Is that the pond that now has the overflow drains?**

A Yes.

**Q When you visited the Forsgren property in approximately '92 to '95, you mentioned that you played horseshoes.**

A Yes.

**Q Did you do any other activities on the yard?**

A No. Other than just lay around and drank a little beer.

**Q Where did you play the horseshoes?**

A That was on the side of the yard that was closest to the river, closest to



Pine Creek, and the horseshoe arrangement there were parallel to the river.

**Q So you had to walk across most of the yard to get to the horseshoe pitch?**

A Yes.

**Q Mr. Trauben was asking you about the stick that you used to monitor the wells.**

A Yes.

**Q Did you use the same stick every time?**

A On each well, I had a stick that I put away by each well that I used each time I measured the water, yes. I didn't use the same stick for all three wells.

**Q You had one stick that you kept at each well.**

A Yes.

**Q And you used that same stick every time you monitored that well?**

A Yes.

MS. EASTMAN: I don't have any other questions.