UNITED STATES COURT OF FEDERAL CLAIMS

---

CLAYTA FORSGREN, et al.,

Plaintiffs,

vs. Case No. 04-1223 L

UNITED STATES OF AMERICA,

Defendant.

---

DEPOSITION OF GREGORY L. HAGER
Taken in behalf of Defendant

2:07 p.m., Tuesday
February 21, 2006

PURSUANT TO NOTICE, the deposition of GREGORY L. HAGER was taken in accordance with the applicable Federal Rules of Civil Procedure at the U.S. Attorney's Office, 100 East B Street, Suite 2211, Casper, Wyoming, before Randy A. Hatlestad, a Registered Merit Reporter and a Notary Public of the State of Wyoming.

COPY

EXHIBIT
tabbies
16
04-1223

And I don't recall what the occasion was. Oh, yes. I was back there just this last summer and spent some time there with -- I was up in Pinedale for the Pinedale Blues Festival and had some friends that met me there, and we spent the night and left the next morning.
Q. And what time of year was that?
A. That was July or August.
Q. And you said the times your wife mentioned. That would be Fourth of July 2003, is one?
A. Right. And the Fourth of July 2005, I guess.
Q. On any of those visits, was there any water on the property?
A. Over the summer visits, there was no water on the property at that time that I recall.
Q. Did you ever inspect the crawl space of the house?
A. I did not climb under the crawl space, no. I've been under it over the years to replace water filters so they're designed to the piping under the house. I did, however, look. Somebody had been there and pulled the paneling off the back side that I said was pushed in from ice damage or whatever pushed it in. But they had that off, and I was able to see under there and see some crumbling, a cinder block and that kind of thing.



Q. And when you say paneling, you mean paneling on the east side of the house, on the kitchen side of the house?
A. Yes.
Q. Down at the ground level?
A. Yes, at the bottom. It's like a T1-11 siding. But now that you mention paneling, there's also -- from some of the shifting, it's ripped the nails off. Some of the stuff is peeling off. And that would be kind of on the south, north, maybe to the east side of the kitchen. There's kind of a short wall there where the pantry is. That paneling has shifted enough that it's pulled the nail holes right through it.
Q. And roughly, which years did you see this type of damage?
A. That was this last summer that I most closely recall that I looked at it. I had more opportunity. We were there for some time and looked it over closely, trying to think how this could be fixed, that kind of thing.
Q. You mentioned times when you were down in the crawl space of the house to repair pipes?
A. Uh-huh.
Q. When you were down there, was it ever wet?
A. Well, I didn't go to repair piping. I went



there to change filters, water filters. But, no. It was not a place you would hang around unless you had to be down there, because it's dark and cold and not very high. There's some areas that if you try to get to, your face would be close to the floor. That's why they saved it for the son-in-law to go down and change the filters.
Q. But again, you don't remember it being wet down there the times you were down there?
A. No, not at all.
Q. And what time of year do you think you would have been down there changing water filters?
A. Oh, I've been down there -- we used to go there a lot. We used to go there in -- in the years after they first built the cabin, we skied frequently on weekends. And I went there -- would go under there periodically to change filters. Because being on a well, the filters would need to be changed fairly frequently.
Q. And from what year to what year do you think you would have been doing this?
A. Well, this is speculation, but it's my best recollection. The cabin was built in the early '70s, '72, '73, '74 time frame. It was in multiple stages. And so it would have been probably '75 through the time that we left Rock Springs. Left there in late '96.
Q. Do you know of any measures that were taken by



the Forsgrens or anyone else to deal with water problems on the property?
A. Well, I can tell you of a conversation or more -- more than one conversation I had with Terri's dad. And he would consult with me over issues. I'm not sure he ever took any advice, but he would ask. And I know he was -- from discussions I had with him -- and I don't remember a lot of specifics, other than he expressed a lot of concern with refilling or filling these ponds that were up behind the house. And we're familiar with the area because we walked up there. We'd view wildlife and take the kids up there. And there was actually some fishing ponds farther up.
And he expressed a lot of concern and would talk about dealings that he was having with whatever -- I mean, he talked about going to meetings and trying to get something done about it, because he was concerned that it would damage the property.
Q. Did he ever say anything to you to indicate that he had problems on the property that predated the work on the ponds?
A. No.
Q. So he wasn't concerned that the ponds would exacerbate any existing problem? He was just concerned about the potential future problems?