UNITED STATES COURT OF FEDERAL CLAIMS

---

CLAYTA FORSGREN, et al.,

Plaintiffs,

vs. Case No. 04-1223 L

UNITED STATES OF AMERICA,

Defendant.

---

DEPOSITION OF P. STANLEY MITCHEM
Taken in behalf of Plaintiffs

10:03 a.m., Tuesday
February 21, 2006

PURSUANT TO NOTICE, the deposition of P. STANLEY MITCHEM was taken in accordance with the applicable Federal Rules of Civil Procedure at the U.S. Attorney's Office, 100 East B Street, Suite 2211, Casper, Wyoming, before Randy A. Hatlestad, a Registered Merit Reporter and a Notary Public of the State of Wyoming.

COPY

EXHIBIT
17
04-1223

wells near Dick Forsgren's property." Do you know if they're referring to you in that sentence?
A. I was the SCS state geologist.
Q. The third sentence in that paragraph says, "The water table is shallower than expected." Is that correct?
A. That's not my statement.
Q. Do you agree with that statement?
A. No.
Q. Why not?
A. In the position that that -- the house and lawn, I would have expected a very shallow water table, especially after seeing the wetness in the crawl space.
Q. The next sentence says, "A drain location was recommended that could help the water problem." Did you recommend a drain location?
A. We talked about it at that time. I'm not sure there was any formal recommendations made.
Q. And when you say, "We talked about it," who is "we"?
A. Daryle and I.
Q. What did you discuss?
A. As I say in my report of '95, that the normal way we would address a problem like that was to install a subsurface interceptor drain to catch the water before it



reached the Forsgren property. However, that was on the BLM land. And my recollection is that the BLM would not .want to do that there. So we talked about possibly cleaning out the existing ditch and just using an open surface drain there.
Q. And what existing ditch are you referring to?
A. Well, there is an existing ditch along the -- what is it? -- the east edge of their property adjacent to the BLM and Forest Service land that flowed to the north into Pine Creek.
Q. And do you know if this was on the Forest Service property or the Forsgren property?
A. I believe it was on the Forsgren property to begin with. And as it went to the north, then it turned and went around through the Forest Service land to Pine Creek itself.
Q. And what do you base your belief that it was on the Forsgren property on?
A. It was on the west side of the buck and rail fence that was there, which they said was their property line.
Q. And did you say that that ditch was filled in?
A. It was partially covered with planks, as some of the photos there showed. And as it went to the north, then it was open. But it was partially filled, yes.



Q. Was there water in it?
A. Yes, there was.
Q. How much?
A. I don't remember what my note said. It's in one of the reports, I believe, about what it was flowing.
Q. So these statements at the meeting, you did not make these statements?
A. I wasn't at the meeting.
Q. And you didn't -- you didn't prepare a written report that somebody was reading your statements?
A. No, I had no written report.
Q. Did you have any involvement in the CCC ponds project?
A. Very little.
Q. What was your involvement?
A. I went out there, I believe it was after the original construction, and just reviewed some of the construction at that time. I don't remember the specifics of that. I don't believe I ever wrote any report on that one, either.
Q. Do you remember why you were reviewing it?
A. No, I don't.
Q. Do you know what the construction refers to?
A. I was not involved in any of the design or the construction. I do not know.



Q. So you don't know how the ponds were changed or --
A. No.
Q. Did you ever discuss the CCC ponds project with either Daryle Bennett or Kirk Hoover?
A. Well, just from the standpoint that the Forsgrens thought that those ponds were going to increase their problems. I can't remember anything else we might have talked about with them.
Q. Did you ever review the environmental assessment for the CCC ponds?
A. No.
Q. Did you participate in preparing a topographic map of the CCC ponds?
A. No.
Q. After the monitoring wells were put in in 1993, did you ever monitor the wells?
A. I don't believe so. Daryle did all the notes on those. I believe he was the only one that ever did. I may have checked them when I went back, but I'm not positive.
MR. PRITCHARD: Just to clarify, that's Daryle Bennett?
THE DEPONENT: Daryle Bennett, yes.
Q. (BY MS. EASTMAN) After 1993, when was the next