Minutes of CCC Pond Meetin
December 11,1995
BLM Cnference room

Jack Doyle brought meeting to order at 10:00 a.m

Present at meeting:

| | |
|---|---|
| Jack Doyle - SCCD | Rose Skinner - Town of Pinedale |
| Jane Gay - SCCD | Bob McCarty- BLM |
| Kirk Hoover - NRCS | Jim Keller - USFS |
| Dave Vesterby - BLM | Daryle Bennett - NRCS |
| Dan Stroud - WG&F | Elaine Ullery - School District #1 |
| Sara Stewart - PMS Middle School | Amanda Lincoln - PMS Middle School |

Minutes from the last meeting were reviewed and accepted.

Treasurer Report: Jack Doyle

| | | |
|---|---|---|
| Bills Paid: | Burley (roadwork) | $29,695.00 |
| | Darrell Walker (seed) | $ 207.02 |

| | |
|---|---|
| Checkbook Balance | $ 8,426.06 |
| RC&D funding | $11,000.00 |
| Revised Balance | $19,426.06 |

Noted that there is a possibility for $10,000.00 from the BLM. Funding fr the rec board may not happen.

School News
Elaine Ullery, Sara stewart and Amanda Lincoln gave a short presentation of the students work on the CCC Ponds. The results from the water quality testing were given out to the pond board (see attached). All of the CCC Pond information is available at the school along with a video of the project. Elaine stated that the information will be on display during the month of February. Daryle Bennett suggested that after the next meeting w should all go and visit the display, all agreed.

Elaine Ullery also told of a grant that she had written asking for $22,000.00. She was awarded $12,000.00 which she is giving to the CCC Pon project for the paving of the trail.

Seeding: Daryle Bennett, seeding took place on 10-19 with just under 2 acres and the face of the dam being done. Bob, Jim, Bill C, Toby T, Daryl and Vo-Ag students were on hand to complete the planting.

Forsgren drain:Dick Forsgren(not present) Stan Mitchum (Casper) investigated area for problems that might be causing the water problems o the property. Airial photos show that the house is sitting on fill in an old ox-bow of Pine Creek. Other possible problems are CCC Poonds, changes in Fremont Lake Dam, the bedding used for the city water line.
Recommended: Build a shallow open ditch approx 185 ft long which will dra water back into Pine Creek.Daryle noted that Dick will probably ask for financial help from the CCC Board. Doyle felt that financial support shou be offered, as long as NRCS does the engineering and the board is given a permanant easement for doing the work. All agreed to these stipulations. $1000.00 will be given for the Forsgren drain with possible starting time in spring. Kirk Hoover will draw up the ditch plans.

EXHIBIT
18
04-1223

00087

Construction
Kiosk: $1500.00 estimate. It was suggested that wood facing be put on th support beams, Doyle also suggested that we put large rocks in front of kiosk for people to sit on while reading the sign.

Toilets Installation costs should be in the low $20's for a one seater a & $28 to $30 for a two seater. It has ben found cheaper to do the two seater. Jim Keller noted that at the next meeting the board should look the prices and make a decision.

Jane Gay will bring information on handicap access to next meting..

Jack Doyle stated that there will be a $5,000.00 deficit on completing t project, and we need to start pushing for more grant monies.

Next meting- February 22nd same place.