CCC POND PROJECT
January 16, 1997

MINUTES

The meeting was brought to order at 10:15 a.m. in the BLM conference room.

Present: Jim Keller, USFS
Dave Vesterby, BLM
Hilda Sexauer, WGF
Daryle Bennett, NRCS
Darrell Walker, SCCD
Sherie Grattan, SCCD
Bob McCarty, BLM

1. Minutes: The November 21, 1996, minutes were reviewed and approved.

2. Financial Report: The balance in the account is $6780.17. The $6000 grant from FFF has not been received.

3. Grants: $10,000 from BLM; an additional $10,000 from BLM; $6000 from Federation of Fly Fishers (the $6000 from FFF plus $4000 from the CCC Pond account is needed in order to receive the additional $10,000 from the BLM).

4. Trails: Jim Keller reported on the hard surface trail to the furthest fishing platform. The Forest Service will provide the engineering contract specs this spring.

5. O&M: It was agreed that the O&M needs to be expanded to include the trails, cleaning & pumping toilets, liter, law enforcement patrol, fire protection, fish stocking, and the kiosk signage. A sub-committee was organized with representation from the BLM, FS, and SCCD to work on a new O&M. The committee will meet 1/23/97 in the FS conference room at 10 a.m.

6. Signs: At a previous meeting Cindy Stein, FS, had committed to having the regulatory and directional signs made. Both the BLM and the FS have kiosks that they would donate. Jim Keller will get pictures of the FS and BLM's kiosks for the next meeting so the committee can decide on a style. Recommendation was made to look into the possibility of including kiosk installation with the trail contract or a sub-contract.

7. Other: Daryle Bennett reported that the Tor's area drain ditch ~~fishing pond~~ outlet pipe was frozen. Hilda Sexauer reported that Wy Game & Fish will stock 3000 Rainbows in 1997, and 1500 in 1998.

The meeting was adjourned at 11:50 a.m.

The next meeting is scheduled from Tuesday, March 25th, 10 a.m. in the Forest Service conference room

EXHIBIT
19
04-1223

00097