6/

Winter of 97-98 Surface water heavy on back yard, killing much of lawn which had to be reseeded - some evidence of settling of kitchen area of house starting to show - Bennett was made aware of situation.

Winter 98-99 Severe flooding of back and side yards, later turning into 6 to 7 inches of solid ice surrounding house and back yard to Pine Creek. Photos taken and Bennett notified, who made inspections.

2-12-99 Meeting at BLM office to discuss Forsgren property problems with U.S.F.S., B.L.M., Soil Cons., U.S. Corps Engineers, and Jack Doyle with Jerry + Elaine Tully in attendance. Much conversation ending with mutual promise by present authorities to remedy problems.

EXHIBIT
20
04-1223

I

Early spring 99 – Gathering of all government involved agencies at the Forsgren property, Jerry Tully also present, to study and arrive at a solution to the ground and surface water problems. At the conclusion of the meeting, Mrs. Forsgren was assured that there certainly was a water problem and that a proper drainage system to intercept CC pond water would be constructed as soon as survey work was complete, and we "had a few nice days." The survey did take place shortly thereafter, but no further action was forthcoming. An inquiry to Bennett brought the reply that a hold was in place for further development and that she might be better served if she agreed to pay a portion of the proposed construction. As the spring thaw progressed,

8/

obvious signs of structural damage to the house kitchen area began to show, which included a wall to wall ceiling crack, stuck cabinet doors, pulling away of sink from wall, sticking windows and sliding glass door, very audible cracking noises throughout the house.

5-30-99 An inspection of the foundation near the kitchen area showed a total failure of the foundation, in that the cinder blocks had been pushed off the concrete footing into the crawl space, removing any support for several floor joists. About one inch of standing water was apparent under the house. A sump hole was dug adjacent to the foundation, and a sump pump was purchased and immediately put into place in an effort to pull the water away from house. Pump ran not quite continuously in effort to keep up with incoming