Mtg w/ Clayta Forsgren & Partial CCC Comm. 2-12-99

Present: Bill Mecham, John Henderson, Bob Reece, Jack Doyle, Grace Jensen, Clayta Forsgren, Jerry & Mrs. Tully, Daryle Be

Course of Action

Daryle Bennett was asked to coordinate Action Plan & consent.

| | |
|---|---|
| Jack | 1. Contact COE to come out ASAP April |
| Grace | 2. Pursue procedures for addressing BCM protocol |
| Jack | 3. Survey area for design — done 3-29-99 |
| Jack / NRCS | 4. Design drain project — prelim done 4-1-9 |
| Bob / Bill | 5. Obtain funds. Contact City for help / Done. Contact County / Done — Mr. Dale Gomis will inform the Co. Commissioners aware of it. |
| City? County? Private | 6- After permits in place, construct when weather permits. |
| Jack | 7. Construction Inspection |

EXHIBIT 21 04-1223

Clayta Forsgren will check on her home owners insurance. Also will check on recorded deed in courthouse for proof of ownership of wedge in question. She will be gone Feb 12 - Mar 1

Jerry Tully will be local contact when Clayta not available.