CCC Ponds
Clayta Forsgren

Meeting: 9:00 am
Tuesday, May 11, 1999

Attendees: Prill Meacham, BLM
Loren Smith, State Engineering Office
Jack Doyle, Consultant
Kirk Hoover, NRCS
Stan Mitchem, NRCS geologist
Daryel Bennet, NRCS
Mike McGinnis, County Road and Bridge
Hilda Sexaner, WG&F
Grace Jensen, BLM
Lisa Fretz-Stotts, BLM
Leslie Theiss, BLM - attended most of meeting
Bob Reese, US Forest Service - arrived late
Phil Howland, BLM, - arrived late
Rose Skinner, Town of Pinedale - left early

Prill opened the meeting at a little after nine. She stated objectives of the meeting were clarification of the existing situation with respect to the CCC ponds and their impact on the Forsgren property, and to establish what we, as contributors, could or would want to do. She then turned the meeting over to Daryle for a recap of the history to date.

When Mrs. Forsgren visited her Pinedale home this winter she discovered her lawn covered in about six inches of ice, with the ice extending from Pine Creek to the foundation of her house. She feels the ice encroachment on her home has caused foundation movement. She believes this is all caused by the recharging of the CCC ponds. Other problems facing Mrs. Forsgren include property devaluation (because of wetness) and well contamination which she also attributes to the CCC ponds. (The casing of the well failed and the well-head froze in 1997, I believe.)

Apparently the Forsgren house was built in a flood plain and an old meandor of Pine Creek in 1972. And apparently the Forsgrens have had periodic water problems prior to the recharging of the CCC ponds—crawl space flooding, wet lawns in the spring, water in the garage, etc. Mr. Forsgren had stated that these problems did not occur when the ponds were dry, only during runoff when they were full. There are several small springs on the Forsgren land, and at some point a couple of tile drains were installed on the property. No one knows when these were installed. Daryle saw remnants of them in 1993 but they no longer can be found. Also, in 1996, responding to concerns of the Forsgrens, the CCC committee installed a $1,000 open drainage ditch on the Forsgren land. At the time of installation, there were concerns with winter freezing, but the ditch was working in 1997. However, as was pointed out by several people, ditches need maintenance and apparently the Forsgren ditch received none. Now the pipe outlet is freezing and backing up every winter.

As Grace pointed out as far back as 1987 the Forsgrens considered applying for a right of

EXHIBIT 22 04-1223

way for a drainage ditch on BLM lands but nothing came of this as no plan of development was ever submitted to the BLM and the coordination with the COE would be extensive. .

Both Loren and Stan, pointed out that the area is complex glaciated morainal geology. There are probably many factors contributing to Forsgren problems: relocation of the Highland Canal in the area; wetter than normal winters; new Fremont Lake dam (dam now holds more water); beaver dams and ponds; frost heave; water table fluctuates less now, and, possibly the year-long water in the CCC ponds.

The ponds themselves were (as pointed out by Lisa) an existing wetland, seasonally flooded and controlled by ground water levels. The idea to develop this area as a small public sanctuary was conceived in the early 90's. The three ponds comprise about 10 acres of land.

Land owner concerns were addressed in the NEPA process. The southernmost pond would not have any increase in water from what it historically held. The other ponds would entail restoration of the water level to within one foot of the original level. Three shallow wells were installed—two on BLM land and one on Forsgren land so that ground water levels could be monitored. Water tables were found to be shallower than expected and, since 1995, the water table has not exceeded normal levels but the table appears to fluctuate less than they did in 93-94. However, there really is not sufficient monitoring data to pinpoint a cause for this year's problems. Except for the stream gage on Pine Creek there is no firm monitoring data prior to 1993. The Forsgrens had, as noted, had water problems prior to the recharging of the ponds.

As pointed out by Daryle, Stan and Loren, it is a real challenge to find out what is going on on the Forsgren property. The question remains... did the CCC pond recharge cause the Forsgren problems? Because of prior known problems, can we eliminate the CCC ponds as a cause of Forsgren problems? Do we help Mrs. Forsgren because of the politics, the need to look good and be good neighbors? Have we already helped the Forsgrens enough? We have all contributed time, labor, supplies, a $1,000 ditch, etc. Perhaps we have done our share of helping solve a problem that may or may not be the CCC ponds fault.

This group is divided on whether to help, how much to help, and whether contributing would appear as if we were overly helping a private citizen. Jack Doyle has designed an underground tile drain that would cost about $2500 to $3000. It would be six feet underground with ~~12~~ 6 inch perforated pipe, approximately 255 feet long, requiring a 42" box, filter pack, ~~cobble~~, ~~perforated pipe~~ 42" monitoring well, trackhoe digging, etc. A small open ditch would be needed to install also, at a low spot in the willows. The outlet of the underground ditch would have to be maintained. This underground ditch can be built with COE blessing as under one tenth of an acre of wetland would be disturbed. Money discussion followed: CCC has some money left for the completion of the kiosk; most seem to feel this money should be saved for the kiosk and not be spent on Forsgren. So cost distribution needs to be planned with whatever we decide we want to do. (And Jack probably needs to be paid for the designs.)

Along with Jack's underground tile ditch, other alternatives discussed were: (a) do nothing (document all we have done and hope Mrs. Forsgren does not sue); (b) dig the six foot deep ditch but not put in the pipe, cobble, etc. (this could be hazardous, and create liability problems); (c) fix the current ditch, clear it and remove the pipe which causes the freezing

backup problems; (d) require Mrs. Forsgren to get a BLM right of way and build the drainage on BLM lands (this alternative was rejected in 1996 because of extensive coordination needed with the COR); (e) drain the ponds and see if the Forsgren problems persist (this is not considered a viable alternative at this time).

It was pointed out by Grace that Mrs. Forsgren should be involved; she has to buy into whatever solution we decide is best for all. Mrs. Forsgren is still grieving over the death of her husband, and it is going to be very difficult to make her understand that we are not accepting responsibility for the contaminated well, the water on the lawn or in the garage and crawl space but that she does have groundwater problems that are not caused by the CCC ponds. We are only admitting that the CCC ponds could possibly have exacerbated previously existing problems. If we do do something, we would hope that Mrs. Forsgren would reciprocate and allow Game and Fish access through her property to stock the ponds. Initially Game and Fish was granted this access, but the Forsgrens cut them off two years ago. With no proof that the CCC ponds are at fault, and with all that we have already done for the Forsgrens, Kirk again asked for the justification in planning further expense.

At Leslie's request, it was decided that written alternative actions with cost estimates should be developed. Prill assigned this task to Jack and Daryle, with Kirk helping them. These alternatives will be discussed at the next meeting - **the 25th of May at 2:00 p.m.** and a person will be appointed to present the alternatives to Mrs. Forsgren as she also needs some say in what is to be done. As pointed out by Loren, the entire CCC Standing Committee should be present. Representatives from the Town, the County, and the Highland Canal need to be present even if the CCC Committee members cannot attend.

The meeting adjourned at 11:05 am

Attachments: Meeting Handouts

1. Elkhart Park Snotel and Manual Snow Course Summary
2. BLM Packet
    - CCC Ponds NEPA and Project Summary
    - Forsgren letter of 2/99
    - Chronology of Forsgren Issues
    - 8/94 BLM letter to COE
    - 8/94 BLM letter to Fish and Wildlife Service
3. Forsgren Monitoring Wells

Minutes submitted by Sallie Otteman