# Cost Estimates for Surface Water Relief Alternatives Onto Forsgren Property

Prepared by NRCS and Jack Doyle May 20, 1999

## Alternative No. 1 - Subsurface Drain on BLM/USFS Property

An engineering plan has been developed to construct a drainage system using gravel packed, 255 foot long, 6 inch diameter perforated flexible pipe excavated and backfilled to a depth up to 6.0 feet. The design also includes a manhole with cover to monitor flow and provide access for maintenance of the tile drain. In addition, a shallow open drain ditch above and parallel to the subsurface drain is included as part of the design to intercept rapid snow melt during early spring. The proposed drain outlet is located in Pine Creek on USFS property.

COST ESTIMATE

| | |
|---|---|
| Excavate trench (211 cu yds. @ $5.00/cu. yd.) | $1,055 |
| Gravel filter (20 cu. yds. @ $10/cu. yd.) | $ 200 |
| 6 inch dia. pipe (255 linear feet @ $1.50/ft. materials) | $ 383 |
| 6 inch dia. pipe (255 linear feet @ $8.50/ft. installation ) | $2,168 |
| Manhole with cover (6 linear feet @ $40/ft.) | $ 240 |
| Excavation - open drain (22 cu. yds. @ $2.50/cu. yd.) | $ 55 |
| TOTAL COST ESTIMATE FOR SUBSURFACE DRAIN | $4,101 |

## Alternative No. 2 - Open Drain Ditch on BLM/USFS

An open drain ditch on BLM/USFS property has been proposed which would consist of excavation, spoil removal and spoil pile reclamation on adjacent uplands.

COST ESTIMATE

| | |
|---|---|
| Excavation (941.3 cu. yds. @ $5.00/yd) | $4,707 |
| Strip 1/2 acre for spoil pile reclamation | $ 250 |
| Cover 1/2 acre area with excavated material | $ 500 |
| Seed 1/2 acre area | $ 200 |
| TOTAL COST ESTIMATE FOR OPEN DRAIN DITCH | $5,657 |

EXHIBIT
tabbies
23
04-1223

## Alternative No. 3 - Improve Existing Surface Drain

All of the following ideas were considered in the planning and or the design of the surface drain ditch. The landowner made the decision to minimize the visual effects on his property and accept the possibility of higher maintenance and possible freezing.

A. The ditch could be improved by taking out the pipe at the end of the surface drain and replacing it with an open ditch as it was originally planned and designed. This is where the drain tends to freeze first, so by eliminating the pipe it would probably lengthen the time before the ditch freezes closed if indeed it freezes at all. Removing the pipe and replacing it with an open ditch is expected to make the biggest improvement to the existing surface drain, compared to actions B and C.

COST ESTIMATE FOR IMPROVEMENT

Remove 40' PVC pipe and excavate 4 cu. yds of open ditch $ 150

B. Cover the ditch as originally suggested by the geologist to possibly reduce the amount of freezing. This could be done many ways. It is suggested that it be done as cheaply as possible to see if it helps. The ditch could be covered in late fall and covers removed in the spring although leaving the cover over the ditch year round would certainly decrease the amount of maintenance required.

COST ESTIMATE FOR IMPROVEMENT

700 square feet of cover (4 feet wide) @ 1.50/sq. ft. $1,050

C. A berm could be constructed on the downstream side of the ditch as suggested originally by the geologist to provide added protection from surface flow during freeze up. Actual quantity depends on configuration. It could be done as a raised flower bed type thing or blended into landscape.

COST ESTIMATE FOR IMPROVEMENT

0.6 feet raised berm w/ 5:1 side slopes X 135 feet length = 9 cu. yds. (8hrs labor X $40/hr) $ 320

TOTAL COST ESTIMATE FOR EXISTING DITCH IMPROVEMENT $150- $1,520

## Alternative No. 4 - No Action

The CCC Ponds Committee decided at their Dec. 1995(?) meeting to help Mr. and Mrs. Dick Forsgren with wetness problems on their property which lies adjacent to the CCC Ponds project area. The alternative selected was a surface drain ditch on their property next to their property line with the BLM and USFS. There were many reasons for selecting this alternative and although it may not have been the best alternative for some purposes it was considered the best alternative available at the time. It was known during the alternative development, design and construction that this may only partially solve some of the problems and that there may be some problems with freezing. It was also noted and discussed with the landowner that this installation would require maintenance. The ditch has been certified as meeting plans and specifications and it has been documented that it was operating as designed. This prior action demonstrates one good faith effort on the part of the CCC ponds committee to assist the Forsgrens with some of the wetness problems existing on their property.