United States Department of Agriculture
Natural Resources Conservation Service
120 South Cole
P.O. Box 36
Pinedale, WY 82941
Phone: 367-2257

July 19, 1999

Mrs. Clayta Forsgren
1115 McKinley
Rock Springs, WY 82901

Dear Clayta,

Enclosed is a copy of the design by Jack Doyle for the drain over on the BLM, as you had requested. I apologize for not getting it to you sooner.

Just for purposes of clarification, Jack was asked to draw up the design. He is a former Soil Conservation Service (now called Natural Resources Conservation Service) design engineer, and currently an associate supervisor for the Sublette County Conservation District as well as a private engineering consultant.

I understand you had spoken with Prill Mecham a little later on the day you stopped in to see me. Hopefully, this problem is moving toward solution in the near future.

If you have any questions about the design or other issues, please call and I'll try to provide answers if I have them.

Sincerely,

Daryle Bennett

Daryle Bennett
District Conservationist

EXHIBIT
25
04-1223