IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
FEB 18 2004
Betty A. Griess, Clerk
Cheyenne

CLAYTA FORSGREN, et al )
)
Plaintiffs, )
)
vs. ) 03-CV-1040-B
)
SUBLETTE COUNTY BOARD OF )
COUNTY COMMISSIONERS, et a )
)
Defendants. )

NOTICE OF IMPENDING DISMISSAL

It appearing from the records of this Court that the above entitled matter was filed on July 28. 2003; that the matter is not at issue, and that no action has been taken within three months last past; and pursuant to Local Rule 41.1(b) of this Court, the parties are hereby notified that the above entitled cause will be dismissed for lack of prosecution.

Dated this 18th day February, 2004.

Betty A Griess
Clerk

EXHIBIT
tabbies
26
04-1223