LAW OFFICES

SCHWARTZ, BON, WALKER & STUDER, LLC

500 CONSOLIDATED ROYALTY BUILDING
141 SOUTH CENTER STREET
CASPER, WYOMING 82601-2586
TELEPHONE 307-235-6681
FAX 307-234-5099

WILLIAM T. SCHWARTZ
WILLIAM S. BON
CAMERON S. WALKER
JUDITH A. W. STUDER
PATRICK T. HOLSCHER
PETER J. YOUNG
RICK L. KOEHMSTEDT

July 28, 2003

Via Certified Mail

Natural Resources Conservation Service,
U.S. Department of Agriculture
Federal Building
Room 3124
Casper, WY 82601

United States Bureau of Land Management
Office of Federal Tort Claims/Claims Management
1849 C Street, Room 406-LS
Washington D.C. 20240

Board of County Commissioners of Sublette County
Sublette County Courthouse
21 South Tyler
Pinedale, WY 82941

Van Graham
Sublette County Attorney
PO Box 1010
Pinedale, WY 82941

Mary Lankford
Sublette County Clerk
PO Box 250
Pinedale, WY 82941

This is a claim against a "governmental entity" under the provisions of the "Wyoming Governmental Act" § 1-39-101, et. seq and to the extent applicable, provisions of the Federal Governmental Claims Act, 28 U.S.C. § 2680 et. seq.

Please see the summary below and the plenary information appearing thereafter, which should be read together as constituting the claims.

EXHIBIT
27
04-1223

Please see the summary below and the plenary information appearing thereafter, which should be read together as constituting the claims.

## SUMMARY

I. NAMES OF CLAIMANTS AND ATTORNEYS:

A. CLAIMANTS:

Forsgren Family Trust
99 Riverside Subdivision Road
N. of Pinedale, WY 82941

Clayta Forsgren
99 Riverside Subdivision Road
N. of Pinedale, WY 82941

B. CLAIMANTS' COUNSEL:

Peter J. Young
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
(307) 235-6681
(307) 234-5099 Fax

II. TIME, PLACE AND CIRCUMSTANCES OF LOSS OR INJURY INCLUDING THE NAME OF PUBLIC EMPLOYEES INVOLVED (IF KNOWN):

A. The incident:

1. Time of occurrence:
Maintenance of CCC Ponds in Sublette County; continuing today and from inception of ponds.

2. Place of occurrence:
CCC Ponds in Sublette County, Wyoming.

B. Governmental entities involved:

1. Sublette County, by and through the Board of County Commissioners of, and/or;

2. United States Department of Agriculture, Natural Resources Conservation District.

3. The United States Department of Interior, Bureau of Land Management.

C. Circumstances:

1. The governmental entities, by the negligence, tortious, wrongful, willful and intentional acts of their employees who were acting individually and within the scope of their duties and under color of State and Federal law in the operation or maintenance of the CCC Ponds caused damages to the real property owned by the claimants.

III. VENUE:

A. Venue for this claim is Sublette County, the location of the CCC Ponds, and in the applicable United States District Court, for the District of Wyoming.

IV. THE AMOUNT OF COMPENSATION OR OTHER RELIEF DEMANDED:

A. The claimants seek damages to full extent permitted by the Wyoming Governmental Claims Act, and the Federal Tort Claims Act and/or the liability insurance coverage available to the governmental entities and/or their employees, whichever amounts are greater.

B. The claimant also seeks damages to the full extent permitted by the United States Torts Claims Act, and/or the liability insurance coverage available to the granted entities and/or their employees, whichever amounts are greater.

PLENARY INFORMATION

1. This claim is made pursuant to the Wyoming Governmental Claims Act, W.S. § 1-39-101, et. seq. and the Federal Tort Claims Act, 28 U.S.C. § 2680 et. seq.

2. This claim is made pursuant to W.S. § 1-39-106 for damages resulting from injury and damages caused by the negligence and intentional acts of public employees individually and while acting within the scope of their duties in the operation and maintenance of the CCC Ponds.

3. The CCC Ponds were constructed through a joint effort by Sublette County, Wyoming Game Fish Department; the U.S.D.A. Forrest Service and the U.S., Bureau of Land Management: all in accordance with the Federal Clean Water Act and Nationwide Permit 18, as defined at 33 C.F.R. Part 330.

4. The creation of the CCC Ponds has caused and continues to cause substantial volumes of water to trespass, both on the surface and subsurface on the claimants' property, that is adjacent to the CCC Ponds.

5. The County is a political subdivision of the State of Wyoming and is liable and responsible for all of the actions of its agents and employees as herein alleged.

6. The U.S.D.A. and the Bureau of Land Management and Department of Interior or political subdivisions of the United States, and are liable and responsible for all of the actions of their agents and employees as alleged herein.

7. The trespass has caused and continue to cause substantial damage to claimant's real property and constitutes a taking of claimant's property without due process of law.

8. The Board, and each of the members, were residents of Sublette County, Wyoming at all times relevant to this Complaint, and were duly elected officials of Sublette County.

9. The acts and omissions complained of occurred within Sublette Couty, Wyoming.

10. There have been specific waivers of sovereign immunity for the tortious acts and omissions of the County and Board as alleged here under the Wyoming Governmental Claims Act.

11. There have been specific waivers of sough immunity for the tortious and wrongful acts and omissions of the U.S.D.A., BLM and Department of the Interior under the Federal Tort Claims Act.

12. The water damage caused to claimants' property constitutes a total loss and taking of claimants' property, without due process; and furthers the various responsible parties' efforts to hide, deceive and tamper with the cause of the damage warrants the imposition of punitive damages against the responsible parties.

13. The amount of damages sought in this matter total $500,000, which includes economic damages, emotional distress and loss in value, as well as punitive damages.

Respectfully submitted,

Peter J. Young
Schwartz, Bon, Walker & Studer, LLC

PJY/dmh
Cc: United States Department of the Interior
1849 C Street
NW, Washington D.C. 20240