UNITED STATES DEPARTMENT OF AGRICULTURE
OFFICE OF GENERAL COUNSEL
P.O. Box 25005
Denver, Colorado 80225-0005
(303) 275-5552 FAX 275-5557

December 18, 2003

REPLY TO: USDA General Team
ATTN: TLJ

Peter Young
Schwartz, Bon, Walker, & Studer, LLC
500 Consolidated Royalty Building
141 South Center Street
Casper, Wyoming 82601-2588

Dear Mr. Young:

Subject: Your Clients - Forsgren Family Trust and Clayta Forsgren

The Office of the General Counsel is the legal office for the U.S. Department of Agriculture and its client agencies including the Natural Resource Conservation Service (NRCS).

The Natural Resource Conservation Service has forwarded a copy of your July 28, 2003 correspondence regarding a potential claim by your clients against a number of parties including NRCS and the Bureau of Land Management.

They contact us on Tuesday, December 16, 2003, and asked that we forward this correspondence to you discussing any potential claim which you might have against NRCS.

Your correspondence indicates that you are intending it to constitute a claim under the Federal Tort Claims Act but the agency has requested that we forward a copy of the SF-95 (Standard Tort Claim Form) and request that you complete the form for their use (copy attached).

We would additionally request a brief explanation regarding apparent inconsistency in your letter.

The documentation is mailed to the Natural Resource Conservation Service, USDA and you indicate that it is the USDA Governmental agency that is involved in this matter but in your section "Plenary Information" discussing the events you indicate that the USDA Forest Service was the party involved in this case.

When you return the completed SF-95, could you please also provide clarification of this matter.

EXHIBIT
tabbies
28
04-1223

Once we have received this information, we will forward it to the National Office for NRCS and they will prepare their recommendation regarding your claim.

Please note that our office will not be involved in the final determination in that the claim exceeds our jurisdiction and the matter will be handled by our Washington, D.C. Office.

If you have any questions regarding this matter, please contact our office and we will provide any assistance possible.

Sincerely,

Thomas L. Japhet, Attorney

cc: Sue Jones, NRCS/WY