ENVIRONMENTAL ASSESSMENT
**BLM Office:** Pinedale Field Office **EA Number:** WY-100-EA99-304

**Lease/Serial/Case No.:** 6521 AMENDMENT **WATER PIPELINE:** CCC Pond Nature Trail

**Proposed Action Title/Type:** To construct, operate, and maintain, and terminate a water pipeline and ditch relative to Clayta Forsgren's property located adjacent to BLM/FS Property.

**Location of Proposed Action:** T. 34 N., R. 109 W., Section 23, SW1/4 (USFS) Section 26, NW1/4NW1/4 (BLM) , 6th PM, Sublette County, WY, 255 ' long x 20' wide, containing . 11 acres

**Applicant (if any):** Interagency and Municipal Coordinated Proposal

**Conformance With Applicable Land Use Plan:** This proposed action is subject to the following land use plans:

| | |
|---|---|
| **Name of Plan:** Pinedale RMP/EIS/ROD. | **Date Approved:** 12/12/88 |
| **Name of Plan:** Bridger-Teton NF L&RM Plan | **Date Approved:** 1990 |

This plan has been reviewed and the proposed action as mitigated, conforms with the land use plan(s) terms and conditions as required by 43 CFR 1610.5.

**Remarks:**
All applications, checklists, notes, and specialists input forms associated with the approval of the subject action are a part of this document. A Cooperative Agreement, BLM # K910-A4-0032, Task Order No: TO-1, to restore the CCC Ponds was signed in 1994 between the Bridger-Teton NF, BLM, and the Sublette County Conservation District. An Environmental Analysis (EA) was prepared by the FS and BLM and was assigned #6521 by the BLM for filing purposes. **This analysis is being tiered to the subject EA** in order to eliminate the need to repeat the data originally compiled in the subject EA.

Although the original EA addressed the installation of a tile drain to mitigate flooding onto the adjacent private landowners land, this action involves construction of an alternative drainage system, which was not specifically identified or analyzed in that EA. An open trench was dug on the Forsgrens property to mitigate the flooding, however, the trench was not successful, thereby precipitating the proposed effort to again assist in mitigating the problem.

The agreement, under section XII, entitled GENERAL PROVISIONS, item H. emphasizes that no restrictions are placed upon the participating parties from accepting contributions, and/or gifts for the improvement, development, administration, operation, and preservation of this and any other project.

**Need for Proposed Action:** The CCC Ponds restoration project, located just below Fremont Lake, began in 1993 and is still in the process of being constructed. The ponds were restored to improve wildlife and wetland habitat and to provide a location for public viewing of wildlife and to provide a fishing pond. The project was a cooperative effort between various parties (listed throughout the lifetime of the project in the file), and was analyzed in considerable detail with public involvement. The analysis was not conclusive as to whether or not the ponds would affect adjacent properties, however, a surface drain was constructed to mitigate potential impacts to adjacent landowners. The Forsgrens, private landowners located west of the ponds, have made a claim that the ponds were contributing to the increase of water flowing onto their property, creating a buildup of ice and damage to their home and property. The proposed action is needed to provide further mitigation and make every reasonable effort to assure the CCC Ponds do not affect adjacent private lands.

EXHIBIT
32
04-1223

**Description of Proposed Action:** The project is to redirect the flow of overspill or seepage from the ponds only and is not an effort to control natural underground seepage on the Forsgren property.

The proposed action is to construct a drainage system on federal lands using gravel packed , 6" diameter perforated flexible pipe excavated by a backhoe and backfilled to a depth down to 6.0 feet. The design also includes a manhole with cover to monitor flow and provide access for maintenance of the drain. In addition, a shallow open drain ditch above and parallel to the subsurface drain is included as part of the design to intercept rapid snow melt during early spring. The proposed drain outlet is located in Pine Creek on USFS property. The detailed plan for this project was drawn up by Mr. Jack Doyle, Chairman, CCC Ponds Committee, dated May 20, 1999. As shown on the attached exhibit, the drainage system would be located approximately 25 feet from the Forsgren fence line in Section(s) 23 & 26, on BLM and Forest Service properties. Weather permitting, the construction would take approximately three days to complete.

20 cubic yards of silty, gravelly sand will be excavated and placed temporarily parallel to the trench for use in backfilling the drainage system.

This action was selected out of other alternatives presented to Mrs. Forsgren. A letter from Mrs. Forsgren's attorney, Gerald R. Mason, documents that she is agreeable to this proposal as being the potential solution. She is also agreeable that the implementation of this proposal will not be used as, nor constitute to be an admission of liability or fault on the part of the BLM, Forest Service and other interested parties. Mrs. Forsgren does understand that the source of the excess water is disputed and that the parties doing the proposed construction do not wish to waive their rights in regard thereto.

In the event this decision is approved, the BLM will authorize this action under a reservation to the BLM, assigned a BLM serial number and a memorandum regarding the maintenance and responsibilities of all parties involved will be drawn up and adjusted as needed to accommodate all parties concerned.

**Alternatives considered but will not be further analyzed:**

No.2) Open Drain Ditch on BLM/USFS

No.3) Improve Existing Surface Drain

The above alternatives will not be entertained further due to the failure of the first trench operation and the costs involved. The proposed action was perceived as having the best potential for success. No alternatives other then the "No Action" alternative will be analyzed further.

