TERMED

# U.S. District Court
# District of Wyoming (Casper)
# CIVIL DOCKET FOR CASE #: 1:03-cv-01040-CAB

Forsgren et al v. Sublette County Board of County Commissioners et al
Assigned to: Honorable Clarence A Brimmer
Referred to: Honorable William C Beaman
Cause: 42:1983 Civil Rights Act

Date Filed: 07/28/2003
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Clayta Forsgren** represented by **Peter J Young**
SCHWARTZ BON WALKER & STUDER
141 South Center Street, Suite 505
Casper, WY 82601
307/235-6681
Fax: 307/234-5099
Email: pete@schwartzbon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rick L Koehmstedt**
SCHWARTZ BON WALKER & STUDER
141 South Center Street, Suite 500
Casper, WY 82601
307/235-6681
Fax: 307/234-5099
Email: rick@schwartzbon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Forsgren Family Trust** represented by **Peter J Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rick L Koehmstedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

EXHIBIT
tabbies
33
04-1223

**Defendant**

**Sublette County Board of County Commissioners**

**Defendant**

**United States Department of Interior Bureau of Land Management Division**

**Defendant**

**United States Department of Interior Division of Agriculture Natural Resources Conservation Service**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2003 | 1 | COMPLAINT (no summons(es) issued) ( Filing fee $150 receipt #298623.), filed by Forsgren Family Trust, Clayta Forsgren.(mmr, ) Modified on 7/30/2003 (mmr, ). (Entered: 07/29/2003) |
| 07/28/2003 | 2 | DEMAND for Trial by Jury filed by Plaintiffs Forsgren Family Trust, Clayta Forsgren. (mmr, ) Modified on 7/30/2003 (mmr, ). (Entered: 07/29/2003) |
| 07/28/2003 | 3 | NOTICE of complexity by Plaintiffs Forsgren Family Trust, Clayta Forsgren ; this case is non-complex. (mmr, ) Modified on 7/30/2003 (mmr, ). (Entered: 07/29/2003) |
| 02/18/2004 | 4 | NOTICE of Impending Dismissal (cc: all counsel on 2/19/2004.)(dn, ) (Entered: 02/19/2004) |
| 08/16/2004 | 5 | ORDER dismissing case by the Honorable Clarence A Brimmer. It is ordered that the case is dismissed with prejudice (cc: all counsel 8/16/04.) (sjlg, ) (Entered: 08/16/2004) |

**PACER Service Center**

**Transaction Receipt**

05/22/2006 10:41:15

| | | | |
|---|---|---|---|
| **PACER Login:** | bf0113 | **Client Code:** | forsgren |
| **Description:** | Docket Report | **Search Criteria:** | 1:03-cv-01040-CAB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |