IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

CLAYTA FORSGREN, et al.,

Plaintiffs,

vs. Case No. 04-1223L

UNITED STATES OF AMERICA,

Defendant.

---

DEPOSITION OF VAN HUFFMAN
Taken in behalf of Defendant

1:00 p.m., Monday
March 27, 2006

PURSUANT TO NOTICE, the deposition of VAN HUFFMAN was taken in accordance with the applicable Federal Rules of Civil Procedure at Honaker Law Offices, 214 Winston Drive, Rock Springs, Wyoming, before Ashley Davis, a Court Reporter and a Notary Public in and for the State of Wyoming.

COPY

EXHIBIT
2
04-1223

A. No, it wasn't engineering. It was just basically construction in an industrial background.
Q. Before working with Mr. Ecklund, had you had any experience in construction?
A. My dad was a contractor, and my grandfather was a carpenter.
Q. And did you work with them?
A. Yes. That's why I went to school, to get away from them.
Q. About how many years did you assist your dad and grandfather in construction?
A. Probably from the time I was seven or eight.
Q. Until when?
A. Until 1965.
Q. Is that when you went to college?
A. That's when I went to college.
Q. Did your father have a -- he was a contractor? He had his own company?
A. Yes.
Q. What was the name of that?
A. It was -- he just worked under Jim Huffman. We built a lot of houses on our own and then sold them.
Q. Were you -- was this in the Pinedale area?
A. No. That was in a little town of Wheatland, Missouri, and then in Gashland, Missouri.



Q. I'm sorry, Gashland?
A. Gashland, G-a-s-h-l-a-n-d.
Q. When did you move to Pinedale?
A. 1968.
Q. You've had -- at that time, had you graduated college?
A. No. I went to work for the Forest Service in 1968.
Q. Did you graduate college?
A. Yes.
Q. When did you graduate?
A. In -- I think it was early in '71.
Q. So you went back to school in Missouri?
A. Yeah.
Q. How long were you with the Forest Service?
A. One year.
Q. That was full time?
A. Uh-huh.
Q. Is that a yes?
A. Yes.
Q. What kind of work were you doing for the Forest Service?
A. I did all of their -- I was their trail construction foreman and just did a lot of their odds and ends of work that I could do.



Q. And what office did you work out of?
A. Pinedale.
Q. So then when you graduated in 1971, you returned to Pinedale?
A. Yes.
Q. And you've been a resident of Pinedale since?
A. Yes.
Q. Do you know how it came about that Mr. Ecklund and you were hired to work on the Forsgrens' house?
A. You know, I don't remember.
Q. Do you remember -- were there architectural plans for the Forsgren house?
A. Well, we had -- we had some plans, but I don't remember if they were stamped by an architect.
Q. So you don't know who drew them up?
A. Don't remember, no.
Q. Do you know whether Mr. Ecklund drew up plans for any of the homes that he constructed?
A. He did some of the -- some of the jobs he worked on, yes.
Q. So you do recall that there were plans, you just don't know whether they were prepared by an architect?
A. Right.
Q. Do you remember when you began working on the Forsgren property?



A. Not exactly. It was later in the summer of '71, probably in July or right in there, because we got snowed out of there in December. Because I'm sure I have some pictures of -- in those days -- I think we pulled sleds out of there with snowshoes to get our tools out.
Q. Do you remember how long it took to complete the project?
A. No, I don't. I know we went back the next year and worked on it, and then I worked on it a few times over the years.
Q. So you returned in 1972 to complete it?
A. Yes.
Q. Do you know whether there were footers installed for the foundation?
A. Yes, there was.
Q. Does the house have a basement?
A. No, crawl space.
Q. Do you know why it doesn't have a basement?
A. As far as I know, they just weren't in the plans.
Q. Was any excavation done for the house?
A. Yes, Buzz Fuller did that excavation.
Q. What's his last name?
A. Fuller.
Q. Fuller?
A. Uh-huh.

34

A. Originally that's how they fed the ponds; and when they closed that up, then it ceased to be an issue. Those ponds were empty for quite a while.
Q. Well, when did the -- do you know when they closed the connection between the canal and the ponds?
A. I don't.
Q. When you received the letter from Mr. Forsgren in 1988, did you and others on the commission take it seriously?
A. Yes.
Q. So you didn't think at the time that it was just Mr. Forsgren blowing off steam?
A. I thought there was a certain amount of that.
Q. But basically, you took it seriously and investigated -- or there was some investigation done in response?
A. Yes.
Q. And do you know what was done to, if anything, to address Mr. Forsgren's concerns?
A. I don't remember specifically, no.
Q. Was there any concern of anyone on the commission or others involved in the construction of the dam with -- or affecting neighbors' property?
A. No. Matter of fact, we were pretty sure that it was going to be the other way around; because like I say, the original dam site leaked. You didn't have control of the water. Where the new dam site is, you have control of the water. It's on bedrock, and that's why it ended up being there.
We did quite a bit of research on that before we got started.

35

Q. Do you know if there was clayey soils in that area as well?
A. There isn't until you get on the west side of Pine Creek down by where the bridge crosses over Pine Creek in town. And there's clay lenses on that west side, but there isn't any on the east side.
Now, I probably should qualify that. I didn't realize that there was clay lenses in there until I was working on the project; and I was talking to Bob Harrower who started Rio Verde Engineering, and he had run into those clay lenses.
We were talking about a project around the golf course in Pinedale; and he was telling me that you have to be careful when you get south of the highway and on the ~~east~~ west side because there was clay lenses, that somehow the glacier had rolled that stuff in the glacial rubble.
Q. And that was Bob Harold (sic)?
A. Harrower.
Q. How do you spell that?

36

A. H-a-r-r-o-w-e-r.
Q. Is he still in Pinedale?
A. Yes.
Q. Is there any connection between the water and the CCC Ponds and the Highland Canal?
A. Now?
Q. Since 1995?
A. I don't believe there is. They have a separate water intake for that. Because if it comes from the irrigation district, their concern was they wanted to be able to fish in there; and if it comes from the irrigation canal, it shuts off and then they go dry.
So they had to have -- and you can't run an irrigation canal because of the temperatures. They ice up. And then you can't get the headgates to close, and the whole ditch fills full of ice. So you can't do it that way, physically, because it's too cold.
MR. TRAUBEN: Erin, I'm going to June 28, 1971, Land Use Application. That was in the zoning documents. We're having that marked as Exhibit 2.
(Deposition Exhibit No. 2 marked for identification.)
Q. (BY MR. TRAUBEN) Okay. What you have before you, I'll say for the record, is June 28, 1971 Land Use Application. The applicant's name is Richard Forsgren, and the agent's name is Dave Cuthbertson. Have you seen this before?

37

A. No.
Q. Do you know who Dave Cuthbertson is?
A. Yes.
Q. Who is Dave Cuthbertson?
A. He was the carpenter that had originally started Forsgrens' house.
Q. So somebody else was on the job before you?
A. Uh-huh, he was.
Q. Do you know how long he was on the job?
A. No, I don't. Not very long because he didn't have the subfloor or anything down.
Q. Do you know why he left the job?
A. No.
Q. Are you familiar with this type of an application?
A. Yes.
Q. And what is this for?
A. It's for building permit from the county.
Q. And you see on the first page where it says, "Please answer the following questions completely"?
A. Uh-huh.
Q. And the response to Number 3 -- the question is, "What is intended to be done on or with this property."