IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CLAYTA FORSGREN, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1223 L |
| THE UNITED STATES OF AMERICA, | ) | Judge Margaret M. Sweeney |
| Defendant. | ) | |

**DEFENDANT'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE COMPLAINT**

On September 1, 2006, Plaintiffs filed their Motion for Leave to Supplement the Complaint ("Plaintiffs' Motion"). However, Defendant's Motion to Dismiss for Lack of Jurisdiction, or, in the Alternative, for Summary Judgment, filed April 28, 2006 ("Defendant's Motion"), is currently pending before the Court. Plaintiffs concede in their Motion that the facts they wish to add to their Complaint have no bearing on the threshold jurisdictional issues raised in Defendant's Motion. Pls.' Mot. at 1. Thus, the Court need not consider these supplemental facts to decide Defendant's Motion. Furthermore, if the Court grants Defendant's Motion and dismisses Plaintiffs' Complaint, Plaintiffs' Motion will be rendered moot. Therefore, in the interests of judicial economy, the Court should deny Plaintiffs' Motion.

DATED: September 18, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov

OF COUNSEL:

Steven M. Hoffman
Attorney
Office of the Solicitor
Rocky Mountain Regional Office
United States Dept. of Interior
755 Parfet Street, Room 151
Lakewood, CO 80215
(303) 231-5363 fax

Diane M. Connolly
Deputy Regional Attorney
Office of the General Counsel
United States Dept. of Agriculture
Mountain Region
P.O. Box 25005
Lakewood, CO 80225
(303) 275-5557 fax

351413.1