# In the United States Court of Federal Claims

No. 04-1223 L
(Filed: September 21, 2006)

***********************************
CLAYTA FORSGREN et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The court will hear oral arguments on Defendant's Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, for Summary Judgment on **Wednesday, September 27, 2006, at 11:00 a.m. (EDT)**. Defendant's counsel is directed to appear in person. Plaintiffs' counsel will appear by telephone. The court will initiate the telephone call.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge