**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CLAYTA FORSGREN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | **PLAINTIFFS' REPLY TO DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT**<br><br>Case No. 04-1223 L<br><br>Chief Judge Margaret Sweeney |

On September 18, 2006, Defendant filed its Brief in Opposition to Plaintiffs' Motion for Leave to Supplement the Complaint. Defendant's only argument is that, if the Court grants its Motion to Dismiss for Lack of Jurisdiction, or, in the Alternative, for Summary Judgment, the Plaintiffs' Motion for Leave to Supplement the Complaint will be moot; and, thus, in the interest of judicial economy, the Motion should be denied.

Plaintiffs respectfully disagree. This case has already been pending for two years. Plaintiff Clayta Forsgren is nearing 80 years told and other witnesses are similarly elderly or ill. The interest of judicial economy would support the forward movement of this case so that, if the Court denies the Defendant's Motion to Dismiss for Lack of Jurisdiction, or, in the Alternative, for Summary Judgment, the parties can move forward with discovery and trial.

RESPECTFULLY SUBMITTED this 20th day of September, 2006.

/s/ Karen Budd-Falen

Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile

Erin Sass Eastman, of counsel
BUDD-FALEN LAW OFFICES, LLC
Post Office Box 346
Cheyenne, WY 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was electronically filed on this 25th day of September, 2006 with this Court and was deposited in the United States mail, postage prepaid, on this 20th day of September, 2006 to the following:

G. Evan Pritchard
Bruce Trauben
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044

/s/ Nancy E. Carlisle
Nancy E. Carlisle