# In the United States Court of Federal Claims

No. 04-1223 L
(Filed: October 19, 2006)

```
***********************************
CLAYTA FORSGREN et al.,           *
                                  *
                  Plaintiffs,     *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

**ORDER**

Plaintiffs filed a Motion for Reconsideration in the above-captioned case on October 12, 2006. Due to a glitch in the electronic filing system, the court was not made aware of the motion until today. Pursuant to RCFC 59(b), defendant is directed to file a response to plaintiffs' motion by **no later than Thursday, November 2, 2006**. Plaintiffs, at their discretion, may file a reply **no later than Thursday, November 9, 2006**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge