# In the United States Court of Federal Claims

**No. 04-1223 l**

**CLAYTA FORSGREN,**
**et al.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's opinion and order on reconsideration, filed November 15, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

November 20, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.