**No Action** - No further construction would occur.

**Affected Environment:**

See the "affected environment" section of the original EA.

**Environmental Impacts:**

| Critical Element | Affected Yes | Affected No | Critical Element | Affected Yes | Affected No |
|---|---|---|---|---|---|
| Air Quality | | xx | T & E Species | | xx |
| ACECs | | xx | Wastes, Hazardous/Solid | | xx |
| Cultural Resources | | xx | Water Quality | | xx |
| Farmlands, Prime/Unique | | xx | Wetlands/Riparian Zones | xx | |
| Floodplains | | xx | Wild & Scenic Rivers | | xx |
| Nat. Amer. Rel. Concerns | | xx | Wilderness | | xx |
| Environmental Justice | | xx | Invasive Nonnative Species | | xx |

Description of Impacts:

*Soils and vegetation:* The project would disturb about .11 acres. 255 feet by 20 feet of trees, shrubs, and marshland grasses would be removed. Although there will be surface disturbance, we expect revegetation by native species to occur very rapidly in this wetland situation. We do not expect much increase or invasion by non-native, invasive or noxious weed species. No T& E Species are known to be in the area.

*Wildlife:* Temporary disruption of wildlife activity would occur by the trenching machinery and laying of the pipeline. Mortality and displacement to burrowing mammals may occur. There is no potential for disrupting deer migration or any raptor presence in the area. This area borders, but is not designated big game winter range. No sage grouse or raptor activity is located within 2.0 or 1.0- miles, respectively. No T&E Species were noted in the area. The BLM Wildlife Biologist did not recommend any stipulations regarding wildlife.

*Cultural:* No cultural resources were noted during Class III inventory of the Area of Proposed Effect (APE) of this project. However, the terrain adjacent to Pine Creek is a high site potential zone, known to contain significant, buried archaeological sites. Backhoe trenching for placement of the drain may impact currently unrecognized, buried materials. Thus, a formal construction monitor, conducted by a qualified archaeologist, is recommended for the project. If presently undetected cultural materials are located during monitoring of the backhoe trenching activities, work will cease and procedures at 36 CFR 800.13 (sites discovered during project implementation) will be initiated. Consultation among the BLM, the Wyoming State Historic Preservation Office (SHPO), other affected parties and the land owner will occur.

*Visual Resources:* A 20 feet wide by 255 long pathway would be created by the proposed action. This impact would be reduced as revegetation occurs. An improved system for diverting water away from the adjacent private property land would be implemented which may result in less excess water and ice buildup on the Forsgren property.

*Wetlands and Riparian Zones*: The existing wetland area that may be affected by the draw is 25 feet by 143 feet (0.08 acres). An additional area temporarily affected is 0.02 acres for a total of 0.10 acres of impacted wetlands.

**No Action Alternative:** None of the impacts identified for the proposed action would occur.

- *Wildlife:* No disturbance to wildlife would occur.

- *Visual Resources*: None of the vegetative ecosystem would be disturbed, thereby eliminating the creation of a pathway/trail.

- Socioeconomics: No funding would be expended by any of the cooperating parties. No further effort to help mitigate impacts from the CCC Ponds would occur on public land.

-*Wetlands and Riparian Zones*: No impacts to the wetlands and riparian zones would occur.

**Cumulative Impacts:** Neither the proposed action or the no action alternative are expected to result in any irretrievable or irreversible commitment of resources. The short term use of the land should not affect the long term productivity of the land.

**Description of Mitigation Measures:** See Exhibit B (right-of-way stipulations) and plan of development. Critical wildlife and cultural stipulations would be applied. A Nationwide Permit, satisfying the requirements of Section 10 of the Rivers and Harbors Act of Section 404 of the Clean Water Act has been issued by the Department of the Army, Corps of Engineers, dated September 8, 1999. MINOR DISCHARGES , outlining stipulations of the 404 Permit, **will be attached as an exhibit** to the authorization and must be adhered to.

**Residual Impacts:** The ponds would remain intact and would continue to provide opportunities for those persons with disabilities who would not normally able to participate in the viewing of nature and the vistas the area provides. The opportunity could be included in travel guides and would be an adventure for all ages and persons with limited abilities.

**Persons/Agencies Consulted:** U.S. Army Corps of Engineers
John Henderson, BLM Wetlands Specialist ( Report submitted in May, 1999)
Phil Howland, BLM Geologist
Steve Laster, BLM Rangeland Specialist
US Forest Service, Bridger-Teton NF
Keith J. Andrewa, BLM Wildlife Biologist
Dave Vlcek, BLM Archaeologist
Karen Bundy, BLM Archaeologist
Doug Powell, BLM NEPA Coordinator

**Preparer:** Janice MaChipiness **Date:** September 23, 1999

******************************************************************************

FINDING OF NO SIGNIFICANT IMPACT/DECISION RECORD.

I have reviewed this environmental assessment including the explanation and resolution of any potentially significant environmental impacts. I have determined that the proposed action with the mitigation measures described below will not have any significant impacts on the human environment and that an EIS is not required. I have determined that the proposed project is in conformance with the approved land use plan. It is my decision to implement the project with the mitigation measures identified below.

**Mitigation Measures/Remarks:** See Exhibits B, C, D

**Authorized Official:** Priscilla E. Mecham **Date:** 9/23/99